**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Town Sports International, LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-5047365** | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**399 Executive Blvd.,**<br>**Elmsford, NY 10523**<br>Number, Street, City, State & ZIP Code<br><br>**Westchester**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.townsportsinternational.com** | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

3.  267368

Debtor **Town Sports International, LLC**              Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7139**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☒ Yes.

Debtor   See Schedule 1                           Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Town Sports International, LLC**                                       Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information (on a consolidated basis)

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☒ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☒ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Town Sports International, LLC**
     Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/14/2020**
               MM / DD / YYYY

**X** */s/ Patrick Walsh*            **Patrick Walsh**
Signature of authorized representative of debtor     Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X** */s/ Robert S. Brady*            Date **09/14/2020**
Signature of attorney for debtor                           MM / DD / YYYY

**Robert S. Brady**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  302-571-6600     Email address  **rbrady@ycst.com**

**2847 (DE)**
Bar number and State

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the Debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

| Company | Tax ID# |
|---|---|
| TSI Lincoln, LLC | 13-3217462 |
| TSI Cobble Hill, LLC | 13-3285675 |
| TSI East 76, LLC | 13-3680542 |
| TSI West 80, LLC | 13-3694556 |
| TSI Glover, LLC | 52-1842000 |
| TSI First Avenue, LLC | 13-3736708 |
| TSI Broadway, LLC | 11-3000086 |
| TSI East 23, LLC | 13-3834638 |
| TSI Scarsdale, LLC | 13-3593359 |
| TSI East 51, LLC | 13-3866959 |
| TSI West 23, LLC | 13-3896459 |
| TSI Forest Hills, LLC | 11-3327332 |
| TSI East 91, LLC | 13-3910665 |
| TSI Princeton, LLC | 22-3511330 |
| TSI East 36, LLC | 13-3486149 |
| TSI North Bethesda, LLC | 52-2033988 |
| TSI Allston, LLC | 20-2106668 |
| TSI Hoboken, LLC | 22-3539811 |
| TSI Fenway, LLC | 20-2106936 |
| TSI Society Hill, LLC | 23-2931237 |
| TSI West 125, LLC | 13-3978641 |
| TSI Croton, LLC | 13-3982171 |
| TSI Matawan, LLC | 22-3567666 |
| TSI Marlboro, LLC | 22-3567661 |
| TSI Oceanside, LLC | 11-3432030 |
| TSI Staten Island, LLC | 13-4007763 |
| TSI Brooklyn Belt, LLC | 11-3436781 |
| TSI Ramsey, LLC | 22-2396438 |
| TSI Whitestone, LLC | 11-3438769 |
| TSI Springfield, LLC | 22-3598663 |
| TSI Bulfinch, LLC | 20-2107143 |
| TSI West 73, LLC | 13-4020357 |
| TSI Larchmont, LLC | 13-4032565 |
| TSI Commack, LLC | 11-3466826 |
| TSI Long Beach, LLC | 11-2787121 |
| TSI Garden City, LLC | 11-3496320 |

Debtor **Town Sports International, LLC**  Case number (*if known*) _____
       Name

