## EXHIBIT A

**Proposed Order**

27000208.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered) |

**ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554(a)
OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS
TO REJECT (I) CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY EFFECTIVE AS OF THE PETITION DATE AND
(II) ABANDON PROPERTY IN CONNECTION THEREWITH**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order, pursuant to sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, authorizing the Debtors to (i) reject the Rejected Leases set forth on <u>Exhibit 1</u> and <u>2</u> to this Order, effective as of the Petition Date (the "**Petition Date**"), and (ii) abandon, effective as of the Petition Date, any Personal Property that remains, as of the Petition Date, on the Premises subject to the Rejected Leases; and upon consideration of the First Day Declaration and the record of these chapter 11 cases; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

27000208.3

United States Constitution; and it appearing that venue of these chapter 11 cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Petition Date.

3. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Petition Date, on the Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Petition Date.

4. Nothing herein shall prejudice the rights of the Debtors to assert that the Rejected Leases were terminated prior to the Petition Date, or that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of the Rejected Leases, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates, or to otherwise contest any claims that may be asserted in connection with the Rejected Leases.

5. Claims arising out of the rejection of the Rejected Leases must be filed on or before the later of (i) the deadline for filing proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court or (ii) thirty (30) days after entry of this Order.

6. The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

7. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

8. The requirements in Bankruptcy Rule 6006 and 6007 are satisfied.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# **EXHIBIT 1**

## **Rejected Leases**

| DEBTOR | COUNTERPARTY | COUNTERPARTY'S ADDRESS | REJECTED AGREEMENT |
|---|---|---|---|
| TSI Morris Park, LLC | 1601 Bronxdale Property Owner LLC | Attn: Katina Khan<br>165 West 73 Street<br>New York, NY 10023<br><br>and<br><br>Nancy Lara<br>1601 Bronxdale Property Owner LLC<br>30 West 26th Street, 8th Floor<br>New York, NY 10010 | Real Property Lease for Club located at 1601 Bronxdale Avenue, Bronx, NY. |
| TSI Matawan, LLC | The Racquet Place | C/O Ronald Spivack and Ron Kogos<br>525 Green Street<br>Iselin, NJ 08830 | Real Property Lease for Club located at 450 Route 34 Matawan, NJ |
| TSI Princeton, LLC | Princeton (Edens), LLC | Attn: Julie Drobits<br>Department # 2439<br>P.O. Box 442<br>Laurel, NY 11948 | Real Property Lease for Club located at 301 North Harrison Street<br>Princeton, NJ |
| TSI – Valencia, LLC | IVT River Oaks Valencia, L.L.C. | Attn: Robert Mettel and Kristina S. Raymond<br>3025 Highland Parkway, Suite 350<br>Downers Grove, IL 60515 | Real Property Lease for Club located at River Oaks Shopping Center 24245 Magic Mountain Parkway, Unit No. 1C Valencia, CA |
| TSI Watertown, LLC | ARE-MA Region No. 75, LLC | Tom Andrews<br>ARE-MA Region No. 75, LLC<br>c/o Alexandria Real Estate Equities, Inc.<br>26 North Euclid Avenue<br>Pasadena, CA 91101 | Real Property Lease for Club located at 311 Arsenal Street Watertown, MA |

| TSI Marlboro, LLC | W & L Associates | c/o Andrew Talbert<br>16239 Pantheon Pass<br>Delray Beach, FL 33446<br><br>and<br><br>Jay L Lubetkin, Esq.<br>Rabinowitz, Lubetkin & Tully, L.L.C.<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ 07039 | Real Property Lease for Club located at 34 Route 9 North Morganville, NJ |
|---|---|---|---|
| TSI Providence Eastside, LLC | Riverview Retail, LLC | Mara Henderson King<br>KGI Properties<br>10 memorial Boulevard, Suite 901<br>Providence, RI 02903<br><br>and<br><br>Murray Gereboff<br>207 Waterman Street<br>Providence, RI 02906 | Real Property Lease for Club located at 131 Pitman Street Providence, RI |
| TSI First Avenue, LLC | GP Associates | Daniel J. Ansell, Esq.<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-801-9393 | Real Property Lease for Club located at 1470 First Ave New York, NY |
| TSI Newark, LLC | One Gateway Center Property Owner LLC | c/o Onyx Management Group, LLC<br>PO Box 75428<br>Chicago, IL 60675-5428<br><br>and<br><br>John A Saraceno, Jr.<br>900 Route 9 North, Suite 400<br>Woodbridge, NJ 07095 | Real Property Lease for Club located at One Gateway Center Newark, NJ |

