# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| | (Joint Administration Requested) |
| Debtors. | |

**AMENDED[2] NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR TELEPHONIC AND VIDEO HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR SEPTEMBER 16, 2020 AT 10:00 A.M. (ET), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**Topic: Town Sports Intl 20-12168 First Day hearing**
**Time: September 16, 2020 10:00 A.M. Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
https://debuscourts.zoomgov.com/j/1613882367

**Meeting ID: 161 388 2367**
**Passcode: 278206**

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

[2] Amended information appears in **bold**.

[3] All motions and other pleadings referenced herein are available free of charge by visiting the Debtors' case website at http://dm.epiq11.com/TownSports or by request to Debtors' proposed counsel (Michael Girello, paralegal, at mgirello@ycst.com).

27039119.1

**PLEASE TAKE NOTICE** that, on September 14, 2020, the debtors in possession in the above-captioned cases (collectively, the "*Debtors*") filed the following voluntary petitions (collectively, the "*Petitions*") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "*Bankruptcy Code*"), and related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PETITIONS AND RELATED PLEADINGS**

1. **Voluntary Petitions (Lead Cases)**
   A.   TSI Holdings II, LLC, Case No. 20-12167
   B.   Town Sports International, LLC, Case No. 20-12168

2. Declaration of Phillip Juhan in Support of Chapter 11 Petitions and First Day Motions [Docket No. 12, 9/14/20][4]

**PLEASE TAKE FURTHER NOTICE** that, a telephonic and video hearing with respect to the following first day pleadings (collectively, the "*First Day Pleadings*"), to the extent set forth below, is scheduled for **September 16, 2020 at 10:00 a.m. (ET)** (the "*First Day Hearing*") before The Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD**

3. Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2, 9/14/20]

   Status:     This matter will be going forward.

4. Debtors' Application for an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 3, 9/14/20]

   Status:     This matter will be going forward.

5. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [Docket No. 4, 9/14/20]

   Status:     This matter will be going forward on an interim basis.

---

[4] The physical location of this declarant is Atlanta, GA.

6. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a) and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Scheduling a Final Hearing [Docket No. 5, 9/14/20]

   Status:    This matter will be going forward on an interim basis.

7. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(4) and 507(a)(5) of the Bankruptcy Code, (A) Authorizing (I) Payment of Prepetition Employee Wages, Salaries and Other Compensation; (II) Payment of Prepetition Employee Business Expenses; (III) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (IV) Payment of Workers' Compensation Obligations; (V) Payments for Which Prepetition Payroll Deductions Were Made; (VI) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (VII) Payment to Third Parties of All Amounts Incident to the Foregoing Payments and Contributions; and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 6, 9/14/20]

   Status:    This matter will be going forward on an interim basis.

8. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Scheduling A Final Hearing [Docket No. 7, 9/14/20]

   Status:    This matter will be going forward on an interim basis.

9. Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business [Docket No. 8, 9/14/20]

   Status:    This matter will be going forward.

10. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 10, 9/14/20]

    Status:    This matter will be going forward on an interim basis.

11. Motion of the Debtors for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 11, 9/14/20]

**Objections/Responses Filed:**

A. **Response and Reservation of Rights of Ad Hoc Term Lender Group Regarding the Debtors' Cash Collateral Motion [Docket No. 47, 9/15/20]**

B. **Declaration of Jonathan Miller in Support [of] Response and Reservation of Rights of Ad Hoc Term Lender Group Regarding the Debtors' Cash Collateral Motion [Docket No. 48, 9/15/20]**

Status:   This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by contacting CourtCall at 866-582-6878 to register their appearance for audio **AND**, in certain circumstances, by joining through Zoom at https://debuscourts.zoomgov.com/j/1613882367 Meeting ID: 161 388 2367 Passcode: 278206 for video. Only those parties that will be addressing the Court should appear by video via Zoom in addition to their CourtCall registration.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: Wilmington, Delaware  
September 15, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*  
Robert S. Brady (No. 2847)  
Sean T. Greecher (No. 4484)  
Jordan E. Sazant (No. 6515)  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
Email: rbrady@ycst.com  
       sgreecher@ycst.com  
       jsazant@ycst.com  

and

KIRKLAND & ELLIS LLP  
Nicole L. Greenblatt, P.C. (admitted pro hac vice)  
Derek I. Hunter (admitted pro hac vice)  
601 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

KIRKLAND & ELLIS LLP
Mark McKane, P.C. (admitted pro hac vice)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

KIRKLAND & ELLIS LLP
Joshua M. Altman (pro hac vice pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Proposed Counsel to the Debtors
and Debtors in Possession*

27039119.1                              5