**Exhibit A**

| Client Name | Address | Principal Amount of Credit Agreement Claims Held |
|---|---|---|
| Abry Partners[2] | 888 Boylston St Suite 1600 Boston, MA 02199 | $42,192,115.53 |
| Apex Credit Partners, LLC | 520 Madison Avenue 16th Floor New York, NY 10022 | $2,752,723.52 |
| CIFC Asset Management LLC, for and on behalf of funds and accounts managed and/or advised by it | 875 Third Avenue 24th Floor New York, NY 10022 | $28,517.400.97 |
| Ellington Management Group, L.L.C., on behalf of certain funds and accounts | 53 Forest Avenue Old Greenwich, CT 06870 | $8,040,303.25 |
| Trimaran Advisors Management, L.L.C., as investment manager | 600 Lexington Avenue, 7th Floor New York, NY 10022 | $5,878,399.76 |

---

[2] Abry Partners is the beneficial owner of the principal amount of credit agreement claims disclosed herein as a party to certain Total Return Swaps.