**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TSI HOLDINGS II, LLC, | Case No. 20-12167 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1723368 | |
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, | Case No. 20-12168 (CSS) |
| Debtor. | **Ref. Docket No. 2** |
| Tax I.D. No. 20-5047365 | |
| In re: | Chapter 11 |
| TSI - ALAMEDA, LLC, | Case No. 20-12300 (CSS) |
| Debtor. | |
| Tax I.D. No. 35-2617476 | |
| In re: | Chapter 11 |
| TSI - CAL.GLENDALE, LLC, | Case No. 20-12301 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4893001 | |
| In re: | Chapter 11 |
| TSI - IRVINE, LLC, | Case No. 20-12303 (CSS) |
| Debtor. | |
| Tax I.D. No. 38-4062283 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI - LUCILLE 38TH AVENUE, LLC, | Case No. 20-12170 (CSS) |
| Debtor. | |
| Tax I.D. No. 32-0534621 | |
| In re: | Chapter 11 |
| TSI - LUCILLE AUSTIN STREET, LLC, | Case No. 20-12171 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1847853 | |
| In re: | Chapter 11 |
| TSI - LUCILLE CLIFTON, LLC, | Case No. 20-12265 (CSS) |
| Debtor. | |
| Tax I.D. No. 32-0534724 | |
| In re: | Chapter 11 |
| TSI - LUCILLE KINGS HIGHWAY, LLC, | Case No. 20-12172 (CSS) |
| Debtor. | |
| Tax I.D. No. 38-4040881 | |
| In re: | Chapter 11 |
| TSI - LUCILLE VALLEY STREAM, LLC, | Case No. 20-12173 (CSS) |
| Debtor. | |
| Tax I.D. No. 32-0536228 | |

| | |
|---|---|
| In re:<br><br>TSI - NORTHRIDGE, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4891666 | Chapter 11<br><br>Case No. 20-12298 (CSS) |
| In re:<br><br>TSI - SAN JOSE, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1870502 | Chapter 11<br><br>Case No. 20-12302 (CSS) |
| In re:<br><br>TSI - STUDIO CITY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0556425 | Chapter 11<br><br>Case No. 20-12304 (CSS) |
| In re:<br><br>TSI - TOPANGA, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 30-1042632 | Chapter 11<br><br>Case No. 20-12307 (CSS) |
| In re:<br><br>TSI - TORRANCE, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 30-1040164 | Chapter 11<br><br>Case No. 20-12305 (CSS) |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI - VALENCIA, LLC, | Case No. 20-12306 (CSS) |
| Debtor. | |
| Tax I.D. No. 35-2619990 | |
| In re: | Chapter 11 |
| TSI - WESTLAKE, LLC, | Case No. 20-12309 (CSS) |
| Debtor. | |
| Tax I.D. No. 38-4065018 | |
| In re: | Chapter 11 |
| TSI 1231 3RD AVENUE, LLC, | Case No. 20-12176 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4788966 | |
| In re: | Chapter 11 |
| TSI 30 BROAD STREET, LLC, | Case No. 20-12174 (CSS) |
| Debtor. | |
| Tax I.D. No. 46-5686787 | |
| In re: | Chapter 11 |
| TSI 555 6TH AVENUE, LLC, | Case No. 20-12175 (CSS) |
| Debtor. | |
| Tax I.D. No. 46-4238513 | |

