John T. Farnum, Esq.
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Avenue, Suite 900
Washington, DC 20004
(202) 465-8385
(202) 465-8385 (Facsimile)
jfarnum@milesstockbridge.com

*Counsel for FP 1211 Connecticut Avenue, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, et al.[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, FP 1211 Connecticut Avenue, LLC hereby appears in the above-captioned proceeding by counsel, John T. Farnum, Esq. of Miles & Stockbridge P.C.  Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with the Bankruptcy Rules, be served at the address set forth below:

> John T. Farnum, Esq.
> MILES & STOCKBRIDGE P.C.
> 1201 Pennsylvania Avenue, Suite 900
> Washington, DC 20004
> Telephone:  202.465.8385
> Facsimile:  202.465.8385
> E-mail:  jfarnum@milesstockbridge.com

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365.  The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523.  Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting counsel for the Debtors.

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, or otherwise.

Dated:  September 18, 2020                                   Respectfully submitted,

                                                                                          FP 1211 Connecticut Avenue, LLC

                                                                                          By Counsel

**MILES & STOCKBRIDGE P.C.**
1201 Pennsylvania Avenue, Suite 900
Washington, DC 20004
202.465.8385
202.465.8385 (Facsimile)
jfarnum@milesstockbridge.com


By:     /s/ *John T. Farnum*
John T. Farnum (DC Bar No. 983831)
*Counsel for FP 1211 Connecticut Avenue, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify on the 18th day of September, 2020, a true copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** was served via the Court's ECF system on all parties receiving electronic notices in this case.

                /s/ *John T. Farnum*
                John T. Farnum