NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, New York  10036
917-369-8847
Melissa A. Pena, Esq.
mapena@norris-law.com
Attorneys for Yorkville Tower Associates LLC

UNITED STATE BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL LLC, et al., | Case No. 20-12168 (CSS) |
| | (Joint Administration Requested) |
| Debtor. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Yorkville Tower Associates LLC, landlord and party in interest, by their counsel, Norris McLaughlin, P.A., appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and serve upon the following:

> NORRIS McLAUGHLIN, P.A.
> 7 Times Square, 21st Floor
> New York, New York  10036
> 917-369-8847
> Attn:  Melissa A. Pena, Esq.
> mapena@norris-law.com

and that it be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion,

petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estates of the above named debtors or property of their estates.

Dated:  New York, New York
        September 17, 2020

                              NORRIS McLAUGHLIN, P.A.

                              By:  /s/ Melissa A. Pena
                              Melissa A. Pena
                              7 Times Square, 21st Floor
                              New York, New York  10036
                              917-369-8847
                              mapena@norris-law.com
                              Attorneys for Yorkville Tower Associates LLC