# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC AND VIDEO HEARING ON
## SEPTEMBER 29, 2020 AT 12:00 P.M. (ET)

> **THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.  ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878.  ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Town Sports Intl 20-12168 Hearing**
> **Time: September 29, 2020 12:00 P.M. Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> https://debuscourts.zoomgov.com/j/1613882367
>
> **Meeting ID:** 161 388 2367
> **Passcode:** 278206

## STATUS CONFERENCE

1.  Case Status Conference

    Status:  This matter will be going forward.

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365.  The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523.  Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

27094750.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 25, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Robert S. Brady (No. 2847)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  rbrady@ycst.com<br>         sgreecher@ycst.com<br>         amielke@ycst.com<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Derek I. Hunter (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email:  nicole.greenblatt@kirkland.com<br>         derek.hunter@kirkland.com<br><br>KIRKLAND & ELLIS LLP<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:  (415) 439-1400<br>Facsimile:  (415) 439-1500<br>Email: mark.mckane@kirkland.com<br><br>KIRKLAND & ELLIS LLP<br>Joshua M. Altman (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: josh.altman@kirkland.com<br><br>*Proposed Counsel to the Debtors*<br>*and Debtors in Possession* |