# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 148** |

## ORDER SHORTENING NOTICE OF THE HEARING
## TO CONSIDER DEBTORS' MOTION REQUESTING AUTHORITY
## TO (I) ENTER INTO DEBTOR IN POSSESSION FINANCING

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the Debtors for entry of an order shortening the time to consider the DIP Motion; and this Court having determined that granting the relief requested in the Motion to Shorten is appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is granted, as set forth herein.

2. Approval of the DIP Motion on an interim basis shall be considered on October 2, 2020 at 5:00 p.m. (ET) (the "**Hearing**"). Any objection or response to the relief requested may be presented at the Hearing.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion to Shorten.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: October 2nd, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2