**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | ) Case No. 20-12168 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 208** |

**NOTICE TO CONTRACT COUNTERPARTIES TO POTENTIALLY
ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
> OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN
> EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE
> OF THE DEBTORS AS SET FORTH ON <u>EXHIBIT A</u> ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on October 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Approving the Form and Manner of Notice Thereof, (III) Scheduling an Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Contracts, (V) Approving the Sale of the Debtors' Assets Free and Clear, and (VI) Granting Related Relief* [Docket No. 208] (the "Bidding Procedures Order"), authorizing the Debtors to conduct an auction (the "Auction") to select the party to purchase substantially all of the Debtors' Assets. The Auction will be governed by the bidding procedures (attached to the Bidding Procedures Order as **Exhibit 1** (the "Bidding Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of any Successful Bid, the Debtors **may** assume or assume and assign to the Successful Bidder certain Executory Contracts and Unexpired Leases, listed on the Assigned Contracts Schedule, attached hereto as **Exhibit A**, to which you are a counterparty (each non-Debtor contract counterparty to an Executory Contract or Unexpired Lease, the "Contract Counterparty," and collectively, the "Contract Counterparties"), upon approval of the Sale. The Assigned Contracts

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. A complete list of all the Debtors in these jointly administered cases, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

Schedule can also be viewed on the Debtors' case website (http://dm.epiq11.com/TownSports). The Debtors have conducted a review of their books and records and have determined that the cure amount for unpaid monetary obligations under such Executory Contracts and Unexpired Leases is as set forth on **Exhibit A** attached hereto (the "Cure Amount").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with notice provided hereunder or the proposed Cure Amount (each, a "Cure Objection"), your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, the Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the Cure Objection pertains to the proposed Cure Amount, state the cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court and served and **actually received** no later than October 23, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "Cure Objection Deadline") by the following parties: (a) counsel for the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Nicole L. Greenblatt, P.C. (nicole.greenblatt@kirkland.com), Joshua M. Altman (josh.altman@kirkland.com), and Derek I. Hunter (derek.hunter@kirkland.com); and (b) Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware, 19801, Attn.: David Buchbinder (david.l.buchbinder@usdoj.gov); *provided* that the Debtors may extend the Cure Objection Deadline by filing a notice of such extension on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that if no objection to (a) the Cure Amount(s), (b) the proposed assumption or assignment and assumption of any Executory Contract or Unexpired Lease, or (c) adequate assurance of the Successful Bidder's ability to perform is filed by the Cure Objection Deadline, then (i) you will be deemed to have stipulated that the Cure Amounts as determined by the Debtors are correct, (ii) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Executory Contract or Unexpired Lease, and (iii) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any Cure Objection in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing, shall be heard at a later date to be fixed by the Court.

**PLEASE THAT FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Executory Contract or Unexpired Lease on the Cure Notice does not require or guarantee that such Executory Contract or Unexpired Lease will be assumed or assumed and assigned by the Debtors at any time, and all rights of the Debtors and the Successful Bidder with respect to such Executory Contract or Unexpired Lease are reserved. Moreover, the Debtors explicitly reserve their rights, in their reasonable discretion, to seek to reject or assume each Executory Contract or Unexpired Lease pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Executory Contract or Unexpired Lease as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (i) alters in any way the prepetition nature of the Executory Contracts and Unexpired Leases or the validity, priority, or amount of any claims of a Contract Counterparty against the Debtors that may arise under such Executory Contract or Unexpired Lease, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a Contract Counterparty against the Debtors that may arise under such Executory Contract or Unexpired Lease.

[*Remainder of this page is intentionally left blank.*]

| | |
|---|---|
| Dated: October 16, 2020<br>Wilmington, Delaware | */s/ Allison S. Mielke*<br>Robert S. Brady (No. 2847)<br>Sean T. Greecher (No. 4484)<br>Allison S. Mielke (No. 5934)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 571-6600<br>Email: rbrady@ycst.com<br>          sgreecher@ycst.com<br>          amielke@ycst.com<br><br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Derek I. Hunter (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Email: nicole.greenblatt@kirkland.com<br>          derek.hunter@kirkland.com<br><br>Joshua M. Altman (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Email:  josh.altman@kirkland.com<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>555 California Street<br>San Francisco, California 94104<br>Telephone:   (415) 439-1400<br>Email: mark.mckane@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |

