# **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered in Part; Supplemental Joint Administration Requested) |

### ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554(a) OF THE BANKRUPTCY CODE, AUTHORIZING THE DEBTORS TO (I) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE AS OF THE ADDITIONAL DEBTORS' PETITION DATE AND (II) ABANDON PROPERTY IN CONNECTION THEREWITH

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for the entry of an order, pursuant to sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, authorizing the Debtors to (i) reject the Rejected Leases set forth on Exhibit 1 to this Order, effective as of the Additional Debtors' Petition Date, and (ii) abandon, effective as of the Additional Debtors' Petition Date, any Personal Property that remains on the Premises subject to the Rejected Leases; and upon consideration of the First Day Declaration and the record of these chapter 11 cases; and having determined that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the Amended Standing Order of Reference; and having determined that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and having determined that venue of

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

27075534.2

these chapter 11 cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby **ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Leases, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Additional Debtors' Petition Date.

3. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Additional Debtors' Petition Date, on the Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Additional Debtors' Petition Date.

4. Nothing herein shall prejudice the rights of the Debtors to assert that the Rejected Leases were terminated prior to the Additional Debtors' Petition Date, or that any claim for damages arising from the rejection of the Rejected Leases is limited to the remedies available under any applicable termination provision of the Rejected Leases, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates, or to otherwise contest any claims that may be asserted in connection with the Rejected Leases.

5. Claims arising out of the rejection of the Rejected Leases must be filed on or before the later of (i) the deadline for filing proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court or (ii) thirty (30) days after entry of this Order.

27075534.2

6. The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

7. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

8. The requirements in Bankruptcy Rule 6006 and 6007 are satisfied.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

## **EXHIBIT 1**

## **Rejected Leases**

| **DEBTOR** | **COUNTERPARTY** | **COUNTERPARTY'S ADDRESS** | **REJECTED AGREEMENT** |
|---|---|---|---|
| TSI Great Neck, LLC | Barstow-Great Neck, LLC | Anthony Passalacqua<br>185 Great Neck Road, Suite 250<br>Great Neck, NY 11021<br><br>and<br><br>Robert M. Olshever, P.C.<br>148 West 24th Street, 3rd Floor<br>New York, NY 10011<br>(212) 741-3510<br><br>and<br><br>Jyotsna Rathod<br>Old Windsor Management<br>50 Enterprise Avenue North, Unit B<br>Secaucus, NJ 07094<br>(201) 601-0040 | Real Property Lease for Club located at 15 Barstow Plaza Great Neck, NY |
| TSI Mamaroneck, LLC | LRE Ferris LLC | Eric Londa<br>LRE Ferris LLC<br>c/o LRE Management LLC<br>600 Mamaroneck Avenue,<br>4th Floor<br>Harrison, NY 10528 | Real Property Lease for Club located at 124-126 Palmer Avenue, Mamaroneck, NY |

| TSI East 59, LLC | Trump Park Avenue, LLC | Trump Park Avenue LLC<br>725 Fifth Avenue<br>New York, NY 10022<br><br>and<br><br>Adam L. Rosen<br>Assistant General Counsel<br>725 Fifth Avenue<br>New York, NY 10022<br>212-715-6789<br><br>and<br><br>The Trump Corporation,<br>P.O. Box 3001<br>Hicksville, NY 11802-3001 | Real Property Lease for Club located at 63 East 59th Street New York, NY |
| --- | --- | --- | --- |
| TSI East 41, LLC | 633 Realty LLC | Attn: Robert Spiegelman, Esq.<br>1400 Broadway, 15th Floor<br>New York, NY 10018<br><br>and<br><br>Brian N. Gurtman, Esq.<br>Sheppard, Mullin, Richter & Hampton LP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 653-8700 | Real Property Lease for Club located at 633 Third Ave New York, NY |
| TSI Stamford Post, LLC | Stampar Associates LLC 106CR | Matthew Tenney<br>30 Commerce Road, Suite 100<br>Stamford, CT 06902<br><br>and<br><br>John Louizos, Esq.<br>Curtis, Brinckerhoff & Barrett, P.C.<br>666 Summer Street<br>Stamford, CT 06901<br>(203) 324-6777 | Real Property Lease for Club located at 106 Commerce Road Stamford, CT |