| | |
|---|---|
| TSI Connecticut Avenue, LLC | 52-2185711 |
| TSI Highpoint, LLC | 54-1880836 |
| TSI Central Square, LLC | 20-2106837 |
| TSI Court Street, LLC | 11-3549905 |
| TSI Lynnfield, LLC | 04-3100325 |
| TSI Lexington (MA), LLC | 04-2931936 |
| TSI Wellesley, LLC | 04-3259257 |
| TSI West 16, LLC | 13-4145988 |
| TSI West 94, LLC | 13-4159717 |
| TSI West 41, LLC | 13-4162540 |
| TSI Ridgewood, LLC | 13-4178569 |
| TSI South Park Slope, LLC | 11-3576282 |
| TSI Gallery Place, LLC | 90-0016157 |
| TSI Murray Hill, LLC | 13-4185032 |
| TSI Downtown Crossing, LLC | 22-3821061 |
| TSI West 48, LLC | 30-0033088 |
| TSI Westwood, LLC | 01-0715576 |
| TSI Jersey City, LLC | 01-0715570 |
| TSI Newark, LLC | 22-3860893 |
| TSI Waltham, LLC | 45-0489363 |
| TSI Grand Central, LLC | 35-2187324 |
| TSI Astoria, LLC | 81-0611120 |
| TSI Livingston, LLC | 22-3768516 |
| TSI Hoboken North, LLC | 13-4278513 |
| TSI White Plains City Center, LLC | 13-4278511 |
| TSI Bay Ridge, LLC | 56-2457922 |
| TSI Watertown, LLC | 34-2011362 |
| TSI South End, LLC | 34-2011367 |
| TSI Boylston, LLC | 20-3391971 |
| TSI South Station, LLC | 20-2106457 |
| TSI South Bethesda, LLC | 20-3392176 |
| TSI Hawthorne, LLC | 20-3392045 |
| TSI Varick Street, LLC | 20-3442477 |
| TSI Rego Park, LLC | 20-4249854 |
| TSI Radnor, LLC | 20-3601836 |
| TSI Glendale, LLC | 20-4310458 |
| TSI Carmel, LLC | 26-2300417 |
| TSI Newton, LLC | 20-5288787 |
| TSI Clifton LLC | 20-5306663 |
| TSI West 115th, LLC | 20-5683543 |
| TSI West 145th Street, LLC | 20-8987153 |
| TSI Morris Park, LLC | 20-5331095 |
| TSI Davis Square, LLC | 20-5330714 |
| TSI Smithtown, LLC | 20-4073505 |
| TSI Bayridge 86th Street LLC | 20-5330923 |
| TSI Dobbs Ferry, LLC | 20-4742691 |

| | |
|---|---|
| TSI Butler, LLC | 26-3338194 |
| TSI Columbia Heights, LLC | 20-2602018 |
| TSI Wellington Circle, LLC | 20-5331149 |
| TSI Hicksville, LLC | 26-2720808 |
| TSI Sunnyside, LLC | 26-1150637 |
| TSI Westborough, LLC | 26-2047867 |
| TSI West Hartford, LLC | 26-0850565 |
| TSI Garnerville, LLC | 26-1761910 |
| TSI Deer Park, LLC | 26-3299026 |
| TSI Providence Eastside, LLC | 26-2955808 |
| TSI Bayonne, LLC | 61-1652557 |
| TSI Greenpoint, LLC | 35-2469962 |
| TSI Back Bay, LLC | 38-3906383 |
| TSI Avenue A, LLC | 32-0422162 |
| TSI Dorchester, LLC | 35-2506644 |
| TSI Wayland, LLC | 30-0819132 |
| TSI 30 Broad Street, LLC | 46-5686787 |
| TSI 1231 3rd Avenue, LLC | 36-4788966 |
| TSI Elite Back Bay, LLC | 37-1767808 |
| TSI 555 6th Avenue, LLC | 46-4238513 |
| TSI Astor Place, LLC | 61-1843400 |
| TSI Massapequa, LLC | 36-4876291 |
| TSI Westboro Tennis, LLC | 32-0548423 |
| TSI - Studio City, LLC | 32-0556425 |
| TSI - Northridge, LLC | 36-4891666 |
| TSI - Irvine, LLC | 38-4062283 |
| TSI - San Jose, LLC | 61-1870502 |
| TSI - Alameda, LLC | 35-2617476 |
| TSI - Westlake, LLC | 38-4065018 |
| TSI - Valencia, LLC | 35-2619990 |
| TSI - Torrance, LLC | 30-1040164 |
| TSI - Topanga, LLC | 30-1042632 |
| TSI - Cal.Glendale, LLC | 36-4893001 |
| TSI Peabody, LLC | 37-1913596 |
| TSI Salisbury, LLC | 30-1141332 |
| TSI Methuen, LLC | 36-4914128 |
| TSI Pine Street, LLC | 37-1916577 |
| TSI-ATC Cape Coral, LLC | 30-1174876 |
| TSI-ATC Boyscout, LLC | 38-4107078 |
| TSI-ATC Alico Mission, LLC | 30-1171940 |
| TSI-ATC Beneva Road, LLC | 36-4927816 |
| TSI-ATC Ben Pratt, LLC | 36-4927817 |
| TSI-ATC Tamiami Trail, LLC | 30-1174829 |
| TSI - Lucille 38th Avenue, LLC | 32-0534621 |
| TSI - Lucille Austin Street, LLC | 61-1847853 |
| TSI - Lucille Clifton, LLC | 32-0534724 |