27000208.3

2

| TSI Deer Park, LLC | Tanger Outlets Deer Park LLC | Michelle B. Dixon<br>P.O. Box 414225<br>Boston, MA 02241-4225<br><br>and<br><br>Stacey Ramis Nigro, Esq.<br>Tanger Outlets Deer Park LLC<br>43 Corporate Drive<br>Hauppauge, NY 11788 | Real Property Lease for Club located at 455 Commack Road Deer Park, NY |
|---|---|---|---|
| TSI Newton, LLC | 135 Wells Avenue LLC | Mike Fedotowsky<br>P.O. Box 9137<br>Newton, MA 02460-9137<br><br>and<br><br>Andrew C. Sucoff, Esq.<br>Goodwin Proctor LLP<br>100 Northern Avenue<br>Boston, MA 02210 | Real Property Lease for Club located at 135 Wells Ave Newton, MA |
| TSI Court Street, LLC | Twenty Six Court Associates, LLC | Rivky Diamant<br>26 Court Street<br>Brooklyn, NY 11242 | Real Property Lease for Club located at 179 Remsen Street Brooklyn, NY |
| TSI 555 6th Avenue, LLC | SP 101 W15 LLC | Kunal Chothani<br>SP 101 W 15 LLC<br>c/o Stonehenge Management LLC<br>1675 Broadway, 21st Floor<br>New York, NY 10019<br><br>and<br><br>Matthew E Kasindorf, Esq.<br>Meister Seelig & Fein LLP<br>125 Park Avenue, 7th Floor<br>New York, NY 10017 | Real Property Lease for Club located at 555 Sixth Avenue, New York, NY |

27000208.3

3

| | | | |
|---|---|---|---|
| TSI Gallery Place, LLC | Oxford BIT Gallery Place Property Owner, LLC | Benjamin Kayden<br>Director, Legal<br>Oxford BIT Gallery Place Property Owner, LLC<br>600 Massachusetts Ave NW<br>Washington, DC 20001<br><br>and<br><br>Scott Rome, Esq.<br>Veritas<br>1225 19th Street NW, Suite 320<br>Washington, DC 20036 | Real Property Lease for Club located at 783 Seventh Street Washington, DC |
| TSI Ramsey, LLC | Adventures in Recreation, Inc. | Rita A Knutsen<br>President<br>Adventures in Recreation, Inc.<br>1100 Route 17 North<br>Ramsey, NJ 07446 | Real Property Lease for Club located at 1150 Route 17 North Ramsey, NJ |
| TSI Staten Island, LLC | D&M Richmond Realty, LLC | 1212 Willowbrook Road<br>Staten Island, NY 10314<br><br>and<br><br>Howard File, Esq.<br>260 Christopher Lane, Suite 102<br>Staten Island, NY 10314 | Real Property Lease for Club located at 300 West Service Rd.<br>Staten Island, NY |
| TSI Radnor, LLC | Radnor Properties - 555 LA, LP | Michael McCalley and Bob Barson<br>Brandywine Realty Trust<br>FMC tower at Cira Centre South<br>2929 Walnut Street, Suite 1700<br>Philadelphia, PA 19104 | Real Property Lease for Club located at 555 East Lancaster Avenue<br>St. Davids, PA |
| TSI South Bethesda, LLC | 6828 Wisconsin Ave LLC and Julian Josephs, LLC | Michael R. Cogan, P.C.<br>12 South Summit Avenue, Suite 250<br>Gaithersburg, MD 20877 | Real Property Lease for Club located at 6828 Wisconsin Avenue<br>Bethesda, MD |

27000208.3

4

| | | | |
|---|---|---|---|
| TSI Placentia, LLC | DSRG, LP-Village Center at Rose | Ryan Dan<br>200 E. Baker Street, Suite 100<br>Costa Mesa, CA 92626<br><br>and<br><br>Law Office of Corey E Taylor, APC<br>629 Camino De Los Mares, Suite 305<br>San Clemente, CA 92673 | Real Property Lease for Club Located at Village Center at Rose, Phase II 860 North Rose Drive Placentia, CA |
| TSI Georgetown, LLC | Jamestown Premier Georgetown Park Corp. | c/o Jamestown<br>Ponce City Market<br>675 Ponce de Leon Avenue, NE, 7th Floor<br>Atlanta, GA 30308<br><br>and<br><br>Paul J. Kiernan<br>Holland & Knight<br>800 17th Street N.W., Suite 1100<br>Washington, DC 20006<br>Tel. 202-663-7276<br>Paul.Kiernan@hklaw.com | Real Property Lease for Club located at 3222 M Street NW Washington, DC 20007 |
| TSI 1231 Third Avenue, LLC | 1231 Third Fee Owners, LLC | Attn: Chaim Cohen and Sharon Bernat<br>50 Rutledge St, Suite 503<br>Brooklyn, NY 11249 | Real Property Lease for Club located at 1231 Third Avenue New York, NY |
| TSI West 115th Street, LLC | 1400 Retail Owner LLC | Attn: John Birnbaum and Zachary G. Hammer<br>1400 Retail Owner LLC<br>c/o Ashkenazy Acquisition Corporation<br>150 East 58th Street, 39th Floor<br>New York, NY 10155 | Real Property Lease for Club located at 1400 5th Avenue New York, NY |