| | |
|---|---|
| In re:<br><br>TSI ALLSTON, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 20-2106668 | Chapter 11<br><br>Case No. 20-12267 (CSS) |
| In re:<br><br>TSI ASTOR PLACE, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1843400 | Chapter 11<br><br>Case No. 20-12177 (CSS) |
| In re:<br><br>TSI ASTORIA, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-0611120 | Chapter 11<br><br>Case No. 20-12178 (CSS) |
| In re:<br><br>TSI AVENUE A, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0422162 | Chapter 11<br><br>Case No. 20-12179 (CSS) |
| In re:<br><br>TSI BACK BAY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 38-3906383 | Chapter 11<br><br>Case No. 20-12268 (CSS) |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI BAY RIDGE, LLC, | Case No. 20-12180 (CSS) |
| Debtor. | |
| Tax I.D. No. 56-2457922 | |
| In re: | Chapter 11 |
| TSI BAYONNE, LLC, | Case No. 20-12271 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1652557 | |
| In re: | Chapter 11 |
| TSI BAYRIDGE 86TH STREET LLC, | Case No. 20-12181 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-5330923 | |
| In re: | Chapter 11 |
| TSI BEACON STREET LLC, | Case No. 20-12272 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1712404 | |
| In re: | Chapter 11 |
| TSI BOYLSTON, LLC, | Case No. 20-12274 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-3391971 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI BROADWAY, LLC, | Case No. 20-12182 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3000086 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI BROOKLYN BELT, LLC, | Case No. 20-12183 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3436781 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI BULFINCH, LLC, | Case No. 20-12275 (CSS |
| Debtor. | |
| Tax I.D. No. 20-2107143 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI BUTLER, LLC, | Case No. 20-12277 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-3338194 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI CARMEL, LLC, | Case No. 20-12184 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-2300417 | |