## **EXHIBIT A**

**Assigned Contracts Schedule**

**Exhibit A - Assumed Executory Contracts and Unexpired Leases**

| | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 1 | 20-12328 | TSI Peabody, LLC | #1 STEEL/REJUVENICE | SUB-LEASE AGREEMENT | $0.00 |
| 2 | 20-12215 | TSI Hicksville, LLC | 100 DUFFY, LLC | LEASE AGREEMENT | $606,287.94 |
| 3 | 20-12168 | Town Sports International, LLC | 100 JANE STREET L.P. | LEASE AGREEMENT | $0.00 |
| 4 | 20-12210 | TSI Glover, LLC | 2251 WISCONSIN AVENUE, LLC | LEASE AGREEMENT | $389,496.12 |
| 5 | 20-12178 | TSI Astoria, LLC | 2856 ASTORIA LLC | LEASE AGREEMENT | $486,337.63 |
| 6 | 20-12174 | TSI 30 Broad Street, LLC | 30 BROAD STREET VENTURE LLC | LEASE AGREEMENT | $233,726.09 |
| 7 | 20-12259 | TSI Sunnyside, LLC | 39-01 QB LLC | LEASE AGREEMENT | $169,954.98 |
| 8 | 20-12192 | TSI Croton, LLC | 420 SOUTH RIVERSIDE LLC | LEASE AGREEMENT | $222,837.87 |
| 9 | 20-12198 | TSI East 51, LLC | 575 LEX PROPERTY OWNER, LLC | LEASE AGREEMENT | $962,495.45 |
| 10 | 20-12310 | TSI South Station, LLC | 695 ATLANTIC AVENUE, LLC | LEASE AGREEMENT | $0.00 |
| 11 | 20-12203 | TSI Forest Hills, LLC | 75-76 THIRD AVENUE ASSSETS IV LLC | LEASE AGREEMENT | $499,100.02 |
| 12 | 20-12185 | TSI Cash Management, LLC | ABC FINANCIAL SERVICES | BILLING SERVICES AGREEMENT FOR 3 LOCATIONS DATED 10/18/2018 | $0.00 |
| 13 | 20-12196 | TSI East 23, LLC | ABC REALTY | LEASE AGREEMENT | $1,255,432.58 |
| 14 | 20-12253 | TSI South Park Slope, LLC | ABRAMS HOLDINGS LLC | LEASE AGREEMENT | $317,350.31 |
| 15 | 20-12168 | Town Sports International, LLC | ACCELIRATE, INC. | SERVICES AND LICENSING AGREEMENT | $0.00 |
| 16 | 20-12168 | Town Sports International, LLC | ACCELIRATE, INC. | TIME AND MATERIALS RE ABOVE DATED 8/20/2018 | $0.00 |
| 17 | 20-12168 | Town Sports International, LLC | ACCELIRATE, INC. | MASTER AGREEMENT FOR PROFESSIONAL SERVICES | $6,000.00 |
| 18 | 20-12168 | Town Sports International, LLC | ADP | PAYROLL SERVICES DATED 5/12/2000 | $31,878.87 |
| 19 | 20-12168 | Town Sports International, LLC | ADP RE WAGE GARNISHMENTS | 6TH AMENDMENT TO MSA DATED 9/19/2019 | $0.00 |
| 20 | 20-12177 | TSI Astor Place, LLC | ADVANCED CRYO | SUB-LEASE AGREEMENT | $0.00 |
| 21 | 20-12168 | Town Sports International, LLC | AIRCOM MECHANICAL, INC. | HVAC PREDICTIVE MAINTENANCE SERVICE AGREEMENT RE TOTAL WOMAN, SAN JOSE DATED 7/15/2019 | $0.00 |
| 22 | 20-12168 | Town Sports International, LLC | AIRCOM MECHANICAL, INC. | HVAC PREDICTIVE MAINTENANCE SERVICE AGREEMENT RE TOTAL WOMAN, ALAMEDA DATED 7/15/2019 | $0.00 |
| 23 | 20-12168 | Town Sports International, LLC | AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS (ASCAP) | LICENSE AGREEMENT FOR MUSIC RIGHTS DATED 10/1/2019 | $0.00 |
| 24 | 20-12168 | Town Sports International, LLC | ANDERSON MOORE CONSTRUCTION CORP., GENERAL CORPORATION | BUILDING CONTRACTOR AGREEMENT DATED 8/5/2019 | $70,990.40 |
| 25 | 20-12168 | Town Sports International, LLC | APTER & CO., DBA FIT DAY PASS | SALE TO INDIVIDUALS OF DAY PASSES TO CLUBS DATED 3/31/2017 | $0.00 |
| 26 | 20-12168 | Town Sports International, LLC | ARISTA AIR CONDITIONING CORP. | HVAC MAINTENANCE AGREEMENT DATED 3/5/2020 | $82,850.42 |
| 27 | 20-12168 | Town Sports International, LLC | ASCAP | GENERAL LICENSE AGREEMENT DATED 10/1/2019 | $0.00 |
| 28 | 20-12168 | Town Sports International, LLC | ASCAP | SETTLEMENT AND RELEASE DATED 10/1/2019 | $0.00 |
| 29 | 20-12328 | TSI Peabody, LLC | ATI PT | SUB-LEASE AGREEMENT | $0.00 |
| 30 | 20-12168 | Town Sports International, LLC | ATLANTICA ENTERPRISES, LLC | LEASE AGREEMENT | $0.00 |
| 31 | 20-12168 | Town Sports International, LLC | AUDIT TECHNOLOGY SOLUTIONS | AUDIT SERVICES DATED 8/14/2014 | $950.00 |
| 32 | 20-12313 | TSI Wellesley, LLC | BABSON COLLEGE | LEASE AGREEMENT | $1,081,643.58 |
| 33 | 20-12168 | Town Sports International, LLC | BALLY SPORT MADISON AVENUE | REVENUE SHARING AGREEMENT DATED 9/30/2016 | $0.00 |
| 34 | 20-12245 | TSI Rego Park, LLC | BDG 99QB, LLC | LEASE AGREEMENT | $478,145.81 |
| 35 | 20-12311 | TSI Wayland, LLC | BOS RETAIL 1, LLC | LEASE AGREEMENT | $224,878.90 |
| 36 | 20-12268 | TSI Back Bay, LLC | BOSTON PROPERTIES LIMITED PARTNERSHIP | LEASE AGREEMENT | $6,775.58 |
| 37 | 20-12214 | TSI Hawthorne, LLC | BROADWAY-HAWTHORNE, LLC #2 | LEASE AGREEMENT | $155,051.43 |
| 38 | 20-12277 | TSI Butler, LLC | BUTLER BOWL, INC | LEASE AGREEMENT | $265,572.46 |
| 39 | 20-12168 | Town Sports International, LLC | CAREWORKS USA, LTD. | ADDENDUM TO THE LEAVE ADMINISTRATION, DISABILITY CLAIM ADMINISTRATION AND INTEGRATED DISABILITY MANAGEMENT SERVICE AGREEMENT DATED 7/6/2017 | $0.00 |
| 40 | 20-12168 | Town Sports International, LLC | CAREWORKS USA, LTD. | ADDENDUM TO THE LEAVE ADMINISTRATION, DISABILITY CLAIM ADMINISTRATION AND INTEGRATED DISABILITY MANAGEMENT SERVICE AGREEMENT DATED 1/5/2018 | $0.00 |
| 41 | 20-12168 | Town Sports International, LLC | CAREWORKS USA, LTD. | ADDENDUM TO MASTER SERVICE AGREEMENT DTD 3/1/2017 | $0.00 |
| 42 | 20-12168 | Town Sports International, LLC | CARIBBEAN FITNESS MANAGEMENT | CONSULTING AGREEMENT FOR CONCEPT DEVELOPMENT AND CLUB RENOVATION AT 4 NYC CLUBS DATED 12/12/2019 | $0.00 |
| 43 | 20-12197 | TSI East 36, LLC | CENTRAL PARK PT | SUB-LEASE AGREEMENT | $0.00 |
| 44 | 20-12216 20-12236 20-12251 | TSI Highpoint, LLC TSI Radnor, LLC TSI Society Hill, LLC | CHADWICK SERVICE COMPANY | PREVENTIVE MAINTENANCE SERVICES DATED 3/10/2020 | $35,136.05 |
| 45 | 20-12199 | TSI East 76, LLC | CHAPMAN CONSULTING LLC | LEASE AGREEMENT | $234,944.99 |

| | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 46 | 20-12168 | Town Sports International, LLC | CLARITY WATER TECHNOLOGIES, LLC | HVAC MAINTENANCE SERVICES TO 14 NY CLUBS DATED 2/25/2020 | $61,174.35 |
| 47 | 20-12168 | Town Sports International, LLC | CLEARBROOK CROSS LLC | LEASE AGREEMENT | $643,807.98 |
| 48 | 20-12216 | TSI Highpoint, LLC | CLUB INVESTORS GROUP, LP | LEASE AGREEMENT | $194,180.86 |
| 49 | 20-12168 | Town Sports International, LLC | CLUB OS | SERVICES AGREEMENT - CRM SERVICES DATED 4/2/2018 | $0.00 |
| 50 | 20-12168 | Town Sports International, LLC | CON EDISON SOLUTIONS | ELECTRICITY SALES AGREEMENT | $553,692.60 |
| 51 | 20-12168 | Town Sports International, LLC | CONCEPT AIR CONDITIONING & | HVAC MAINTENANCE SERVICES TO 28 NY CLUBS DATED 3/5/2020 | $36,584.36 |
| 52 | 20-12168 | Town Sports International, LLC | CORE HEALTH & FITNESS | RE PURCHASE & INSTALLATION OF EQUIPMENT FOR LIV DATED 11/1/2019 | $54,536.03 |
| 53 | 20-12250 | TSI Smithtown, LLC | COUNTRY VIEW COMMONS, LLC | LEASE AGREEMENT | $526,245.00 |
| 54 | 20-12172 | TSI - Lucille Kings Highway, LLC | COUNTY HOLDING CORP. | LEASE AGREEMENT | $197,458.56 |
| 55 | 20-12288 | TSI Elite Back Bay, LLC | CPT ONE EXETER PLAZA, LLC | LEASE AGREEMENT | $0.00 |
| 56 | 20-12168 | Town Sports International, LLC | CROWE LLP | AUDIT SERVICES AGREEMENT DATED 11/8/2019 | $0.00 |
| 57 | 20-12168 | Town Sports International, LLC | CSI SPECTRUM (DAXKO) | SERVICE AGREEMENT FOR CLUB TV & DATA LINES - WESTBORO TENNIS CLUB DATED 1/31/2020 | $2,876.52 |
| 58 | 20-12267 | TSI Allston, LLC | CVS PHARMACY, INC. | LEASE AGREEMENT | $7,140.00 |
| 59 | 20-12168 | Town Sports International, LLC | CYC FITNESS PARTNERS | AMENDMENT #4 TO GROWTH CAPITAL COMMITMENT AGREEMENT | $0.00 |
| 60 | 20-12168 | Town Sports International, LLC | CYC FITNESS PARTNERS | FACILITY AGREEMENT RE TSI ELITE BACK BAY | $0.00 |
| 61 | 20-12168 | Town Sports International, LLC | CYC FITNESS PARTNERS | FACILITY LICENSE AGREEMENT RE TSI ASTOR PLACE | $0.00 |
| 62 | 20-12284 | TSI Davis Square, LLC | DAVIS SQUARE LLC | LEASE AGREEMENT | $354,486.66 |
| 63 | 20-12188 | TSI Columbia Heights, LLC | DC USA OPERATING CO., LLC | LEASE AGREEMENT | $700,013.12 |
| 64 | 20-12168 | Town Sports International, LLC | DELAERO | THIRD PARTY RE-ENGINEERING VENDOR PARTNER WORKING WITH HRSI/COMPENSATION FOR MAINTAINING THE COMPENSATION INTEGRATION PROCESS AND SCRIPTS USED IN CONJUNCTIONS WITH KRONOS DATED 6/20/2017 | $1,159.00 |
| 65 | 20-12168 | Town Sports International, LLC | DEUTSCHE BANK AG NEW YORK BRANCH | EXTENSION OF MATURITY DATE RE 2013 CREDIT AGREEMENT DATED 11/8/2018 | $0.00 |
| 66 | 20-12168 | Town Sports International, LLC | DIGISCRIBE | AP MAILROOM AND SCANNING SERVICES SOW DATED 3/18/2016 | $5,594.72 |
| 67 | 20-12194 | TSI Dobbs Ferry, LLC | DOBBS FERRY SHOPPING LLC | LEASE AGREEMENT | $802,289.46 |
| 68 | 20-12168 | Town Sports International, LLC | DOMO, INC. | SERVICES AGREEMENT - CURRENT REPORTING ENVIRONMENT FOR CORPORATE AND CLUB REPORTING DATED 4/25/2019 | $0.00 |
| 69 | 20-12168 | Town Sports International, LLC | DUST BUSTERS | CLEANING SERVICES DATED 4/16/2016 | $199,350.00 |
| 70 | 20-12168 | Town Sports International, LLC | EAST COAST POWER & GAS, LLC | SERVICES AGREEMENT - ELECTRICITY DATED 11/1/2017 | $26,584.25 |
| 71 | 20-12168 | Town Sports International, LLC | EB USA LLC | CONSULTING AGREEMENT – CRITICAL TO FINISHING THE HUGHESNET NETWORK CONVERSION PROJECT DATED 4/20/2020 | $25,000.00 |
| 72 | 20-12236 | TSI Radnor, LLC | ELITE PT | SUB-LEASE AGREEMENT | $0.00 |
| 73 | 20-12168 | Town Sports International, LLC | ELMSFORD ELITE LAUNDRY, LLC | SECURITY AGREEMENT AT TIME OF SALE OF LAUNDRY TO TOWN SPORTS GROUP DATED 5/26/2017 | $0.00 |
| 74 | 20-12168 | Town Sports International, LLC | ELMSFORD ELITE LAUNDRY, LLC | SERVICES AGREEMENT - LAUNDRY SERVICES, INCLUDING WASHING DRYING AND FOLDING OF SOILED TOWELS USED IN THE CLUBS DATED 5/29/2017 | $0.00 |
| 75 | 20-12168 | Town Sports International, LLC | EMTG CONSULTANTS | ENGINEERING SERVICES RE E. 91ST STREET DATED 10/29/2019 | $28,300.00 |
| 76 | 20-12168 | Town Sports International, LLC | FALITE BROS. INC. | HVAC MAINTENANCE AGREEMENTS (MASSACHUSETTS CLUBS) DATED 4/1/2020 | $54,734.43 |
| 77 | 20-12317 | TSI Westboro Tennis, LLC | FITFUEL | SUB-LEASE AGREEMENT | $0.00 |
| 78 | 20-12168 | Town Sports International, LLC | FITRESERVE/GORECESS | SUBSCRIBER AGREEMENT - MARKETING SERVICES DATED 10/6/2017 | $0.00 |
| 79 | 20-12168 | Town Sports International, LLC | FUSION CONNECT, INC. | SERVICE ORDER DATED 1/31/2020 | $53,152.27 |
| 80 | 20-12168 | Town Sports International, LLC | GENERAL MEDICAL DEVICES, INC. | STANDARD INDEMNIFICATION AGREEMENT - AUTOMATED EXTERNAL DEFIBRILLATOR (AED) EQUIPMENT FOR ALL CLUBS | $0.00 |
| 81 | 20-12197 | TSI East 36, LLC | GEORGE COMFORT & SONS, INC. | LEASE AGREEMENT | $586,817.38 |
| 82 | 20-12232 | TSI North Bethesda, LLC | GEORGETOWN SQUARE LIMITED PARTNERSHIP | LEASE AGREEMENT | $129,733.38 |
| 83 | 20-12177 | TSI Astor Place, LLC | GLAM & GO | SUB-LEASE AGREEMENT | $0.00 |
| 84 | 20-12328 | TSI Peabody, LLC | GOLFTEC | SUB-LEASE AGREEMENT | $0.00 |
| 85 | 20-12168 | Town Sports International, LLC | GOVDOCS | FEDERAL POSTERS FOR COMPLIANCE DATED 9/18/2019 | $0.00 |
| 86 | 20-12275 | TSI Bulfinch, LLC | GWL DIRECT 1 BULFINCH PLACE LLC | LEASE AGREEMENT | $385,312.34 |
| 87 | 20-12276 | TSI West Hartford, LLC | HARTFORD HOPSITAL | SUB-LEASE AGREEMENT | $0.00 |
| 88 | 20-12168 | Town Sports International, LLC | HITACHI CAPITAL AMERICA CORP. | AMENDMENT TO SCHEDULES RE REPAYMENT DATED 5/27/2020 | $0.00 |
| 89 | 20-12168 | Town Sports International, LLC | HITACHI CAPITAL AMERICA CORP. | MASTER AGREEMENT NO 4431301 DATED 12/18/2018 | $0.00 |
| 90 | 20-12168 | Town Sports International, LLC | HITACHI CAPITAL AMERICA CORP. | AMENDMENT TO SCHEDULE TO 9-28-18 MASTER SERVICE AGREEMENT | $0.00 |

| | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 91 | 20-12168 | Town Sports International, LLC | HITACHI CAPITAL AMERICA CORP. | MASTER AGREEMENT FOR LEASE OF GYM EQUIPMENT DATED 10/3/2018 | $0.00 |
| 92 | 20-12245 | TSI Rego Park, LLC | HOWARD OWNERS INC. | LEASE AGREEMENT | $11,902.50 |
| 93 | 20-12168 | Town Sports International, LLC | HUGHES NETWORK SYSTEMS | MASTER EQUIPMENT & SERVICES AGREEMENT & STATEMENT OF WORK #1 DATED 12/26/2019 | $230,892.80 |
| 94 | 20-12270 | TSI West 125, LLC | HUSA MANAGEMENT CO., INC. | LEASE AGREEMENT | $440,797.24 |
| 95 | 20-12168 | Town Sports International, LLC | IAM ADVISORS SAC | LIV PAYROLL SERVICES AGREEMENT | $0.00 |
| 96 | 20-12168 | Town Sports International, LLC | IDEA HEALTH AND FITNESS, INC. (CLUBCONNECT) | OUR FITNESS CEC & LMS SYSTEM. USED FOR CEC COURSES, ARTICLES, ETC. L&D DATED 8/1/2014 | $13,625.99 |
| 97 | 20-12278 | TSI White Plains City Center, LLC | INLAND DIVERSIFIED REAL ESTATE SERVICES, L.L.C | LEASE AGREEMENT | $741,231.00 |
| 98 | 20-12168 | Town Sports International, LLC | ISLAND WIDE BUILDING SERVICES | SERVICE AGREEMENT - COMMERCIAL CLEANING – 14 NY CLUBS DATED 4/1/2019 | $13,682.28 |
| 99 | 20-12250 | TSI Smithtown, LLC | JARED CASPE PT | SUB-LEASE AGREEMENT | $0.00 |
| 100 | 20-12251 | TSI Society Hill, LLC | JEMAL'S PHILLY LP | LEASE AGREEMENT | $94,365.81 |
| 101 | 20-12268 | TSI Back Bay, LLC | JOINT VENTURES PT | SUB-LEASE AGREEMENT | $0.00 |
| 102 | 20-12318 | TSI Watertown, LLC | KENNEDY BROTHERS PT | SUB-LEASE AGREEMENT | $0.00 |
| 103 | 20-12290 | TSI Fenway, LLC | KONE, INC. | ELEVATOR MAINTENANCE AGREEMENT FOR FENWAY CLUB DATED 8/1/2019 | $6,574.23 |
| 104 | 20-12168 | Town Sports International, LLC | KONE, INC. | ASSIGNMENT OF MAINTENANCE AGREEMENT RE HICKSVILE CLUB DATED 10/19/2016 | $0.00 |
| 105 | 20-12238 | TSI-ATC Ben Pratt, LLC | KRG FORT MYERS COLONIAL SQUARE, LLC | LEASE AGREEMENT | $87,066.95 |
| 106 | 20-12168 | Town Sports International, LLC | KRONOS | DATED 6/20/2017 | $49,895.08 |
| 107 | 20-12279 | TSI Central Square, LLC | L&B CIP 625 MASS AVE, LLC | LEASE AGREEMENT | $385,471.89 |
| 108 | 20-12240 | TSI-ATC Boyscout, LLC | LAGS VENTURES, LLC | LEASE AGREEMENT | $67,741.16 |
| 109 | 20-12290 | TSI Fenway, LLC | LANDMARK CENTER PARK DRIVE LLC | LEASE AGREEMENT | $382,599.15 |
| 110 | 20-12267 | TSI Allston, LLC | LARCOM REALTY TRUST | LEASE AGREEMENT | $0.00 |
| 111 | 20-12264 | TSI West 80, LLC | LARSTRAND CORP. | LEASE AGREEMENT | $901,869.71 |
| 112 | 20-12168 | Town Sports International, LLC | LES MILLS UNITED STATES TRADING, INC. | FITNESS SERVICES DATED 3/21/2014 | $33,426.65 |
| 113 | 20-12168 | Town Sports International, LLC | LIBERTY POWER HOLDINGS | AMENDMENT TO MASTER SALES AGREEMENT DATED 9/24/2019 | $0.00 |
| 114 | 20-12168 | Town Sports International, LLC | LIBERTY POWER HOLDINGS | MASTER SALES AGREEMENT DATED 9/25/2013 | $0.00 |
| 115 | 20-12168 | Town Sports International, LLC | LIFT-TECH | THIRD PARTY WITNESSING PROPOSAL RE ELEVATOR INSPECTIONS DATED 5/31/2017 | $0.00 |
| 116 | 20-12168 | Town Sports International, LLC | LIFT-TECH | 3RD PARTY WITNESSING CONTRACT RE ELEVATORS DATED 1/18/2020 | $5,335.00 |
| 117 | 20-12168 | Town Sports International, LLC | LINKEDIN | SERVICES AGREEMENT DATED 9/3/2019 | $10,850.00 |
| 118 | 20-12168 | Town Sports International, LLC | LONGMAN LINDSEY | DATED 1/4/2020 | $1,500.00 |
| 119 | 20-12168 | Town Sports International, LLC | MACROLEASE CORPORATION | EQUIPMENT LEASE DATED 1/11/2018 | $183,871.98 |
| 120 | 20-12225 | TSI Larchmont, LLC | MADISON-LARCHMONT INC | LEASE AGREEMENT | $82,497.26 |
| 121 | 20-12170 | TSI - Lucille 38th Avenue, LLC | MAIN 38 REALTY INC. | LEASE AGREEMENT | $133,882.43 |
| 122 | 20-12168 | Town Sports International, LLC | MARNUS NEL | CONSULTING FOR FINANCIAL REPORTING SERVICES DATED 8/12/2019 | $0.00 |
| 123 | 20-12168 | Town Sports International, LLC | MATRIX MECHANICAL CORP. | PREVENTIVE MAINTENANCE SERVICES AGREEMENT DATED 3/9/2020 | *$0.00 |