27075534.2

| TSI 217 Broadway, LLC | Columbus Properties, Inc. | Joshua Pathania<br>217 Broadway, Suite # 800<br>New York, NY 10007<br><br>and<br><br>Columbus Properties, Inc.<br>Attn: Mr. John DiMurro<br>217 Broadway, Suite 700<br>New York, New York 10007 | Real Property Lease for Club located at 217 Broadway New York, NY |
|---|---|---|---|
| TSI Rodin Place, LLC | RMP Key LLC | Candi Joseph<br>P.O. Box 782466<br>Philadelphia, PA 19178-2466<br><br>and<br><br>Gregory Kleiber, Esq.<br>Fox Rothchild LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 1910 | Real Property Lease for Club located at 2000 Hamilton St. Philadelphia, PA |
| TSI Syosset, LLC | Syosset Center 109, LLC | Gregory Essopos<br>P.O. Box 6203<br>Dept. Code: SNYS0109/LNEW/YO00<br>Hicksville, NY 11802-6203<br><br>and<br><br>Melissa Chios<br>Office of the Landlord<br>Syosset Center 109, LLC<br>500 North Broadway, Suite 201<br>Jericho, NY 11753 | Real Property Lease for Club located at 54 Ira Road Syosset, NY |

| | | | |
|---|---|---|---|
| TSI East Meadow, LLC | East Meadow Stores, Inc. | Zenith Management, LLC<br>591 Stewart Avenue, Suite 100<br>Garden City, NY 11530<br><br>and<br><br>David A Gallo & Associates LP<br>99 Powerhouse Road, 1st Floor<br>Roslyn Heights, NY 11577<br>Tel. 516-583-5330<br>Fax 516-583-5333<br><br>East Meadow Stores, Inc.<br>c/o Pliskin Realty Management<br>591 Stewart Avenue, Suite 100<br>Garden City, NY 11530 | Real Property Lease for Club located at 622 Merrick Avenue East Meadow, NY |
| TSI Greenwich, LLC | M.H. Cohen Realty | Allied Property Management LLC<br>Attn: Angela Montano<br>116 Mason Street<br>Greenwich, CT 06830 | Real Property Lease for Club located at Six Liberty Way Greenwich, CT |
| TSI Huntington, LLC | Huntington Development Associates, LLC | Kenneth S. Bakst<br>1325 Avenue of Americas<br>23rd floor<br>New York, NY 10019<br><br>and<br><br>Kenneth S. Bakst<br>Huntington Development Associates, LLC<br>3000 Sound Avenue<br>Riverhead, NY 11901 | Real Property Lease for Club located at 349-351 New York Ave.<br>Huntington, NY |

27075534.2

4

| TSI Montclair, LLC | TANNC Realty LLC | Amy Wu-Loreno<br>363 Bloomfield Ave, Suite 2A<br>Montclair, NJ 07042<br><br>and<br><br>Chiesa Shahinian & Giantomasi, P.C.<br>Attn: Adriana M. Peters, Esq.<br>One Boland Drive<br>West Orange, NJ 07052<br><br>and<br><br>Tancc Realty LLC & Dolt Realty, Inc.<br>c/o The Pinnacle Companies, LLC<br>Attn: Nicholas Igives<br>363 Bloomfield Ave., #2A<br>Montclair, NJ 07042 | Real Property Lease for Club located at 56 Church Street Montclair, NJ |
|---|---|---|---|
| TSI Newbury Street, LLC | Kensington Newbury Street, LLC | Kensington Investment Company, Inc.<br>Attn: Dave Durgin<br>883 Boylston Street<br>Boston, MA 02116<br><br>and<br><br>Lenard B Zide, Esq.<br>Butters Brazilian LLP<br>699 Boyslton Street, 12th Floor<br>Boston, MA 02116<br><br>and<br><br>Kensington Investment Company, Inc.<br>Attn: Dave Durgin<br>347 Congress Street<br>Boston, MA 02210 | Real Property Lease for Club located at 361 Newbury Street Boston, MA |
| TSI Irving Place, LLC | Con Ed. of New York. | Doug Jabbour<br>PO BOX 1003<br>Spring Valley, NY 10977 | Real Property Lease for Club located at 10 Irving Place New York, NY |