Debtor **Town Sports International, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | |
|---|---|
| TSI - Lucille Kings Highway, LLC | 38-4040881 |
| TSI - Lucille Valley Stream, LLC | 32-0536228 |
| TSI Dupont II, Inc. | 52-1887282 |
| TSI East 86, LLC | 13-4036613 |
| TSI Cash Management, LLC | 13-3607389 |
| TSI Hartsdale, LLC | 34-2011353 |
| TSI Sheridan, LLC | 13-3754408 |
| TSI West 38, LLC | 13-4046618 |
| TSI White Plains, LLC | 13-3965540 |
| TSI Giftco, LLC | 36-4785941 |
| TSI Holdings (CIP), LLC | 11-3465800 |
| TSI-ATC Holdco, LLC | 30-1166015 |
| TSI-HR 13th Street, LLC | 30-1194317 |
| TSI-HR 45th Street, LLC | 36-4936607 |
| TSI-HR 76th Street, LLC | 32-0598093 |
| TSI-HR Whitehall Street, LLC | 61-1927953 |
| TSI Stoked, LLC | N/A |
| TSI Total Woman Holdco, LLC | 36-4889261 |
| TSI Placentia, LLC | 36-4892098 |
| TSI Holdings (IP), LLC | 52-1868513 |
| TSI Holdings (DC), LLC | 52-1786716 |
| TSI Georgetown, LLC | 13-4278506 |
| TSI University Management, LLC | 90-0238870 |
| TSI International, Inc. | 13-3433612 |
| TSI Holdings (MA), LLC | 80-0920973 |
| TSI Holdings (MD), LLC | 52-1483416 |
| TSI Holdings (NJ), LLC | 20-2118374 |
| TSI Colonia, LLC | 22-3598664 |
| TSI Holdings (PA), LLC | 23-2995708 |
| TSI Holdings (VA), LLC | 52-2103430 |
| TSI Beacon Street, LLC | 61-1712404 |
| TSI Clarendon, LLC | 22-3768520 |
| Town Sports International, LLC | 20-5047365 |
| TSI Holdings II, LLC | 61-1723368 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-\_\_\_\_\_ (\_\_\_) |

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS
PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (collectively, the "Debtors"), hereby states as follows:

1. Town Sports International, LLC is 100% owned by TSI Holdings II, LLC

2. TSI Holdings II, LLC is 100% owned by Town Sports International, Inc.

The following is a list of all entities that directly or indirectly own 10% or more of any class of equity security interests in Town Sports International Holdings, Inc:

| Equity Holder | Nature of Interest Held | Unit Holdings and % Ownership |
|---|---|---|
| Fitness TSI, LLC | Common Stock | 4,200,000 (14.13%) |

# UNANIMOUS WRITTEN CONSENT
# OF THE
# BOARD OF DIRECTORS
# OF
# TOWN SPORTS INTERNATIONAL, LLC

September 13, 2020

The board of directors (the "Board") of Town Sports International, LLC, a New York limited liability company (the "Company"), hereby takes the following actions and adopts, approves, and consents to the following resolutions by written consent as of the date hereof:

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and each of its subsidiaries (each a "Subsidiary" and collectively, the "Subsidiaries" and together with the Company, each an "Entity" and collectively, the "Entities"), and the Entities' business on the date hereof, including the assets of the Entities, and current and long-term liabilities of the Entities, and the recommendations of the Entities' legal, financial, and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board has determined that it is in the best interests of the Entities and the Entities' stakeholders, creditors, and other interested parties to commence a case under the provisions of chapter 11 of the Bankruptcy Code;

**WHEREAS**, the special committee of the Company, formed on September 13, 2020 (the "Special Committee") has had an opportunity to consult with the Company's financial and legal advisors and review the chapter 11 preparation materials, and the Special Committee recommends the filing of chapter 11 petitions; and

**WHEREAS**, the Board wishes to approve and authorize the taking of actions and execution of documents in connection with the foregoing.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties of the Company, that a voluntary petition (the "Petition") be filed by the Company with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the provisions of chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that the officers of the Company and Patrick Walsh (each, an "Authorized Person" and collectively, the "Authorized Persons") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court commencing a case (the "Bankruptcy Case"), and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and

other papers or documents necessary, appropriate, or desirable in connection with the foregoing; and it is further