# EXHIBIT 2

## Rejected Leases Subject to Modifications

| **DEBTOR** | **COUNTERPARTY** | **COUNTERPARTY'S ADDRESS** | **REJECTED AGREEMENT** |
|---|---|---|---|
| TSI Bayonne, LLC | KRG Bayonne Urban Renewal, LLC | Attn: Robert McGuinness<br>15961 Collections Center Dr.<br>Chicago, IL 60693<br><br>and<br><br>Attn: Wade Achenchak and Ryan Joyce<br>Kite Realty Group<br>30 S. Meridian Street, Suite 1100<br>Indianapolis, IN 46204 | Real Property Lease for Club located at 600 Bayonne Crossing Way<br>Bayonne, NJ |
| TSI Ridgewood, LLC | John Sachs | 500 Golden Harbour Drive<br>Boca Raton, FL 33432<br><br>and<br><br>Robert C. Welch, Jr., Esq.<br>Dwyer, Dwyer & Welch<br>118 Prospect Street<br>P.O. Box 704<br>Ridgewood, NJ 07451 | Real Property Lease for Club located at 129 South Broad Street<br>Ridgewood, NJ |
| TSI – Northridge, LLC | K&A Real Estate LLC | Kam and Albert Yamin<br>PO Box 241429<br>Los Angeles, CA 90024 | Real Property Lease for Club located at 19456 Nordhoff Street<br>Northridge, CA |
| TSI - Studio City, LLC | Laurel Center Group, LP | Dan Austin<br>6300 Wilshire Blvd.,<br>Suite 1800<br>Los Angeles, CA 90048 | Real Property Lease for Club located at Laurel Promenade Shopping Center<br>12050 Ventura Boulevard, STE 201-B<br>Studio City, CA |
| TSI Springfield, LLC | Kaufman Management Co. | Edward J. Hart<br>450 Seventh Avenue- Penthouse,<br>New York, NY 10123 | Real Property Lease for Club located at 215 Morris Avenue<br>Springfield, NJ |

| | | | |
|---|---|---|---|
| TSI – Irvine, LLC | Regency Centers, L.P. | Rivertowns Square Regency, LLC<br>PO Box 844235<br>Boston, MA 02284-4235 | Real Property Lease for Club located at Heritage Plaza 14280 Culver Drive, Suite B Irvine, CA |
| TSI Livingston, LLC | Mandelbaum and Mandelbaum | Marietta DiSanti<br>80 Main Street<br>West Orange, NJ 07052<br><br>and<br><br>Neal Herstik, Esq.<br>Gross, Truss & Herstik, P.C.<br>Woodhull House,<br>63 West Main Street<br>PO Box 5008<br>Freehold, NJ 07728 | Real Property Lease for Club located at 39 W. Northfield Road Livingston, NJ |
| TSI - San Jose, LLC | El Paseo Property Owner, LLC | c/o Vallco Shopping Mall<br>10123 N. Wolfe Road, Ste 1095<br>Cupertino, CA 95014<br><br>and<br><br>Diana Beechie<br>Sand Hill Property Company<br>965 Page Mill Road<br>Palo Alto, CA 94304 | Real Property Lease for Club located at El Paseo de Saratoga Shopping Center 950 El Paseo de Saratoga San Jose, CA |
| TSI – Topanga, LLC | Westfield Topanga Owner LLC | PO Box 54734<br>Los Angeles, CA 90074-4734<br><br>and<br><br>Moises Quezada<br>Unibail-Rodamco-Westfield<br>2049 Century Park East- 42nd Fl<br>Century City, CA 90067 | Real Property Lease for Club located at Westfield Topanga Shopping Center 6600 Topanga Canyon Blvd., Store# 183H Canoga Park, CA |

27000208.3

2

| TSI Clifton, LLC | 202 Main Ave. Associates | Attn: Gerald Corrado 1578 Main Avenue Clifton, NJ 07011<br><br>and<br><br>De Marco & De Marco Attn: Michael P De Marco 912 Belmont Avenue North Haledon, NJ 07508 | Real Property Lease for Club located at 202 Main Ave Clifton, NJ |
|---|---|---|---|
| TSI Pine Street, LLC | EBRA 70 Pine Master Tenant LLC | 70 Pine - Commercial 777 Third Avenue, 6th Floor Attn: Kathy Panaro New York, NY 10017 | Real Property Lease for Club located at 70 Pine Street New York, NY |
| TSI West 41, LLC | 230 West 41st Associates, LLC | c/o JPMorgan Chase Bank PO Box 27756 New York, NY 10087-7756 | Real Property Lease for Club located at 230 West 41st Street New York, NY |
| TSI West 23, LLC | 278 Eighth Associates | 278 Eighth Associates ISJ Management Corp. 110 West 34th Street, 9th Floor New York, NY 10001<br><br>and<br><br>David Jemal, Esq. 110 W. 34th Street, 9th Floor New York, NY 10001<br><br>and<br><br>Jeremy Krantz Smith & Krantz, LLP The Chanin Building, Suite 1518 New York, NY 10168 | Real Property Lease for Club located at 258-278 Eighth Ave New York, NY |

27000208.3

3