27035753.2

7

| | |
|---|---|
| In re: | Chapter 11 |
| TSI CASH MANAGEMENT, LLC, | Case No. 20-12185 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3607389 | |
| In re: | Chapter 11 |
| TSI CENTRAL SQUARE, LLC, | Case No. 20-12279 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-2106837 | |
| In re: | Chapter 11 |
| TSI CLARENDON, LLC, | Case No. 20-12186 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3768520 | |
| In re: | Chapter 11 |
| TSI CLIFTON LLC, | Case No. 20-12281 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-5306663 | |
| In re: | Chapter 11 |
| TSI COBBLE HILL, LLC, | Case No. 20-12187 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3285675 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI COLONIA, LLC, | Case No. 20-12282 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3598664 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI COLUMBIA HEIGHTS, LLC, | Case No. 20-12188 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-2602018 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI COMMACK, LLC, | Case No. 20-12189 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3466826 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI CONNECTICUT AVENUE, LLC, | Case No. 20-12190 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-2185711 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI COURT STREET, LLC, | Case No. 20-12191 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3549905 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI CROTON, LLC, | Case No. 20-12192 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3982171 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI DAVIS SQUARE, LLC, | Case No. 20-12284 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-5330714 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI DEER PARK, LLC, | Case No. 20-12193 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-3299026 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI DOBBS FERRY, LLC, | Case No. 20-12194 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-4742691 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI DORCHESTER, LLC, | Case No. 20-12285 (CSS) |
| Debtor. | |
| Tax I.D. No. 35-2506644 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI DOWNTOWN CROSSING, LLC, | Case No. 20-12287 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3821061 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI DUPONT II, INC., | Case No. 20-12195 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-1887282 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI EAST 23, LLC, | Case No. 20-12196 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3834638 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI EAST 36, LLC, | Case No. 20-12197 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3486149 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI EAST 51, LLC, | Case No. 20-12198 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3866959 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI EAST 76, LLC, | Case No. 20-12199 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3680542 | |
| In re: | Chapter 11 |
| TSI East 86, LLC, | Case No. 20-12200 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4036613 | |
| In re: | Chapter 11 |
| TSI East 91, LLC, | Case No. 20-12201 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3910665 | |
| In re: | Chapter 11 |
| TSI ELITE BACK BAY, LLC, | Case No. 20-12288 (CSS) |
| Debtor. | |
| Tax I.D. No. 37-1767808 | |
| In re: | Chapter 11 |
| TSI FENWAY, LLC, | Case No. 20-12290 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-2106936 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI FIRST AVENUE, LLC, | Case No. 20-12202 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3736708 | |
| In re: | Chapter 11 |
| TSI FOREST HILLS, LLC, | Case No. 20-12203 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3327332 | |
| In re: | Chapter 11 |
| TSI GALLERY PLACE, LLC, | Case No. 20-12204 (CSS) |
| Debtor. | |
| Tax I.D. No. 90-0016157 | |
| In re: | Chapter 11 |
| TSI GARDEN CITY, LLC, | Case No. 20-12205 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3496320 | |
| In re: | Chapter 11 |
| TSI GARNERVILLE, LLC, | Case No. 20-12206 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-1761910 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI GEORGETOWN, LLC, | Case No. 20-12207 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4278506 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI GIFTCO, LLC, | Case No. 20-12208 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4785941 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI GLENDALE, LLC, | Case No. 20-12209 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-4310458 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI GLOVER, LLC, | Case No. 20-12210 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-1842000 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI GRAND CENTRAL, LLC, | Case No. 20-12211 (CSS) |
| Debtor. | |
| Tax I.D. No. 35-2187324 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI GREENPOINT, LLC, | Case No. 20-12212 (CSS) |
| Debtor. | |
| Tax I.D. No. 35-2469962 | |
| In re: | Chapter 11 |
| TSI HARTSDALE, LLC, | Case No. 20-12213 (CSS) |
| Debtor. | |
| Tax I.D. No. 34-2011353 | |
| In re: | Chapter 11 |
| TSI HAWTHORNE, LLC, | Case No. 20-12214 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-3392045 | |
| In re: | Chapter 11 |
| TSI HICKSVILLE, LLC, | Case No. 20-12215 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-2720808 | |
| In re: | Chapter 11 |
| TSI HIGHPOINT, LLC, | Case No. 20-12216 (CSS) |
| Debtor. | |
| Tax I.D. No. 54-1880836 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI HOBOKEN NORTH, LLC, | Case No. 20-12293 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4278513 | |
| In re: | Chapter 11 |
| TSI HOBOKEN, LLC, | Case No. 20-12294 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3539811 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (CIP), LLC, | Case No. 20-12217 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3465800 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (DC), LLC, | Case No. 20-12218 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-1786716 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (IP), LLC, | Case No. 20-12219 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-1868513 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI HOLDINGS (MA), LLC, | Case No. 20-12220 (CSS) |
| Debtor. | |
| Tax I.D. No. 80-0920973 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (MD), LLC, | Case No. 20-12221 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-1483416 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (NJ), LLC, | Case No. 20-12222 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-2118374 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (PA), LLC, | Case No. 20-12223 (CSS) |
| Debtor. | |
| Tax I.D. No. 23-2995708 | |
| In re: | Chapter 11 |
| TSI HOLDINGS (VA), LLC, | Case No. 20-12224 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-2103430 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI INTERNATIONAL, INC., | Case No. 20-12241 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3433612 | |
| In re: | Chapter 11 |
| TSI JERSEY CITY, LLC, | Case No. 20-12295 (CSS) |
| Debtor. | |
| Tax I.D. No. 01-0715570 | |
| In re: | Chapter 11 |
| TSI LARCHMONT, LLC, | Case No. 20-12225 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4032565 | |
| In re: | Chapter 11 |
| TSI LEXINGTON (MA), LLC, | Case No. 20-12296 (CSS) |
| Debtor. | |
| Tax I.D. No. 04-2931936 | |
| In re: | Chapter 11 |
| TSI LINCOLN, LLC, | Case No. 20-12226 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3217462 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI LIVINGSTON, LLC, | Case No. 20-12297 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3768516 | |
| In re: | Chapter 11 |
| TSI LONG BEACH, LLC, | Case No. 20-12227 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-2787121 | |
| In re: | Chapter 11 |
| TSI LYNNFIELD, LLC, | Case No. 20-12321 (CSS) |
| Debtor. | |
| Tax I.D. No. 04-3100325 | |
| In re: | Chapter 11 |
| TSI MARLBORO, LLC, | Case No. 20-12322 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3567661 | |
| In re: | Chapter 11 |
| TSI MASSAPEQUA, LLC, | Case No. 20-12288 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4876291 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI MATAWAN, LLC, | Case No. 20-12323 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3567666 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI METHUEN, LLC, | Case No. 20-12325 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4914128 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI MORRIS PARK, LLC, | Case No. 20-12230 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-5331095 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI MURRAY HILL, LLC, | Case No. 20-12231 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4185032 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI NEWARK, LLC, | Case No. 20-12326 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3860893 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI NEWTON, LLC, | Case No. 20-12327 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-5288787 | |
| In re: | Chapter 11 |
| TSI NORTH BETHESDA, LLC, | Case No. 20-12232 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-2033988 | |
| In re: | Chapter 11 |
| TSI OCEANSIDE, LLC, | Case No. 20-12233 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3432030 | |
| In re: | Chapter 11 |
| TSI PEABODY, LLC, | Case No. 20-12328 (CSS) |
| Debtor. | |
| Tax I.D. No. 37-1913596 | |
| In re: | Chapter 11 |
| TSI PINE STREET, LLC, | Case No. 20-12234 (CSS) |
| Debtor. | |
| Tax I.D. No. 37-1916577 | |