*The Debtors have listed a cure amount in the aggregate for all contracts associated with this counterparty, and such cure amount has been listed only once in this schedule. To the extent that some but not all of the contracts associated with this counterparty are assumed and assigned to a purchaser, the Debtors will reconcile their books and records to determine the cure amount owed, if any, for each contract to be assumed and assigned with respect to this counterparty.

| | | | | | |
|---|---|---|---|---|---|
| 124 | 20-12168 | Town Sports International, LLC | MATRIX MECHANICAL CORP. | EQUIPMENT AT PBSC, JUPITER DATED 12/5/2019 | $41,128.56 |
| 125 | 20-12168 | Town Sports International, LLC | MCGRAW/BCM ONE/GRANITE | FOR DATA LINES, CIRCUITS, PHONES, ETC. DATED 7/29/2010 | $18,846.41 |
| 126 | 20-12196 | TSI East 23, LLC | METRO SPORTS PT | SUB-LEASE AGREEMENT | $0.00 |
| 127 | 20-12168 | Town Sports International, LLC | METRODIAL CORP. | ALARM MONITORING AT WEST VILLAGE CLUB DATED 11/19/2019 | $0.00 |
| 128 | 20-12168 | Town Sports International, LLC | METRODIAL CORP. | ALARM MONITORING AGREEMENT AT SHERIDAN DATED 11/19/2019 | $0.00 |
| 129 | 20-12168 | Town Sports International, LLC | MICHAEL FABRICO | EMPLOYMENT OFFER DATED 7/9/2019 | $0.00 |
| 130 | 20-12209 | TSI Glendale, LLC | MIXSMOOTHIE, LLC | SUB-LEASE AGREEMENT | $0.00 |
| 131 | 20-12230 | TSI Morris Park, LLC | MIXSMOOTHIE, LLC | SUB-LEASE AGREEMENT | $0.00 |
| 132 | 20-12315 | TSI Wellington Circle, LLC | MIXSMOOTHIE, LLC | SUB-LEASE AGREEMENT | $0.00 |
| 133 | 20-12281 | TSI Clifton LLC | MIXSMOOTHIE, LLC | SUB-LEASE AGREEMENT | $0.00 |
| 134 | 20-12168 | Town Sports International, LLC | MMAX/PROFESSIONAL FIGHTERS LEAGUE | MARKETING SERVICES DATED 12/9/2019 | $0.00 |
| 135 | 20-12168 | Town Sports International, LLC | MORPHOTRUST USA, LLC | CREDIT CARD AUTHORIZATION AGREEMENT DATED 5/14/2018 | $0.00 |
| 136 | 20-12168 | Town Sports International, LLC | MOTIONSOFT, INC. | MEMBER DATA MANAGEMENT, RUNS THE CLUBS AND BILLINGS DATED 8/29/2012 | $178,407.28 |
| 137 | 20-12168 | Town Sports International, LLC | MOTIONSOFT, INC. | AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT DATED 5/1/2020 | $0.00 |

| | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 138 | 20-12171 | TSI - Lucille Austin Street, LLC | MOWRY REALTY ASSOCIATES, LLC | LEASE AGREEMENT | $244,999.98 |
| 139 | 20-12168 | Town Sports International, LLC | MULTI-ROOFING SYSTEM | RE ONGOING MAINTENANCE OF ROOF DATED 1/25/2017 | $0.00 |
| 140 | 20-12168 | Town Sports International, LLC | MURRAY DEVINE | ENGAGEMENT LETTER | $0.00 |
| 141 | 20-12168 | Town Sports International, LLC | NAGARRO | WEB AND MOBILE DEVELOPMENT & MAINTENACE DATED 8/11/2010 | $112,758.13 |
| 142 | 20-12328 | TSI Peabody, LLC | NEAL A. PRICE | SUB-LEASE AGREEMENT | $0.00 |
| 143 | 20-12168 | Town Sports International, LLC | NTT AMERICA SOLUTIONS, INC. | STATEMENT OF WORK DATED 4/21/2020 | $0.00 |
| 144 | 20-12168 | Town Sports International, LLC | NTT AMERICA SOLUTIONS, INC. | STATEMENT OF WORK RE FIREWALL SECURITY MONITORING DATED 11/27/2019 | $0.00 |
| 145 | 20-12168 | Town Sports International, LLC | NTT AMERICA SOLUTIONS, INC. | FIREWALL SECURITY AT DATA CENTER | $48,139.94 |
| 146 | 20-12233 | TSI Oceanside, LLC | OCEANSIDE BOWL L.P. | LEASE AGREEMENT | $213,685.94 |
| 147 | 20-12328 | TSI Peabody, LLC | ON YOUR TOES | SUB-LEASE AGREEMENT | $0.00 |
| 148 | 20-12168 | Town Sports International, LLC | ONBRAND 24, INC. | SALES SERVICE AGREEMENT DATED 12/6/2016 | $0.00 |
| 149 | 20-12194 | TSI Dobbs Ferry, LLC | ONE LAWRENCE STREET, LLC | SUB-LEASE AGREEMENT | $0.00 |
| 150 | 20-12168 | Town Sports International, LLC | OPTUMHEALTH CARE SOLUTIONS | AMENDMENT NO. 3 TO FITNESS REIMBURSEMENT AGREEMENT DATED 8/1/2016 | $0.00 |
| 151 | 20-12168 | Town Sports International, LLC | OPTUMHEALTH CARE SOLUTIONS | AMENDMENT NO. 5 TO FITNESS REIMBURSEMENT AGREEMENT DATED 6/1/2018 | $0.00 |
| 152 | 20-12168 | Town Sports International, LLC | OPTUMHEALTH CARE SOLUTIONS | FITNESS REIMBURSEMENT PROGRAM DATED 6/1/2011 | $0.00 |
| 153 | 20-12168 | Town Sports International, LLC | OPTUMHEALTH CARE SOLUTIONS | AMENDMENT NO. 2 TO FITNESS REIMBURSEMENT AGREEMENT DATED 12/1/2015 | $0.00 |
| 154 | 20-12168 | Town Sports International, LLC | OPTUMHEALTH CARE SOLUTIONS | AMENDMENT TO FITNESS REIMBURSEMENT AGREEMENT | $0.00 |
| 155 | 20-12168 | Town Sports International, LLC | OPTUMHEALTH CARE SOLUTIONS | AMENDMENT NO. 4 TO FITNESS REIMBURSEMENT AGREEMENT | $0.00 |
| 156 | 20-12263 | TSI West 73, LLC | PARK ROYAL MANAGEMENT CORP | LEASE AGREEMENT | $335,623.73 |
| 157 | 20-12227 | TSI Long Beach, LLC | PARKROE REALTY ,INC. | LEASE AGREEMENT | $260,916.12 |
| 158 | 20-12168 | Town Sports International, LLC | PEOPLE'S GAS SYSTEM (PGS) | GAS SERVICE CONTRACTS FOR 3 AROUND THE CLOCK CLUBS IN FLORIDA DATED 9/4/2019 | $0.00 |
| 159 | 20-12294 | TSI Hoboken, LLC | POWER PT | SUB-LEASE AGREEMENT | $0.00 |
| 160 | 20-12168 | Town Sports International, LLC | PRINCIPAL FINANCIAL GROUP, INC. | SERVICE AND EXPENSE AGREEMENT DATED 12/15/2014 | $105.00 |
| 161 | 20-12184 | TSI Carmel, LLC | PUTNAM PLAZA OPERATING ACCOUNT | LEASE AGREEMENT | $179,915.20 |
| 162 | 20-12168 | Town Sports International, LLC | QUEST ANALYTICS GROUP | ENGAGEMENT AGREEMENT DATED 7/19/2019 | $0.00 |
| 163 | 20-12168 | Town Sports International, LLC | R&D AIR INC. | MAINTENANCE AGREEMENTS (DISTRICT OF COLUMBIA & MARYLAND CLUBS) DATED 3/10/2020 | $16,776.00 |
| 164 | 20-12168 | Town Sports International, LLC | RCN TELECOM SERVICES, INC. | DATA LINES, CIRCUITS, PHONES, ETC. DATED 12/3/2008 | $204.21 |
| 165 | 20-12325 | TSI Methuen, LLC | RECESSO PT | SUB-LEASE AGREEMENT | $0.00 |
| 166 | 20-12264 | TSI West 80, LLC | RECOVERY PHYSICAL THERAPY, LLC | SUB-LEASE AGREEMENT | $0.00 |
| 167 | 20-12198 | TSI East 51, LLC | RECOVERY PT | SUB-LEASE AGREEMENT | $0.00 |
| 168 | 20-12209 | TSI Glendale, LLC | RECOVERY PT | SUB-LEASE AGREEMENT | $0.00 |
| 169 | 20-12211 | TSI Grand Central, LLC | RECOVERY PT | SUB-LEASE AGREEMENT | $0.00 |
| 170 | 20-12257 | TSI West 48, LLC | RECOVERY PT | SUB-LEASE AGREEMENT | $0.00 |
| 171 | 20-12283 | TSI Whitestone, LLC | REDMONT REALTY COMPANY | LEASE AGREEMENT | $212,988.10 |
| 172 | 20-12194 | TSI Dobbs Ferry, LLC | REGENCY CENTERS, L.P. | LEASE AGREEMENT | $257,366.37 |
| 173 | 20-12266 | TSI West 94, LLC | RELATED BROADWAY DEVELOPMENT, LLC | LEASE AGREEMENT | $934,504.47 |
| 174 | 20-12168 | Town Sports International, LLC | RELIABLE PREMIUM MANAGEMENT INC. | RPM PAYMENT AUTHORIZATION AGREEMENT DATED 7/8/2020 | $0.00 |
| 175 | 20-12205 | TSI Garden City, LLC | RENAISSANCE DEVELOPMENT II | LEASE AGREEMENT | $298,500.78 |
| 176 | 20-12168 | Town Sports International, LLC | REVELWOOD | FINANCIAL SYSTEMS SOFTWARE DATED 12/13/2010 | $5,318.75 |
| 177 | 20-12287 | TSI Downtown Crossing, LLC | ROBAR MASSAGE | SUB-LEASE AGREEMENT | $0.00 |
| 178 | 20-12257 | TSI West 48, LLC | ROCK MCGRAW , INC. | LEASE AGREEMENT | $771,950.82 |
| 179 | 20-12206 | TSI Garnerville, LLC | ROSMAN CENTER, LLC | LEASE AGREEMENT | $208,628.70 |
| 180 | 20-12168 | Town Sports International, LLC | ROYAL HOSPITALITY SERVICES | AMENDMENT TO LAUNDRY SERVICE AGREEMENT FOR MASSACHUSETTS CLUBS DATED 1/4/2019 | $83,453.30 |
| 181 | 20-12168 | Town Sports International, LLC | RP BUILDERS GROUP | RE E. 51ST STREET CLUB DATED 9/3/2019 | *$0.00 |
| | *The Debtors have listed a cure amount in the aggregate for all contracts associated with this counterparty, and such cure amount has been listed only once in this schedule. To the extent that some but not all of the contracts associated with this counterparty are assumed and assigned to a purchaser, the Debtors will reconcile their books and records to determine the cure amount owed, if any, for each contract to be assumed and assigned with respect to this counterparty. | | | | |
| 182 | 20-12168 | Town Sports International, LLC | RP BUILDERS GROUP | CONSTRUCTION CONTRACT DATED 6/8/2018 | $271,740.00 |
| 183 | 20-12188 | TSI Columbia Heights, LLC | SAFESPLASH | SUB-LEASE AGREEMENT | $0.00 |
| 184 | 20-12252 | TSI South Bethesda, LLC | SAFESPLASH | SUB-LEASE AGREEMENT | $0.00 |
| 185 | 20-12189 | TSI Commack, LLC | SAF-T-SWIM | SUB-LEASE AGREEMENT | $0.00 |
| 186 | 20-12168 | Town Sports International, LLC | SALESSTAFF | MARKETING SERVICES AGREEMENT DATED 11/23/2016 | $0.00 |
| 187 | 20-12173 | TSI - Lucille Valley Stream, LLC | SEROTA VALLEY STREAM, LLC | LEASE AGREEMENT | $145,703.98 |
| 188 | 20-12328 | TSI Peabody, LLC | SHANTHALA SPA | SUB-LEASE AGREEMENT | $0.00 |

| | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 189 | 20-12242 | TSI-ATC Cape Coral, LLC | SHOPS AT CAPE CROSSING | LEASE AGREEMENT | $24,887.08 |
| 190 | 20-12308 | TSI South End, LLC | SOUTH END/BERKELEY LLC | LEASE AGREEMENT | $0.00 |
| 191 | 20-12215 | TSI Hicksville, LLC | SPARACIO PT | SUB-LEASE AGREEMENT | $0.00 |
| 192 | 20-12168 | Town Sports International, LLC | SPARK ENERGY FAMILY OF COMPANIES | ELECTRICITY SUPPLY DATED 8/24/2017 | $0.00 |
| 193 | 20-12168 | Town Sports International, LLC | SPARK ENERGY FAMILY OF COMPANIES | MASTER ELECTRICITY SERVICE AGREEMENT DATED 6/30/2016 | $0.00 |
| 194 | 20-12234 | TSI Pine Street, LLC | SPEAR PT | SUB-LEASE AGREEMENT | $0.00 |
| 195 | 20-12293 | TSI Hoboken North, LLC | SRI-WSA 210 14TH, LLC | LEASE AGREEMENT | $0.00 |
| 196 | 20-12168 | Town Sports International, LLC | STEFANINI TECHTEAM, INC. | INFRASTRUCTURE SUPPORT SERVICES AND SOFTWARE DATED 6/8/2010 | $40,748.80 |
| 197 | 20-12168 | Town Sports International, LLC | STEFANINI TECHTEAM, INC. | AMENDMENT TO MSA FOR SHARED SERVICES RE CHANGE OF DELIVERY METHOD | $0.00 |
| 198 | 20-12168 | Town Sports International, LLC | STERLING INFOSYSTEMS, INC. | BACKGROUND CHECKING SERVICES DATED 1/24/2013 | $2,555.21 |
| 199 | 20-12168 | Town Sports International, LLC | STEVEN HEMBERGER | CONSULTING AGREEMENT DATED 4/10/2020 | $0.00 |
| 200 | 20-12242 | TSI-ATC Cape Coral, LLC | STORE MASTER FUNDING XI, LLC | LEASE AGREEMENT | $96,216.66 |
| 201 | 20-12265 | TSI - Lucille Clifton, LLC | STYERTOWNE SHOPPING CENTER, LLC | LEASE AGREEMENT | $142,534.46 |
| 202 | 20-12285 | TSI Dorchester, LLC | SUPERIOR REALTY COMPANY INC | LEASE AGREEMENT | $25,667.97 |
| 203 | 20-12168 | Town Sports International, LLC | SYSTEM4 OF BOSTON | CLEANING SERVICES AGREEMENT FOR NEWTON, LEXINGTON & LYNNFIELD CLUBS IN MASSACHUSETTS. | $30,290.28 |
| 204 | 20-12168 | Town Sports International, LLC | TALEN ENERGY MARKETING, LLC | | $0.00 |
| 205 | 20-12274 | TSI Boylston, LLC | T-C 501 BOYLSTON STREET LLC | LEASE AGREEMENT | $639,701.66 |
| 206 | 20-12316 | TSI Waltham, LLC | TFG WINTER STREET PROPERTY, LLC | LEASE AGREEMENT | $0.01 |
| 207 | 20-12178 | TSI Astoria, LLC | THAT'S A WRAP | SUB-LEASE AGREEMENT | $0.00 |
| 208 | 20-12231 | TSI Murray Hill, LLC | THREE PARK AVENUE BUILDING CO., L.P. | LEASE AGREEMENT | $472,710.06 |
| 209 | 20-12182 | TSI Broadway, LLC | TIME SQUARE JV, LLC | LEASE AGREEMENT | $520,399.78 |
| 210 | 20-12168 | Town Sports International, LLC | TIMOTHY GOODMAN | ARTIST AGREEMENT | $0.00 |
| 211 | 20-12168 | Town Sports International, LLC | TIVITY HEALTH | MATURE MARKET & COMMERCIAL AGREEMENT - USE OF CLUBS FOR ELIGIBLE MEMBERS DATED 3/7/2017 | $0.00 |
| 212 | 20-12168 | Town Sports International, LLC | TOWN SPORTS GROUP, LLC | SECURITY AGREEMENT AT TIME OF SALE OF LAUNDRY TO TOWN SPORTS GROUP DATED 5/26/2017 | $0.00 |
| 213 | 20-12168 | Town Sports International, LLC | TOWN SPORTS HOLDINGS, INC. | SECURITY AGREEMENT AT TIME OF SALE OF LAUNDRY TO TOWN SPORTS GROUP DATED 5/26/2017 | $0.00 |
| 214 | 20-12168 | Town Sports International, LLC | TPN INTERNATIONAL | SERVICES AGREEMENT DATED 6/29/2018 | $6,720.00 |
| 215 | 20-12168 | Town Sports International, LLC | TPX COMMUNICATIONS | MASTER SERVICES AGREEMENT RE TOTAL WOMAN CLUBS DATED 12/26/2019 | $7,022.91 |
| 216 | 20-12287 | TSI Downtown Crossing, LLC | TREA 350 WASHINGTON STREET LLC | LEASE AGREEMENT | $935,804.17 |
| 217 | 20-12262 | TSI Varick Street, LLC | TRINITY HUDSON HOLDINGS, LLC | LEASE AGREEMENT | $502,614.70 |
| 218 | 20-12298<br>20-12301<br>20-12303<br>20-12304<br>20-12305<br>20-12306<br>20-12307<br>20-12309 | TSI - Northridge, LLC<br>TSI - Cal. Glendale, LLC<br>TSI - Irvine, LLC<br>TSI - Studio City, LLC<br>TSI - Torrance, LLC<br>TSI - Valencia, LLC<br>TSI - Topanga, LLC<br>TSI - Westlake, LLC | TRI-PACIFIC HEATING & A/C LP | MAINTENANCE AGREEMENT - HVAC MAINTENANCE SERVICES FOR TOTAL WOMAN CLUBS IN CALIFORNIA DATED 3/11/2020 | $7,872.69 |
| 219 | 20-12168 | Town Sports International, LLC | USI INSURANCE SERVICES | ENGAGEMENT RE SELF-INSURED MEDICAL PERFORMANCE, GUIDANCE WITH RENEWALS DATED 7/19/2010 | $12,900.00 |
| 220 | 20-12168 | Town Sports International, LLC | VECTOR (FORMERLY INDUSTRY RETAIL GROUP) | DATA LINES UNTIL HUGHESNET CONVERSION IS COMPLETED IN LATE 2020. DATED 6/18/2013 | $53,907.17 |
| 221 | 20-12168 | Town Sports International, LLC | VICTORY MECHANICAL SERVICES, INC. | HVAC PREVENTATIVE MAINTENANCE SERVICES AGREEMENTS (MASSACHUSETTS LOCATIONS) DATED 3/20/2020 | $101,375.42 |
| 222 | 20-12168 | Town Sports International, LLC | VISIONSTREAM, LLC | ORACLE DEVELOPER DATED 9/2/2014 | $2,640.00 |
| 223 | 20-12168 | Town Sports International, LLC | VISUAL LEASE LLC | SUBSCRIPTION AGREEMENT & SOW DATED 3-27-18 (EFFECTIVE 4-1-18) | $0.00 |
| 224 | 20-12168 | Town Sports International, LLC | VISUAL LEASE LLC | LEASE SUBSCRIPTION AGREEMENT & SOW - LEASE ACCOUNTING AND TRACKING SYSTEM DATED 3/27/2018 | $48,291.90 |
| 225 | 20-12168 | Town Sports International, LLC | VISUAL LEASE LLC | SUPPLEMENTAL SERVICES AGREEMENT | $0.00 |
| 226 | 20-12244 | TSI West 16, LLC | WALKER, MALLOY & CO. | LEASE AGREEMENT | $417,615.55 |
| 227 | 20-12319 | TSI Westborough, LLC | WESTBOROUGH CC, LLC | LEASE AGREEMENT | $315,938.48 |
| 228 | 20-12247 | TSI Scarsdale, LLC | WESTCHESTER VILLAGE SQUARE, LLC | LEASE AGREEMENT | $91,948.47 |
| 229 | 20-12168 | Town Sports International, LLC | WINDSTREAM | STATEMENT OF WORK DATED 2/25/2020 | $29,245.01 |
| 230 | 20-12209 | TSI Glendale, LLC | WMAP, LLC. | LEASE AGREEMENT | $694,773.30 |

| | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Amount Required to Cure Default Thereunder, If Any |
|---|---|---|---|---|---|
| 231 | 20-12168 | Town Sports International, LLC | YORK RISK SERVICES GROUP, INC. | ADDENDUM TO THE LEAVE ADMINISTRATION, DISABILITY CLAIM ADMINISTRATION AND INTEGRATED DISABILITY MANAGEMENT SERVICE AGREEMENT DATED 9/1/2017 | $0.00 |
| 232 | 20-12201 | TSI East 91, LLC | YORKVILLE TOWERS ASSOCIATES | LEASE AGREEMENT | $681,955.71 |
| 233 | 20-12308 | TSI South End, LLC | COMMONWEALTH SWIMMING | POOL RENTAL LICENSE AGREEMENT | $0.00 |
| 234 | 20-12168 | Town Sports International, LLC | TRICORE SOLUTIONS, LLC | MASTER AGREEMENT DATED 11/14/2013 | $0.00 |
| 235 | 20-12168 | Town Sports International, LLC | TRICORE SOLUTIONS, LLC | TRICORE SOLUTIONS SERVICES AGREEMENT DATED 11/25/2013 | $0.00 |
| 236 | 20-12168 | Town Sports International, LLC | TRICORE SOLUTIONS, LLC | TRICORE SOLUTIONS SERVICES AGREEMENT DATED 8/13/2015 | $0.00 |
| 237 | 20-12168 | Town Sports International, LLC | TRICORE SOLUTIONS, LLC | ADDENDUM TO TRICORE SOLUTIONS 11/25/2013 SERVICES AGREEMENT DATED 11/28/2016 | $0.00 |
| 238 | 20-12168 | Town Sports International, LLC | CAPITOL HILL SQUASH CLUB ASSOCIATES LP | AGREEMENT OF LIMITED PARTNERSHIP DATED 8/17/1979 | $0.00 |
| 239 | 20-12168 | Town Sports International, LLC | B3ACQ LLC/TO106 LLC | OPERATING AGREEMENT DATED 9/1/2018 | $0.00 |