27075534.2

| | | | |
|---|---|---|---|
| TSI Woodmere, LLC | 155 Franklin Place Partners LLC | Aziz Syed<br>1412 Broadway, Suite 1400<br>New York, NY 10018 | Real Property Lease for Club located at 158 Irving Place Woodmere, NY |
| TSI West Newton, LLC | Kenmore Realty Corporation | Phyllis S. Goodman<br>1355 Washington St.<br>West Newton, MA 02465<br><br>and<br><br>Martin M. Fantozzi, Esq.<br>Goulston & Storrs<br>400 Atlantic Avenue<br>Boston, MA 02119 | Real Property Lease for Club located at 1357-1359 Washington St West Newton, MA |
| TSI West Nyack, LLC | Ekleco New Co, LLC | Kevin T. Ryff<br>1000 Palisades Center Drive<br>West Nyack, NY 10994<br><br>and<br><br>Pyramid Management Group, LLC<br>Attn: Allyson Legnetto and Timothy J. Kelley<br>The Clinton Exchange<br>4 Clinton Square<br>Syracuse, NY 13202-1078 | Real Property Lease for Club Located at 3565 Palisades Center Drive West Nyack, NY |
| TSI Somers, LLC | Urstadt Biddle Properties Inc. | Suzanne Moore and Willing L. Biddle<br>321 Railroad Avenue<br>Greenwich, CT 06830 | Real Property Lease for Club located at 80 Route 6 - Somers Commons Center Baldwin Place, NY |
| TSI Silver Spring, LLC | PRA-H Silver Spring L.C. | Linda Kemp<br>P.O. Box 75383<br>Charlotte, NC 28275<br><br>and<br><br>Peterson Companies<br>Attn.: Christine Cauraugh<br>12500 Fair Lakes Circle, Suite 400<br>Fairfax, VA 22033 | Real Property Lease for Club located at 901 Wayne Avenue, Silver Spring, MD 28275 |

27075534.2

6

| | | | |
|---|---|---|---|
| TSI Mercer Street, LLC | Broadway Mercer Association | Doris Krumholz<br>351 East 83rd Street<br>New York, NY 10028<br><br>and<br><br>Greenberg Traurig, LLP<br>Attn: Daniel J Ansell, Esq.<br>200 Park Avenue<br>New York, NY 10166 | Real Property Lease for Club located at 232 Mercer Street New York, NY |
| TSI Englewood, LLC | CIII; JPMCC06-24 & 42 South Dean | NAI Hanson Management LLC<br>Attn: Ivette Correa<br>235 Moore St.<br>Hackensack, NJ 07601<br><br>and<br><br>Perkins Coie<br>Attn: Sharona Toobian, Esq.<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>310-788-3241<br><br>and<br><br>NAI Hanson Management LLC<br>Attn: Ivette Correa<br>195 North Street, Suite 100<br>Teterboro, NJ 07608 | Real Property Lease for Club located at 34-36 South Dean Street Englewood, NJ |
| TSI East 48, LLC | 885 Second Avenue Lessee LLC | William Proceller<br>PO Box 782593<br>Philadelphia, PA 19178-2593<br><br>and<br><br>885 Second Avenue Lessee LLC<br>Attn: Ron J Hoyl<br>Woodlawn Hall at Old Parkland<br>3953 Maple Avenue, Suite 300<br>Dallas, TX 75219 | Real Property Lease for Club located at 885 Second Avenue New York, NY |

27075534.2

7

| | | | |
|---|---|---|---|
| TSI Midwood, LLC | NG Kingswood Center LLC | Jonathan Yunaev<br>PO Box 780925<br>Philadelphia, PA 19178-0925<br><br>and<br><br>Urban Edge Properties<br>Attn: Mei Cheng/Accounts Payable<br>210 Route 4 East<br>Paramus, NJ 07652 | Real Property Lease for Club located at 1630 East 15th Street<br>Brooklyn, NY |
| TSI New Rochelle, LLC | New ROC Parcel 1A, LLC | 1720 Post Road<br>Attn: Aaron Kosakowski<br>Fairfield, CT 06824<br><br>and<br><br>Capelli Organization<br>c/o Louis Cappelli<br>7 Renaissance Square, 4th Floor<br>White Plains, NY 10601<br><br>and<br><br>Marcia Nurse-Daniel<br>(mnurse-daniel@ceruzzi.com) | Real Property Lease for Club located at 175 Huguenot Street<br>New Rochelle, NY |
| TSI East Brunswick, LLC | Midstate Hye Partner | 95 N Route 17, Suite 100<br>Attn: Marcia Eagle<br>Paramus, NJ 07652<br><br>and<br><br>Cole Schotz P.C.<br>Attn: Gary M Albrecht<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07602 | Real Property Lease for Club located at 300 State Highway 18 North<br>East Brunswick, NJ |