**RESOLVED**, that the law firms of Kirkland & Ellis LLP, Kirkland & Ellis International LLP (collectively, with Kirkland & Ellis LLP, "Kirkland"), and Young Conaway Stargatt & Taylor, LLP be, and hereby are, authorized and empowered to represent the Company as bankruptcy counsel on the terms set forth in their respective engagement letters with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including without limitation the preparation of certain documents to be filed simultaneously with the Petition or during the Bankruptcy Case; and it is further

**RESOLVED**, that Houlihan Lokey, Inc. be, and hereby is, authorized and empowered to serve as the financial advisor and investment banker to represent and assist the Company in connection with the sale of the Company's assets and in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Bankruptcy Case; and it is further

**RESOLVED**, that Epiq Corporate Restructuring, LLC be, and hereby is, authorized and empowered to serve as the claims, noticing, solicitation and balloting agent for the Company in connection with the Bankruptcy Case; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, on behalf of and in the name of the Company, to obtain the use of cash collateral and post-petition financing according to terms substantially similar to those negotiated by the management of the Company prior to the Petition Date, including under debtor-in-possession credit facilities, if any, and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such Bankruptcy Court-approved post-petition financing or cash collateral agreements, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any such Bankruptcy Court-approved post-petition financing by (i) (a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding membership interests of any subsidiaries, whether now or hereafter acquired, and (b) causing its subsidiaries, to pledge or grant liens or mortgages or security interests in, all or any portion of such subsidiaries' assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including without limitation causing its subsidiaries to enter into such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or

desirable by the Authorized Persons executing the same, the execution thereof by such Authorized Persons to be conclusive evidence of such approval or determination; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Persons performing or executing the same shall approve, and the performance or execution thereof by such Authorized Persons shall be conclusive evidence of the approval thereof by such Authorized Persons and by the Company; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination is, hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Persons, shall be necessary, proper, and desirable to prosecute a successful completion of the Bankruptcy Case and to effectuate the restructuring or liquidation of the Company's debts, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, that the Company's and each and any of its Subsidiaries' and each and any of their subsidiaries' execution of any and all documents in connection with the foregoing be, and hereby is, consented to, approved, and ratified; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, as the Controlling Person of each of its Subsidiaries, to take all actions, and execute such further documents, as may be necessary or desirable, on behalf of each Subsidiary set forth in the foregoing resolutions, including without limitation a written consent by the Company, approving the foregoing, and any actions, including the execution of documents, taken prior to the date hereof by such persons in accordance with the foregoing are hereby consented to, approved, and ratified; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as the Authorized Persons may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Persons shall approve, the taking or

3

execution thereof by any Authorized Persons being conclusive evidence of the approval thereof by the Authorized Persons; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of these resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that facsimile or photostatic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, being the Board of the Company, hereby executes this written consent effective as of the date first written above.

    */s/ Patrick Walsh*
Patrick Walsh
Director

*/s/ Martin Annese*
Martin Annese
Director

*/s/ Jefferu Crivello*
Jeffery Crivello
Director

*/s/ Justin Lundberg*
Justin Lundberg
Director

*/s/ Steven G. Panagos*
Steven G. Panagos
Director

*/s/ Jill Frizzley*
Jill Frizzley
Director

**Fill in this information to identify the case:**

Debtor name: **Town Sports International, LLC**, *et al.*

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (if known): 20-

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                         12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | ABC Realty<br>152 West 57th Street, 12th Floor<br>New York, NY 10019 | Bill Harra<br>(212) 307-0500, Ext. 226<br>bharra@abcmgmt.net | Rent And Other Related Amounts | Contingent, Disputed | | | $1,255,433 |
| 2. | TFG Winter Street Property, LLC<br>c/o Davis Marcus Management, Inc.<br>125 High Street, Ste 2111<br>Attn: Kevin Bransfield<br>Boston, MA 02110-2704 | Mark Bush<br>(617) 986-6341<br>mbush@thedaviscompanies.com<br><br>Colin C. Macdonald<br>(617) 986-6341<br>cmacdonald@thedaviscompanies.com | Rent And Other Related Amounts | Contingent, Disputed | | | $1,107,516 |
| 3. | Babson College<br>Attn: Controller, Nichols Building<br>Babson Park, MA 02157 | Steve Gusmini<br>781-239-5697<br>sgusmini@babson.edu | Rent And Other Related Amounts | Contingent, Disputed | | | $1,081,644 |
| 4. | 575 Lex Property Owner, LLC<br>PO Box 780236<br>Philadelphia, PA 19178-0236 | Monica Saavedra-Garcia<br>212-702-9824<br>Monica.SaavedraGarcia@columbia.reit | Rent And Other Related Amounts | Contingent, Disputed | | | $962,495 |