27035753.2

| | |
|---|---|
| In re:<br><br>TSI PLACENTIA, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 36-4892098 | Chapter 11<br><br>Case No. 20-12299 (CSS) |
| In re:<br><br>TSI PRINCETON, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 22-3511330 | Chapter 11<br><br>Case No. 20-12329 (CSS) |
| In re:<br><br>TSI PROVIDENCE EASTSIDE, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 26-2955808 | Chapter 11<br><br>Case No. 20-12235 (CSS) |
| In re:<br><br>TSI RADNOR, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 20-3601836 | Chapter 11<br><br>Case No. 20-12236 (CSS) |
| In re:<br><br>TSI RAMSEY, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 22-2396438 | Chapter 11<br><br>Case No. 20-12330 (CSS) |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI REGO PARK, LLC, | Case No. 20-12245 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-4249854 | |
| In re: | Chapter 11 |
| TSI RIDGEWOOD, LLC, | Case No. 20-12331 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4178569 | |
| In re: | Chapter 11 |
| TSI SALISBURY, LLC, | Case No. 20-12332 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1141332 | |
| In re: | Chapter 11 |
| TSI SCARSDALE, LLC, | Case No. 20-12247 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3593359 | |
| In re: | Chapter 11 |
| TSI SHERIDAN, LLC, | Case No. 20-12249 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3754408 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI SMITHTOWN, LLC, | Case No. 20-12250 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-4073505 | |
| In re: | Chapter 11 |
| TSI SOCIETY HILL, LLC, | Case No. 20-12251 (CSS) |
| Debtor. | |
| Tax I.D. No. 23-2931237 | |
| In re: | Chapter 11 |
| TSI SOUTH BETHESDA, LLC, | Case No. 20-12252 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-3392176 | |
| In re: | Chapter 11 |
| TSI SOUTH END, LLC, | Case No. 20-12308 (CSS) |
| Debtor. | |
| Tax I.D. No. 34-2011367 | |
| In re: | Chapter 11 |
| TSI SOUTH PARK SLOPE, LLC, | Case No. 20-12253 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3576282 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI SOUTH STATION, LLC, | Case No. 20-12310 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-2106457 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI SPRINGFIELD, LLC, | Case No. 20-12314 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3598663 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI STATEN ISLAND, LLC, | Case No. 20-12256 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4007763 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI STOKED, LLC, | Case No. 20-12258 (CSS) |
| Debtor. | |
| Tax I.D. No. N/A | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI SUNNYSIDE, LLC, | Case No. 20-12259 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-1150637 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI TOTAL WOMAN HOLDCO, LLC, | Case No. 20-12260 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4889261 | |
| In re: | Chapter 11 |
| TSI UNIVERSITY MANAGEMENT, LLC, | Case No. 20-12261 (CSS) |
| Debtor. | |
| Tax I.D. No. 90-0238870 | |
| In re: | Chapter 11 |
| TSI VARICK STREET, LLC, | Case No. 20-12262 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-3442477 | |
| In re: | Chapter 11 |
| TSI WALTHAM, LLC, | Case No. 20-12316 (CSS) |
| Debtor. | |
| Tax I.D. No. 45-0489363 | |
| In re: | Chapter 11 |
| TSI WATERTOWN, LLC, | Case No. 20-12318 (CSS) |
| Debtor. | |
| Tax I.D. No. 34-2011362 | |