| | | | |
|---|---|---|---|
| TSI West End, LLC | Brodcom West Development Co. | Urban Associates, LLC<br>Attn: Rick Mason<br>400 West 59th Street, 3rd Floor<br>New York, NY 10019<br><br>and<br><br>Rose & Rose<br>Attn: Dean Dreiblatt, Esq.<br>291 Broadway, 13th Floor<br>New York, NY 10007 | Real Property Lease for Club located at 75 West End Avenue<br>New York, NY |
| TSI Summer Street, LLC | EOP Operating Limited Partnership | MA-100 Summer Street Owner, LLC BLDG ID: 11690<br>Attn: Patricia Walsh<br>P.O. Box 209239<br>Austin, TX 78720-9239<br><br>and<br><br>100 Summer Owner, L.L.C.<br>Attn: Ron J Hoyl<br>Woodland Hall at Old Parkland<br>3953 Maple Avenue, Suite 300<br>Dallas, TX 75219 | Real Property Lease for Club located at 100 Summer Street<br>Boston, MA |
| TSI Canton, LLC | OCW Retail Canton, LLC | Heather Edukugho<br>P.O. Box 392331<br>Pittsburgh, PA 15251-9331<br><br>and<br><br>OCW Retail-Canton, LLC<br>c/o The Wilder Companies, Ltd.<br>Attn: Ryan Feinberg<br>800 Boylston Street, Suite 1300<br>Boston, MA 02199 | Real Property Lease for Club located at 95 Washington St.<br>Canton, MA |
| TSI Bradford, LLC | Bradford Plaza Trust | Lauren Tagerman<br>75 Oak Street<br>Newton, MA 02464 | Real Property Lease for Club located at 3 Ferry Street, Unit B<br>Haverhill, MA |

| TSI Lucille Jersey City, LLC | PBP Associates | Panepinto Properties, Inc.<br>Attn: Aurelia DiCristo<br>Harborside Plaza 10, Suite 1203<br>Jersey City, NJ 07311<br><br>and<br><br>Gordon Gemma, Legal Counsel<br>Panepinto Properties, Inc.<br>Harborside Plaza Ten<br>3 Second Street, Suite 1203<br>Jersey City, NJ 07311<br>201-521-9000 | Real Property Lease for Club located at 336-342 Central Avenue, 2nd Floor Jersey City, NJ |
|---|---|---|---|
| TSI Lucille Ralph Avenue, LLC | Flatlands Shopping Center Realty | Joe Jemal<br>110 West 34th St, 9th Floor<br>New York, NY 10001<br><br>and<br><br>Smith & Krantz LLP<br>122 East 42nd Street, # 1518<br>New York, NY 10168<br><br>and<br><br>Flatlands Shopping Center Associates<br>c/o ISJ Management Corp.<br>110 W. 34th Street, 9th Floor<br>New York, NY 10001 | Real Property Lease for Club located at 1948, 1950-52 and 1956 Ralph Avenue Brooklyn, NY |
| TSI Lucille St. Nicholas Avenue, LLC | 1387 St. Nicholas Realty LLC | Leonora Guzman<br>571 West 183rd Street<br>New York, NY 10033 | Real Property Lease for Club located at 1387 St. Nicholas Avenue<br>New York, NY |
| TSI Lucille 89th Street, LLC | 89th Street NY LLC | Chris Giacalone<br>4 East 80th Street<br>New York, NY 10075 | Real Property Lease for Club located at 430 89th Street Brooklyn, NY |
| TSI Lucille Astoria, LLC | 32-62 Steinway St. NY LLC | Chris Giacalone<br>4 East 80th Street<br>New York, NY 10075 | Real Property Lease for Club located at 32-62 Steinway Street<br>Astoria, NY |

| | | | |
|---|---|---|---|
| TSI Lucille Bayshore, LLC | 1850 Bayshore Realty LLC | Chris Giacalone<br>4 East 80th Street<br>New York, NY 10075 | Real Property Lease for Club located at 1850 Sunrise Highway Bayshore, NY |
| TSI Lucille Bronx, LLC | 58-66 East Fordham LLC | Chris Giacalone<br>4 East 80th Street<br>New York, NY 10075 | Real Property Lease for Club located at 2449 Morris Avenue Bronx, NY |
| TSI Lucille Commack, LLC | Jeffrey Management Corp | Kamaljit Kaur<br>P.O. Box 3096<br>Hicksville, NY 11802-3096<br><br>and<br><br>Randall Briskin<br>The Feil Organization<br>7 Penn Plaza, 11th Floor<br>New York, NY 10001 | Real Property Lease for Club located at 6500 Jericho Turnpike Commack, NY |
| TSI Lucille Holbrook, LLC | Marvin L. Linder Associates LLC | Evelyn Terzakos<br>1161 Meadowbrook Road<br>Merrick, NY 11566 | Real Property Lease for Club located at 5801 Sunrise Highway Holbrook, NY |
| TSI Lucille Rockville Centre, LLC | 298 Sunrise Highway Realty LLC | Chris Giacalone<br>4 East 80th Street<br>New York, NY 10075 | Real Property Lease for Club located at 298 Sunrise Highway Rockville Centre, NY |
| TSI Lucille 42nd Street, LLC | Fifty East Forty Second Company LLC | Abramson Brothers Inc.<br>Attn: Alan B. Abramson<br>501 Fifth Avenue, Room 1001<br>New York, NY 10017 | Real Property Lease for Club located at 50 East 42nd St New York, NY |