3.  267368

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5. Con Edison PO Box 1701 New York, NY 10116-1701 | Spero Poulimeros NUS Consulting Group 201-391-4300 spoulimeros@nusconsulting.com | Utilities | | | | $948,248 |
| 6. New Roc Parcel 1A, LLC Attn: Aaron Kosakowski 1720 Post Road Fairfield, CT 06824 | Marcia Nurse-Daniel 203-256-4066 Mnurse-daniel@ceruzzi.com  and  Louis Cappelli louis@icapelli.com | Rent And Other Related Amounts | Contingent, Disputed | | | $945,079 |
| 7. Garth Organization 161 East 86th Street New York, NY 10019 | Daniel Friedland 212-586-8800 dan@garthorg.com | Rent And Other Related Amounts | Contingent, Disputed | | | $940,659 |
| 8. Trea 350 Washington Street LLC 4400 W 78th St, Suite 200, Attn: Allison Barron Minneapolis, MN 55435 | Chris Daley 617 204 1030 Christopher.Daley@cbre.com | Rent And Other Related Amounts | Contingent, Disputed | | | $935,804 |
| 9. Related Broadway Development, LLC 60 Columbus Circle, 19th Floor New York, NY 10023 | Debbie Bronisevsky 917-734-4868 Debbie.Bronisevsky@related.com | Rent And Other Related Amounts | Contingent, Disputed | | | $934,504 |
| 10. Larstrand Corp. C/O ZKZ Assoc. - Friedland 500 Park Avenue New York, NY 10022 | Andrea Cardella 212-744-3300 ac@friedlandproperties.com | Rent And Other Related Amounts | Contingent, Disputed | | | $901,870 |

4.    267368

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11. | Lafayette-Astor Associates LLC P.O. Box 432 Emerson, NJ 07630 | Donna Vogel 212.431.9416 dsiciliani@gfpre.com; and Bibi Husseain 212-609-8030 BHusseain@gfpre.com | Rent And Other Related Amounts | Contingent, Disputed | | | $844,022 |
| 12. | Dobbs Ferry Shopping LLC C/O Philips International 295 Madison Avenue, 2nd Floor New York, NY 10017 | Maria Lange 212.951.3813 mlange@pihc.com | Rent And Other Related Amounts | Contingent, Disputed | | | $802,289 |
| 13. | Rock Mcgraw , Inc. 1221 Avenue of the Americas New York, NY 10020 | Jeffrey Kim 212 282 2031 jkim@rockefellergroup.com | Rent And Other Related Amounts | Contingent, Disputed | | | $771,951 |
| 14. | ARE-MA Region No. 75, LLC PO Box 975383 Dallas, TX 75397-5383 | Shelby McKenney 617-500-8703 smckenney@are.com | Rent And Other Related Amounts | Contingent, Disputed | | | $770,926 |
| 15. | Station Landing III LLC 2310 Washington Street Newton Lower Falls, MA 02462 | Chuck Landry and Jessica Pollack 617-559-5027 clandry@natdev.com jpollack@natdev.com | Rent And Other Related Amounts | Contingent, Disputed | | | $747,516 |
| 16. | Inland Diversified Real Estate Services, L.L.C 15961 Collections Center Drive Chicago, IL 60693-0139 | Jennifer Surber 317 713 5656 jsurber@kiterealty.com | Rent And Other Related Amounts | Contingent, Disputed | | | $741,231 |