| | |
|---|---|
| In re:<br><br>TSI WAYLAND, LLC,<br><br>　　　　　　Debtor.<br><br>Tax I.D. No. 30-0819132 | Chapter 11<br><br>Case No. 20-12311 (CSS) |
| In re:<br><br>TSI WELLESLEY,  LLC,<br><br>　　　　　　Debtor.<br><br>Tax I.D. No. 04-3259257 | Chapter 11<br><br>Case No. 20-12313 (CSS) |
| In re:<br><br>TSI WELLINGTON CIRCLE, LLC,<br><br>　　　　　　Debtor.<br><br>Tax I.D. No. 20-5331149 | Chapter 11<br><br>Case No. 20-12315 (CSS) |
| In re:<br><br>TSI WEST 115TH STREET, LLC,<br><br>　　　　　　Debtor.<br><br>Tax I.D. No. 20-5683543 | Chapter 11<br><br>Case No. 20-12269 (CSS) |
| In re:<br><br>TSI WEST 125, LLC,<br><br>　　　　　　Debtor.<br><br>Tax I.D. No. 13-3978641 | Chapter 11<br><br>Case No. 20-12270 (CSS) |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI WEST 145TH STREET, LLC, | Case No. 20-12273 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-8987153 | |
| In re: | Chapter 11 |
| TSI WEST 16, LLC, | Case No. 20-12244 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4145988 | |
| In re: | Chapter 11 |
| TSI WEST 23, LLC, | Case No. 20-12246 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3896459 | |
| In re: | Chapter 11 |
| TSI WEST 38, LLC, | Case No. 20-12248 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4046618 | |
| In re: | Chapter 11 |
| TSI WEST 41, LLC, | Case No. 20-12254 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4162540 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI WEST 48, LLC, | Case No. 20-12257 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-0033088 | |
| In re: | Chapter 11 |
| TSI WEST 73, LLC, | Case No. 20-12263 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4020357 | |
| In re: | Chapter 11 |
| TSI WEST 80, LLC, | Case No. 20-12264 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3694556 | |
| In re: | Chapter 11 |
| TSI WEST 94, LLC, | Case No. 20-12266 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4159717 | |
| In re: | Chapter 11 |
| TSI WEST HARTFORD, LLC, | Case No. 20-12276 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-0850565 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI WESTBORO TENNIS, LLC, | Case No. 20-12317 (CSS) |
| Debtor. | |
| Tax I.D. No. 32-0548423 | |
| In re: | Chapter 11 |
| TSI WESTBOROUGH, LLC, | Case No. 20-12319 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-2047867 | |
| In re: | Chapter 11 |
| TSI WESTWOOD, LLC, | Case No. 20-12320 (CSS) |
| Debtor. | |
| Tax I.D. No. 01-0715576 | |
| In re: | Chapter 11 |
| TSI WHITE PLAINS CITY CENTER, LLC, | Case No. 20-12278 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4278511 | |
| In re: | Chapter 11 |
| TSI WHITE PLAINS, LLC, | Case No. 20-12280 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3965540 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI WHITESTONE, LLC, | Case No. 20-12283 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3438769 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC ALICO MISSION, LLC, | Case No. 20-12237 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1171940 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC BEN PRATT, LLC, | Case No. 20-12238 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4927817 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC BENEVA ROAD, LLC, | Case No. 20-12239 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4927816 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC BOYSCOUT, LLC, | Case No. 20-12240 (CSS) |
| Debtor. | |
| Tax I.D. No. 38-4107078 | |

27035753.2

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC CAPE CORAL, LLC, | Case No. 20-12242 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1174876 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC HOLDCO, LLC, | Case No. 20-12169 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1166015 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-ATC TAMIAMI TRAIL, LLC, | Case No. 20-12243 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1174829 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-HR 13TH STREET, LLC, | Case No. 20-12286 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1194317 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI-HR 45TH STREET, LLC, | Case No. 20-12289 (CSS) |
| Debtor. | |
| Tax I.D. No. 36-4936607 | |

27035753.2

| | |
|---|---|
| In re:<br><br>TSI-HR 76TH STREET, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 32-0598093 | Chapter 11<br><br>Case No. 20-12291 (CSS) |
| In re:<br><br>TSI-HR WHITEHALL STREET, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 61-1927953 | Chapter 11<br><br>Case No. 20-12292 (CSS) |

### ORDER DIRECTING THE JOINT ADMINISTRATION
### OF THE DEBTORS' CHAPTER 11 CASES

Upon the *Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "**Motion**")[1] filed by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"); and upon consideration of the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and this Court

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

having found and determined that the relief sought in the Motion is in the best interests of the

Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual

bases set forth in the Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED as set forth herein.