4.    267368

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17. | SCF RC Funding IV LLC<br>47 Hulfish St, Suite 210<br>Princeton, NJ 08542 | Claudia Curto<br>609-285-2969<br>ccurto@essentialproperties.com | Rent And Other Related Amounts | Contingent, Disputed | | | $730,018 |
| 18. | Imperial Bag & Paper Company, LLC<br>255 Route 1 and 9<br>Jersey City, NJ 07306 | Virginia Wotman<br>201-437-7440 ext. 5104<br>virginia@imperialdade.com | Trade | | | | $726,621 |
| 19. | 110 BP Property LLC<br>64 Beaver St., Suite 108<br>New York, NY 10004 | Jessica Eller<br>212.563.9200, Ext.135<br>jeller@hidrock.com | Rent And Other Related Amounts | Contingent, Disputed | | | $715,644 |
| 20. | DC USA Operating Co., LLC<br>2309 Frederick Douglass Blvd., 2nd Floor<br>New York, NY 10027 | Steven A. Sterneck<br>212-678-4400 ext. 106<br>ssterneck@gridproperties.com | Rent And Other Related Amounts | Contingent, Disputed | | | $700,013 |
| 21. | WMAP, LLC<br>C/O The Shops At Atlas Park<br>P.O. BOX 843383<br>Los Angeles, CA 90084-3383 | Joanna Grace Morrow<br>(818) 265-7601<br>Jmorrow@onni.com | Rent And Other Related Amounts | Contingent, Disputed | | | $694,773 |
| 22. | Tolleson One, LLC<br>4012 Via Solano<br>Palos Verdes Estates, CA 90274 | Chuck Grace<br>213-388-5416<br>cgrace@itcelectronics.com<br><br>and<br><br>Daniel B. Leon, Esq.<br>310-312-3289<br>dbl@msk.com | Rent And Other Related Amounts | Contingent, Disputed | | | $682,815 |
| 23. | Yorkville Towers Associates<br>1619 Third Ave.<br>New York, NY 10128 | Diana Bosnjak<br>212.534.7771 x 136<br>dbosnjak@RYManagement.com | Rent And Other Related Amounts | Contingent, Disputed | | | $678,526 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24. | 200 Park LP General Post Office P.O. Box 27996 New York, NY 10087 | Jean Baptiste David 212-867-0750 JDavid@TishmanSpeyer.com | Rent And Other Related Amounts | Contingent, Disputed | | | $654,398 |
| 25. | Clearbrook Cross LLC c/o Robert Martin Company, LLC 100 Clearbrook Road Elmsford, NU 10523 | Customer Service 914-592-4800 customerservice@rmcdev.com | Rent And Other Related Amounts | Contingent, Disputed | | | $643,808 |
| 26. | T-C 501 Boylston Street LLC 14626 Collections Center Drive Chicago, IL 60693 | Devin O'Keeffe 617 247 3676 devin.o'keeffe@cbre.com | Rent And Other Related Amounts | Contingent, Disputed | | | $632,131 |
| 27. | 100 Duffy, LLC 102 Duffy Avenue Hicksville, NY 11801 | Ana Morgan 216-588-7141 Ana.Morgan@mynycb.com | Rent And Other Related Amounts | Contingent, Disputed | | | $606,288 |
| 28. | George Comfort & Sons, Inc. 200 Madison Ave, 26th Floor New York, NY 10016 | Anita Polczynska 212.542.2139 apolczynska@gcomfort.com | Rent And Other Related Amounts | Contingent, Disputed | | | $586,817 |
| 29. | Club Investors Group, LP Attention: Frank Napolitano 640 Spruce Street Philadelphia, PA 19106 | Frank Napolitano 215 341-6130 franknapolitanojr@gmail.com; | Rent And Other Related Amounts | Contingent, Disputed | | | $567,894 |
| 30. | SOF-IX Blueback Square Holdings, L.P. P.O.BOX 75762 Baltimore, MD 21275-5762 | Vincent Banda 312.242.3184 vbanda@starwoodretail.com | Rent And Other Related Amounts | Contingent, Disputed | | | $562,152 |

4.    267368

**Fill in this information to identify the case and this filing:**

Debtor Name   Town Sports International, LLC

United States Bankruptcy Court for the:   District of Delaware

Case number (*If known*):   20-_____

# Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**            **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration: *Combined Corporate Ownership Statement and List of Equity Interest Holders*

I declare under penalty of perjury that the foregoing is true and correct. Executed on   09/14/2020
MM / DD / YYYY

**/s/ Patrick Walsh**
Signature of individual signing on behalf of debtor

**Patrick Walsh**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

6

4.   267368