2.     The Debtors' chapter 11 cases are consolidated for procedural purposes

only and shall be jointly administered by this Court.

3.     The Clerk of the Court shall maintain one file and one docket for all of the

chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of

Town Sports International, LLC, Case No. 20-12168 (CSS).

4.     All pleadings filed in the chapter 11 cases shall bear a consolidated

caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

---

[1]  The last four digits of Town Sports International, LLC's federal tax identification number are 7365.  The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523.  Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

5.     The foregoing caption shall satisfy the requirements of section 342(c)(1)

of the Bankruptcy Code.

27035753.2

6.    The Clerk of the Court shall make a docket entry in each Debtor's chapter

11 case (except that of Town Sports International, LLC) substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Town Sports International, LLC (7365); TSI Holdings II, LLC (3368); TSI - Alameda, LLC (7476); TSI - Cal.Glendale, LLC (3001); TSI - Irvine, LLC (2283); TSI - Lucille 38th Avenue, LLC (4621); TSI - Lucille Austin Street, LLC (7853); TSI - Lucille Clifton, LLC (4724); TSI - Lucille Kings Highway, LLC (0881); TSI - Lucille Valley Stream, LLC (6228); TSI - Northridge, LLC (1666); TSI - San Jose, LLC (0502); TSI - Studio City, LLC (6425); TSI - Topanga, LLC (2632); TSI - Torrance, LLC (0164); TSI - Valencia, LLC (9990); TSI - Westlake, LLC (5018); TSI 1231 3rd Avenue, LLC (8966); TSI 30 Broad Street, LLC (6787); TSI 555 6th Avenue, LLC (8513); TSI Allston, LLC (6668); TSI Astor Place, LLC (3400); TSI Astoria, LLC (1120); TSI Avenue A, LLC (2162); TSI Back Bay, LLC (6383); TSI Bay Ridge, LLC (7922); TSI Bayonne, LLC (2557); TSI Bayridge 86th Street LLC (0923); TSI Beacon Street, LLC (2404); TSI Boylston, LLC (1971); TSI Broadway, LLC (0086); TSI Brooklyn Belt, LLC (6781); TSI Bulfinch, LLC (0143); TSI Butler, LLC (8194); TSI Carmel, LLC (0417); TSI Cash Management, LLC (7389); TSI Central Square, LLC (6837); TSI Clarendon, LLC (8520); TSI Clifton LLC (6663); TSI Cobble Hill, LLC (5675); TSI Colonia, LLC (8664); TSI Columbia Heights, LLC (2018); TSI Commack, LLC (6826); TSI Connecticut Avenue, LLC (5711); TSI Court Street, LLC (9905); TSI Croton, LLC (2171); TSI Davis Square, LLC (0714); TSI Deer Park, LLC (9026); TSI Dobbs Ferry, LLC (2691); TSI Dorchester, LLC (6644); TSI Downtown Crossing, LLC (1061); TSI Dupont II, Inc. (7282); TSI East 23, LLC (4638); TSI East 36, LLC (6149); TSI East 51, LLC (6959); TSI East 76, LLC (0542); TSI East 86, LLC (6613); TSI East 91, LLC (0665); TSI Elite Back Bay, LLC (7808); TSI Fenway, LLC (6936); TSI First Avenue, LLC (6708); TSI Forest Hills, LLC (7332); TSI Gallery Place, LLC (6157); TSI Garden City, LLC (6320); TSI Garnerville, LLC (1910); TSI Georgetown, LLC (8506); TSI Giftco, LLC (5941); TSI Glendale, LLC (0458); TSI Glover, LLC (2000); TSI Grand Central, LLC (7324); TSI Greenpoint, LLC (9962); TSI Hartsdale, LLC (1353); TSI Hawthorne, LLC (2045); TSI Hicksville, LLC (0808); TSI Highpoint, LLC (0836); TSI Hoboken North, LLC (8513); TSI Hoboken, LLC (9811); TSI Holdings (CIP), LLC (5800); TSI Holdings (DC), LLC (6716); TSI Holdings (IP), LLC (8513); TSI Holdings (MA), LLC (0973); TSI Holdings (MD), LLC (3416); TSI Holdings (NJ), LLC (8374);

27035753.2

TSI Holdings (PA), LLC (5708); TSI Holdings (VA), LLC (3430); TSI International, Inc. (3612); TSI Jersey City, LLC (5570); TSI Larchmont, LLC (2565); TSI Lexington (MA), LLC (1936); TSI Lincoln, LLC (7462); TSI Livingston, LLC (8516); TSI Long Beach, LLC (7121); TSI Lynnfield, LLC (0325); TSI Marlboro, LLC (7661); TSI Massapequa, LLC (6291); TSI Matawan, LLC (7666); TSI Methuen, LLC (4128); TSI Morris Park, LLC (1095); TSI Murray Hill, LLC (5032); TSI Newark, LLC (0893); TSI Newton, LLC (8787); TSI North Bethesda, LLC (3988); TSI Oceanside, LLC (2030); TSI Peabody, LLC (3596); TSI Pine Street, LLC (6577); TSI Placentia, LLC (2098); TSI Princeton, LLC (1330); TSI Providence Eastside, LLC (5808); TSI Radnor, LLC (1836); TSI Ramsey, LLC (6438); TSI Rego Park, LLC (9854); TSI Ridgewood, LLC (8569); TSI Salisbury, LLC (1332); TSI Scarsdale, LLC (3359); TSI Sheridan, LLC (4408); TSI Smithtown, LLC (3505); TSI Society Hill, LLC (1237); TSI South Bethesda, LLC (2176); TSI South End, LLC (1367); TSI South Park Slope, LLC (6282); TSI South Station, LLC (6457); TSI Springfield, LLC (8663); TSI Staten Island, LLC (7763); TSI Stoked, LLC (N/A); TSI Sunnyside, LLC (0637); TSI Total Woman Holdco, LLC (9261); TSI University Management, LLC (8870); TSI Varick Street, LLC (2477); TSI Waltham, LLC (9363); TSI Watertown, LLC (1362); TSI Wayland, LLC (9132); TSI Wellesley,  LLC (9257); TSI Wellington Circle, LLC (1149); TSI West 115th Street, LLC (3543); TSI West 125, LLC (8641); TSI West 145th Street, LLC (7153); TSI West 16, LLC (5988); TSI West 23, LLC (6459); TSI West 38, LLC (6618); TSI West 41, LLC (2540); TSI West 48, LLC (3088); TSI West 73, LLC (0357); TSI West 80, LLC (4556); TSI West 94, LLC (9717); TSI West Hartford, LLC (0565); TSI Westboro Tennis, LLC (8423); TSI Westborough, LLC (7867); TSI Westwood, LLC (5576); TSI White Plains City Center, LLC (8511); TSI White Plains, LLC (5540); TSI Whitestone, LLC (8769); TSI-ATC Alico Mission, LLC (1940); TSI-ATC Ben Pratt, LLC (7817); TSI-ATC Beneva Road, LLC (7816); TSI-ATC Boyscout, LLC (7078); TSI-ATC Cape Coral, LLC (4876); TSI-ATC Holdco, LLC (6015); TSI-ATC Tamiami Trail, LLC (4829); TSI-HR 13th Street, LLC (4317); TSI-HR 45th Street, LLC (6607); TSI-HR 76th Street, LLC (8093); and TSI-HR Whitehall Street, LLC (7953). **The docket in the chapter 11 case of Town Sports International, LLC, Case No. 20-12168 (CSS), should be consulted for all matters affecting this case**.

7.    One consolidated docket, one file, and one consolidated service list shall

be maintained for the chapter 11 cases by the Debtors and kept by the Clerk of the Court.

27035753.2

8.      The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases.

10.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 16th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

27035753.2