## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 264, 268, 272-275, 277-278** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 16, 2020, I caused to be served the following:

    a.  "Order, Pursuant to Local Rule 9006-1(e), (A) Shortening the Time for Notice of the Hearing to Consider Entry of Debtors' Motion (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief and (B) Setting an Objection Deadline with Respect Thereto," dated October 16, 2020 [Docket No. 264] (the "KERP Order"),

    b.  "Certification of Counsel Regarding [Corrected] Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, Authorizing the Debtors to Reject (I) Certain Unexpired Leases of Nonresidential Real Property Effective as of the Petition Date and (II) Abandon Property in Connection Therewith," dated October 16, 2020, [Docket No. 268] (the "COC"),

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

    c.   "Notice of Filing of Blackline of Proposed Final Dip Order," dated October 16, 2020, [Docket No. 272] (the "NOF"),

    d.   "Notice of Second Amended Agenda of Matters Scheduled for Telephonic and Video Hearing on October 16, 2020 at 3:30 p.m. (ET)," dated October 16, 2020, [Docket No. 273] (the "Amended Agenda"),

    e.   "[Corrected] Order, Pursuant to Sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, Authorizing the Debtors to Reject (I) Certain Unexpired Leases of Nonresidential Real Property Effective as of the Petition Date and (II) Abandon Property in Connection Therewith," dated October 16, 2020, [Docket No. 274] (the "Lease Rejection Order"),

    f.   "Notice of Auction for the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances," dated October 16, 2020 [Docket No. 275] (the "Sale Notice"),

    g.   "Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief," dated October 16, 2020 [Docket No. 277] (the "Final DIP Order"), and

    h.   "Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases," dated October 16, 2020 [Docket No. 278] (the "Cure Notice"),

by causing true and correct copies of the:

    i.   KERP Order, COC, NOF, Amended Agenda, Lease Rejection Order, Sale Notice, Final DIP Order, and Cure Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.   KERP Order, COC, NOF, Amended Agenda, Lease Rejection Order, Sale Notice, Final DIP Order, and Cure Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iii.   COC and Lease Rejection Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

    iv.   Final DIP Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

    v.      Cure Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

    vi.      Amended Agenda, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>, and

    vii.      NOF and Amended Agenda, to be delivered via electronic mail to: *rlehane@kelleydrye.com, swilson@kelleydrye.com,* and *skaufman@skaufmanlaw.com.*

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
19th day of October, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**Exhibit A**

TOWN SPORTS INTERNATIONAL, LLC, et al.

Case No. 20-12168 (CSS)

Email Service List

| Email: |
| --- |
| AC@FRIEDLANDPROPERTIES.COM |
| ADELEO@COLESCHOTZ.COM |
| AHOCHHEISER@MAURICEWUTSCHER.COM |
| ALYSON.FIEDLER@ICEMILLER.COM |
| ANA.MORGAN@MYNYCB.COM |
| AMATTERA@PIERCEATWOOD.COM |
| APOLCZYNSKA@GCOMFORT.COM |
| ASPIZZ@TARTERKRINSKY.COM |
| AW@WELTMOSK.COM |
| BBENDY@BBGLLP.COM |
| BBLUMENFELD@BDG.NET |
| BHALL@BLANKROME.COM |
| BHARRA@ABCMGMT.NET |
| BHUSSEAIN@GFPRE.COM |
| CAITLIN.CONKLIN@KLGATES.COM |
| CCURTO@ESSENTIALPROPERTIES.COM |
| CGRACE@ITCELECTRONICS.COM; |
| CHRISTOPHER.DALEY@CBRE.COM |
| CLANDRY@NATDEV.COM; |
| CMACDONALD@THEDAVISCOMPANIES.COM |
| COLLINS@RLF.COM |
| CUSTOMERSERVICE@RMCDEV.COM |
| CWEISS@INGRAMLLP.COM |
| DAN@GARTHORG.COM |
| DANIEL.ELIADES@KLGATES.COM |
| DARREN.XU@COLUMBIA.REIT |
| DAVID.L.BUCHBINDER@USDOJ.GOV |
| DBESIKOF@LOEB.COM |
| DBL@MSK.COM |
| DBOSNJAK@RYMANAGEMENT.COM |
| DEBBIE.BRONISEVSKY@RELATED.COM |
| DGOTTLIEB@WIGDORLAW.COM |
| DIGIACOMOM@BALLARDSPAHR.COM |
| DKLAUDER@BK-LEGAL.COM |
| DPLON@SIRLINLAW.COM |
| DPRIMACK@MDMC-LAW.COM |
| DSICILIANI@GFPRE.COM; |
| EAISNER@KACLLP.COM |

TOWN SPORTS INTERNATIONAL, LLC, et al.
Case No. 20-12168 (CSS)
Email Service List

| |
|---|
| EOBRIEN@SBCHLAW.COM |
| ERA@LSTRIALLAW.COM |
| ERNIE.PARK@BEWLEYLAW.COM |
| EZUCKER@BLANKROME.COM |
| FBR@ROBINSONBROG.COM |
| FRANKNAPOLITANOJR@GMAIL.COM |
| GANZC@BALLARDSPAHR.COM |
| GBLUE@LCPCLAW.COM |
| GFOX@GOODWINLAW.COM |
| GIBSON@TEAMROSNER.COM |
| GSHI@LOEB.COM |
| HANDLERM@GTLAW.COM |
| HCOHEN@GIBBONSLAW.COM |
| HEILMANL@BALLARDSPAHR.COM |
| HELP@SEC.GOV |
| IRAABEL@VERIZON.NET |
| JALBERTO@COLESCHOTZ.COM |
| JDAVID@TISHMANSPEYER.COM |
| JDIPASQUALE@LOWENSTEIN.COM |
| JELLER@HIDROCK.COM |
| JFARNUM@MILESSTOCKBRIDGE.COM |
| JFLAXER@GOLENBOCK.COM |
| JGOLDSTEIN@GIBSONDUNN.COM |
| JKIM@ROCKEFELLERGROUP.COM |
| JMAYALL@CERTILMANBALIN.COM |
| JMORROW@ONNI.COM |
| JONEILL@PSZJLAW.COM |
| JPOLLACK@NATDEV.COM |
| JSCHNEIDER@LOWENSTEIN.COM |
| JSOLOMON@BBGLLP.COM |
| JSURBER@KITEREALTY.COM |
| JWALLACK@GOULSTONSTORRS.COM |
| KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| KENNEY@RLF.COM |
| KNEWMAN@BARCLAYDAMON.COM |
| KOLOMIICHUK@GMAIL.COM |
| LISA.SOLOMON@ATT.NET |
| LJONES@PSZJLAW.COM |

TOWN SPORTS INTERNATIONAL, LLC, et al.
Case No. 20-12168 (CSS)
Email Service List

| |
|---|
| LOUIS.DELUCIA@ICEMILLER.COM |
| MAPENA@NORRIS-LAW.COM |
| MAPENA@NORRIS-LAW.COM |
| MATTHEW.GOELLER@KLGATES.COM |
| MATTHEW.SARNA@US.DLAPIPER.COM |
| MBUSH@THEDAVISCOMPANIES.COM |
| MBYUN@AKINGUMP.COM |
| MCONLAN@GIBBONSLAW.COM |
| MEGAN.HARPER@PHILA.GOV |
| MELOROD@GTLAW.COM |
| MLANGE@PIHC.COM |
| MLM@WELTMOSK.COM |
| MMALONEY@GIBSONDUNN.COM |
| MNURSE-DANIEL@CERUZZI.COM; |
| MONICA.SAAVEDRAGARCIA@COLUMBIA.REIT |
| MONIQUE.DISABATINO@SAUL.COM |
| MSEGAL@SEGAL-LAWFIRM.COM |
| MSIROTA@@COLESCHOTZ.COM |
| MSOLOMON@GOLENBOCK.COM |
| NANCYRADFORD@GMAIL.COM |
| NEWYORK@SEC.GOV |
| NMILONE@CERTILMANBALIN.COM |
| NMOSS@AKINGUMP.COM |
| NPASALIDES@REICHPC.COM |
| PBILOWZ@GOULSTONSTORRS.COM |
| PCOLLINS@FARRELLFRITZ.COM |
| PDUBLIN@AKINGUMP.COM |
| PHILBINK@GTLAW.COM |
| RICHARD.CHESLEY@US.DLAPIPER.COM |
| RLEHANE@KELLEYDRYE.COM |
| RMCCORD@CERTILMANBALIN.COM |
| ROGLENL@BALLARDSPAHR.COM |
| ROSNER@TEAMROSNER.COM |
| RPATELLA@KRAEMERBURNS.COM |
| SCHRISTIANSON@BUCHALTER.COM |
| SGREENBERG@GIBSONDUNN.COM; |
| SGUSMINI@BABSON.EDU |
| SKOMROWER@COLESCHOTZ.COM |
| SMCKENNEY@ARE.COM |

TOWN SPORTS INTERNATIONAL, LLC, et al.
Case No. 20-12168 (CSS)
Email Service List

| |
|---|
| SPILEVSKY@PIHC.COM |
| SSTERNECK@GRIDPROPERTIES.COM |
| STEVEN.CAPONI@KLGATES.COM |
| STUART.BROWN@US.DLAPIPER.COM |
| SVANAALTEN@COLESCHOTZ.COM |
| SWILSON@KELLEYDRYE.COM |
| TCRABILL@WIGDORLAW.COM |
| USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VBANDA@STARWOODRETAIL.COM |
| VIRGINIA@IMPERIALDADE.COM |
| VMOODY@GOULSTONSTORRS.COM |
| VURBAN@FARRELLFRITZ.COM |
| WHANLON@SEYFARTH.COM |
| **Count: 129** |

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| CON EDISON | C/O NUS CONSULTING GROUP SPERO POULIMEROS PO BOX 1701 NEW YORK NY 10116-1701 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| T-C 501 BOYLSTON STREET LLC | ATTN: DEVIN O'KEEFFE 14626 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |

**Total Creditor count  4**

**Exhibit C**

| Claim Name | Address Information |
|---|---|
| 1231 THIRD FEE OWNERS LLC | ATTN: CHAIM COHEN- REG. MGR. 50 RUTLEDGE ST, SUITE 503 BROOKLYN NY 11249 |
| 135 WELLS AVENUE LLC | C/O GOODWIN PROCTOR LLP ATTN: ANDREW C. SUCOFF, ESQ. 100 NORTHERN AVENUE BOSTON MA 02210 |
| 135 WELLS AVENUE LLC | ATTN: MIKE FEDOTOWSKY-PROPERTY MANAGER P.O. BOX 9137 NEWTON MA 02460-9137 |
| 1400 RETAIL OWNER LLC | ATTN: JOHN BIRNBAUM – SR. VP, GC 150 EAST 58TH STREET, 39TH FLOOR NEW YORK NY 10155 |
| 1400 RETAIL OWNER LLC | ATTN: ZACHARY G. HAMMER – DIR OF LEASING ASHKENAZY ACQUISITION CORPORATION 150 EAST 58TH STREET, 39TH FLOOR NEW YORK NY 10155 |
| 1601 BRONXDALE PROPERTY OWNER LLC | ATTN: NANCY LARA – VP MERINGOFF PROPERTIES, INC. 30 WEST 26TH STREET, 8TH FLOOR NEW YORK NY 10010-2011 |
| 1601 BRONXDALE PROPERTY OWNER LLC | ATTN: KATINA KHAN-ASST PROJECT MGR 165 WEST 73 STREET NEW YORK NY 10023 |
| 202 MAIN AVE ASSOCIATES | ATTN: GERALD CORRADO 1578 MAIN AVENUE CLIFTON NJ 07011 |
| 202 MAIN AVE ASSOCIATES | C/O DE MARCO & DE MARCO ATTN: MICHAEL P DE MARCO 912 BELMONT AVENUE NORTH HALEDON NJ 07508 |
| 230 WEST 41ST ASSOCIATES, LLC | 230 WEST 41ST STREET NEW YORK NY 10036 |
| 278 EIGHTH ASSOCIATES | C/O ISJ MANAGEMENT CORP. ATTN: DAVID JEMAL, ESQ. 110 W. 34TH STREET, 9TH FLOOR NEW YORK NY 10001 |
| 278 EIGHTH ASSOCIATES | C/O JEREMY KRANTZ SMITH & KRANTZ, LLP THE CHANIN BUILDING, SUITE 1518 NEW YORK NY 10168 |
| 39 WEST NORTHFIELD ASSOCIATES | ATTN: MARIETTA DISANTI 80 MAIN STREET WEST ORANGE NJ 07052 |
| 39 WEST NORTHFIELD ASSOCIATES | ATTN: NEIL HERSTIK, ESQ.– C/O GROSS, TRUSS & HERSTICK, P.C.–WOODHULL HOUSE 63 WEST MAIN ST–PO BOX 5008 FREEHOLD NJ 07728 |
| 6828 WISCONSIN AVE. LLC AND JULIAN | JOSEPHS, LLC C/O MICHAEL R. COGAN, P.C. 12 SOUTH SUMMIT AVENUE, SUITE 250 GAITHERSBURG MD 20877 |
| ADVENTURES IN RECREATION, INC. | ATTN: RITA A KNUTSEN – PRESIDENT 1100 ROUTE 17 NORTH RAMSEY NJ 07446 |
| ARE-MA REGION NO. 75, LLC | ATTN: TOM ANDREWS – CO-PRESIDENT C/O ALEXANDRIA REAL ESTATE EQUITIES, INC 26 NORTH EUCLID AVENUE PASADENA CA 91101 |
| D&M RICHMOND REALTY, LLC | ATTN: HOWARD FILE, ESQ. 260 CHRISTOPHER LANE, SUITE 102 STATEN ISLAND NY 10314 |
| D&M RICHMOND REALTY, LLC | ATTN: MITCHELL PACIFICO 1212 WILLOWBROOK ROAD STATEN ISLAND NY 10314 |
| DSRG, LP-VILLAGE CENTER AT ROSE | ATTN: RYAN DAN – SR. DIRECTOR – LEASING 200 E. BAKER STREET, SUITE 100 COSTA MESA CA 92626 |
| DSRG, LP-VILLAGE CENTER AT ROSE | C/O LAW OFFICE OF COREY E TAYLOR, APC 629 CAMINO DE LOS MARES, SUITE 305 SAN CLEMENTE CA 92673 |
| EBRA 70 PINE MASTER TENANT LLC | ATTN: KATHY PANARO 70 PINE COMMERCIAL 777 THIRD AVENUE, 6TH FLOOR NEW YORK NY 10017 |
| EL PASEO PROPERTY OWNER, LLC | ATTN: DIANA BEECHIE – SR. PROPERTY MGR SAND HILL PROPERTY COMPANY 965 PAGE MILL ROAD PALO ALTO CA 94304 |
| EL PASEO PROPERTY OWNER, LLC | C/O VALLCO SHOPPING MALL 10123 N. WOLFE ROAD, STE 1095 CUPERTINO CA 95014 |
| GP ASSOCIATES | ATTN: DANIEL J. ANSELL, ESQ. GREENBERG TRAURIG, LLP 200 PARK AVENUE NEW YORK NY 10166 |
| IVT RIVER OAKS VALENCIA, L.L.C. | ATTN: KRISTINA S. RAYMOND & ROBERT METTEL 3025 HIGHLAND PARKWAY, SUITE 350 DOWNERS GROVE IL 60515 |
| JAMESTOWN PREMIER | GEORGETOWN PARK CORP. PONCE CITY MARKET 675 PONCE DE LEON AVENUE, NE, 7TH FL ATLANTA GA 30308 |
| JAMESTOWN PREMIER GEORGETOWN PARK CORP. | C/O HOLLAND & KNIGHT ATTN: PAUL J. KIERNAN 800 17TH STREET N.W., SUITE 1100 WASHINGTON DC 20006 |
| JOHN SACHS | ATTN: ROBERT C. WELCH, JR., ESQ. 118 PROSPECT STREET P.O. BOX 704 RIDGEWOOD NJ 07451 |
| JOHN SACHS | 500 GOLDEN HARBOUR DRIVE BOCA RATON FL 33432 |
| K&A REAL ESTATE LLC | ATTN: KAM & ALBERT YAMIN PO BOX 241429 LOS ANGELES CA 90024 |
| KAUFMAN MANAGEMENT CO. | ATTN: EDWARD J. HART 450 SEVENTH AVENUE- PENTHOUSE NEW YORK NY 10123 |
| KRG BAYONNE URBAN RENEWAL, LLC | ATTN: WADE ACHENBACK – EX. VP C/O KITE REALTY GROUP 30 S. MERIDIAN STREET, |

| Claim Name | Address Information |
| --- | --- |
| KRG BAYONNE URBAN RENEWAL, LLC | SUITE 1100 INDIANAPOLIS IN 46204 |
| KRG BAYONNE URBAN RENEWAL, LLC | ATTN: ROBERT MCGUINNESS 15961 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| LAUREL CENTER GROUP, LP | ATTN: DAN AUSTIN - LEASING MANAGER 6300 WILSHIRE BLVD., SUITE 1800 LOS ANGELES CA 90048 |
| MANDELBAUM AND MANDELBAUM | ATTN: MARIETTA DISANTI 80 MAIN STREET WEST ORANGE NJ 07052 |
| MANDELBAUM AND MANDELBAUM | ATTN: NEAL HERSTIK, ESQ. GROSS, TRUSS & HERSTIK, P.C. 63 WEST MAIN STREET, PO BOX 5008 FREEHOLD NJ 07728 |
| ONE GATEWAY CENTER PROPERTY OWNER LLC | ATTN: JOHN A SARACENO, JR. 900 ROUTE 9 NORTH, SUITE 400 WOODBRIDGE NJ 07095 |
| ONE GATEWAY CENTER PROPERTY OWNER LLC | ATTN: NOEMI PADILLA- PROPERTY ADMIN. C/O ONYX MANAGEMENT GROUP, LLC PO BOX 75428 CHICAGO IL 60675-5428 |
| OXFORD BIT GALLERY PLACE PROPERTY | OWNER, LLC ATTN: BENJAMIN KAYDEN - DIRECTOR 600 MASSACHUSETTS AVE NW WASHINGTON DC 20001 |
| OXFORD BIT GALLERY PLACE PROPERTY | OWNER, LLC ATTN: SCOTT ROME, ESQ. VERITAS 1225 19TH STREET NW, SUITE 320 WASHINGTON DC 20036 |
| PRINCETON (EDENS), LLC | ATTN: JULIE DROBITS - REGIONAL PROP MGR DEPARTMENT 2439 P.O. BOX 442 LAUREL NY 11948 |
| RADNOR PROPERTIES - 555 LA, LP | ATTN: BOB BARSON & MICHAEL MCCALLEY BRANDYWINE REALTY TRUST 2929 WALNUT STREET, SUITE 1700 PHILADELPHIA PA 19104 |
| REGENCY CENTERS, L.P. | ATTN: MARIA LANGE-PROPERTY MANAGER RIVERTOWNS SQUARE REGENCY, LLC PO BOX 844235 BOSTON MA 02284-4235 |
| REGENCY CENTERS, L.P. | ATTN: PATRICK CONWAY - V.P. RIVERTOWNS SQUARE REGENCY, LLC PO BOX 844235 BOSTON MA 02284-4235 |
| RIVERVIEW RETAIL, LLC | ATTN: MARA HENDERSON KING KGI PROPERTIES 10 MEMORIAL BOULEVARD, SUITE 901 PROVIDENCE RI 02903 |
| RIVERVIEW RETAIL, LLC | ATTN: MURRAY GEREBOFF 207 WATERMAN STREET PROVIDENCE RI 02906 |
| SP 101 W15 LLC | ATTN: MATTHEW E KASINDORF, ESQ. MEISTER SEELIG & FEIN LLP 125 PARK AVENUE, 7TH FLOOR NEW YORK NY 10017 |
| SP 101 W15 LLC | ATTN: KUNAL CHOTHANI - VP C/O STONEHENGE MANAGEMENT LLC 1675 BROADWAY, 21ST FLOOR NEW YORK NY 10019 |
| TANGER OUTLETS DEER PARK LLC | C/O SIMMONS JANNACE DELUCA, LLP ATTN: STACEY RAMIS NIGRO, ESQ. 43 CORPORATE DRIVE HAUPPAUGE NY 11788 |
| TANGER OUTLETS DEER PARK LLC | ATTN: MICHELLE B. DIXON P.O. BOX 414225 BOSTON MA 02241-4225 |
| THE RACQUET PLACE | C/O RONALD SPIVACK & RON KOGOS 525 GREEN STREET ISELIN NJ 08830 |
| TSI-LUCILLE REAL ESTATE, LLC | ATTN: PRESIDENT 399 EXECUTIVE BLVD ELMSFORD NY 10543 |
| TSI-LUCILLE REAL ESTATE, LLC | ATTN: STUART M. STEINBERG 2 RODEO DRIVE EDGEWOOD NY 11717 |
| TWENTY SIX COURT ASSOCIATES, LLC | ATTN: RIVKY DIAMANT 26 COURT STREET BROOKLYN NY 11242 |
| W & L ASSOCIATES | ATTN: JAY L LUBETKIN, ESQ. RABINOWITZ, LUBETKIN & TULLY, L.L.C. 293 EISENHOWER PARKWAY, SUITE 100 LIVINGSTON NJ 07039 |
| W & L ASSOCIATES | ATTN: ANDREW TALBERT - GENERAL MGR 16239 PANTHEON PASS DELRAY BEACH FL 33446 |
| WESTFIELD TOPANGA OWNER LLC | ATTN: MOISES QUEZADA - SPECIALIST 2049 CENTURY PARK EAST- 42ND FL CENTURY COTY CA 90067 |
| WESTFIELD TOPANGA OWNER LLC | ATTN: JIM LEE - SPECIALIST AR PO BOX 54734 LOS ANGELES CA 90074-4734 |

> **Total Creditor count  59**

**Exhibit D**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | ONE BRYANT PARK NEW YORK NY 10036 |
| BANKUNITED | 333 EAST LAS OLAS BLVD., 3RD FLOOR FORT LAUDERDALE FL 33301 |
| CHASE | 10 S DEARBORN STREET, FLOOR 37 CHICAGO IL 60603 |
| DEUTSCHE BANK | 5022 GATE PARKWAY N. JACKSONVILLE FL 32256 |

**Total Creditor count  4**

**Exhibit E**

| Claim Name | Address Information |
| --- | --- |
| #1 STEEL/REJUVENICE | 194 NEWBURY STREET- UNIT #7 PEABODY MA 01960 |
| 100 DUFFY, LLC | 102 DUFFY AVENUE HICKSVILLE NY 11801 |
| 100 DUFFY, LLC | C/O NEW YORK COMMUNITY BANK ATTN: ROY REHBOCK, ESQ. 615 MERRICK AVENUE HICKSVILLE NY 11801 |
| 100 JANE STREET L.P. | 15 EAST 26TH STREET 7TH FLOOR NEW YORK NY 10010 |
| 2251 WISCONSIN AVENUE, LLC | ATTN: MICHAEL BROWN C/O BERNSTEIN MANAGMENT CORP 5301 WISCONSIN AVE. NW, SUITE 600 WASHINGTON DC 21117 |
| 2856 ASTORIA LLC | ATTN: BENJAMIN GORELICK, ESQ., VP, GC 40-52 75TH STREET ELMHURST NY 11373 |
| 30 BROAD STREET VENTURE LLC | PO BOX 8000, DEPARTMENT 195 BUFFALO NY 14267 |
| 39-01 QB LLC | 477 MADISON AVENUE NEW YORK NY 10022 |
| 420 SOUTH RIVERSIDE LLC | C/O SIMONE DEVELOPMENT COMPANIES ATTN: TERENCE SULLIVAN 1250 WATERS PLACE, PH1 BRONX NY 10461 |
| 420 SOUTH RIVERSIDE LLC | C/O SIMONE DEVELOPMENT COMPANIES ATTN: JOSEPH SIMONE - MANAGER 1250 WATERS PLACE, PH1 BRONX NY 10461 |
| 575 LEX PROPERTY OWNER, LLC | C/O GEORGE COMFORT & SONS, INC. (AUTHORIZED AGENT) ATTN: PETER S. DUNCAN, PRESIDENT 200 MADISON AVENUE NEW YORK NY 10016 |
| 575 LEX PROPERTY OWNER, LLC | PO BOX 780236 PHILADELPHIA PA 19178-0236 |
| 695 ATLANTIC AVENUE, LLC | C/O JONES LANG LASALLE 695 ATLANTIC AVENUE BOSTON MA 02111 |
| 695 ATLANTIC AVENUE, LLC | C/O THE PLYMOUTH ROCK COMPANIES ATTN: WILLIAM D. HARTRANFT 695 ATLANTIC AVENUE BOSTON MA 02111 |
| 695 ATLANTIC AVENUE, LLC | C/O ROPES & GRAY LLP ATTN: JOHN M (JACK) CREEDON 800 BOYLSTON STREET BOSTON MA 02199 |
| 75-76 THIRD AVENUE ASSSETS IV LLC | 98 CUTTER MILL ROAD, SUITE 444S GREAT NECK NY 11021 |
| ABC FINANCIAL SERVICES | PO BOX 6800 N LITTLE ROCK AR 72124 |
| ABC REALTY | 152 W 57TH ST #12 NEW YORK NY 10019 |
| ABRAMS HOLDINGS LLC | 2 WEST 45TH STREET, SUITE 1506 NEW YORK NY 10036 |
| ABRAMS HOLDINGS LLC | C/O KANDKHOROV AND ASSOCIATES PLCC ATTN: MARK KANDKHOROV, ESQ. 215-15 NORTHERN BLVD., 13TH FLOOR BAYSIDE NY 11361 |
| ABRAMS HOLDINGS LLC | C/O RJ CAPITAL HOLDINGS ATTN: MICHAEL ABRAMOV - PRINCIPAL 215-15 NORTHERN BLVD, SUITE 301 BAYSIDE NY 11361 |
| ACCELIRATE, INC. | 505 THORNALL STREET SUITE 304 EDISON NJ 08837 |
| ADP | 71 HANOVER ROAD FLORHAM PARK NJ 07932 |
| ADP RE WAGE GARNISHMENTS | PO BOX 842875 BOSTON MA 02284-2875 |
| AIRCOM MECHANICAL, INC. | 3991 NORTH FREEWAY BLVD SACRAMENTO CA 95834 |
| AMERICAN SOCIETY OF COMPOSERS, | AUTHORS AND PUBLISHERS (ASCAP) 250 W 57TH ST NEW YORK NY 10107 |
| ANDERSON MOORE CONSTRUCTION CORP. | GENERAL CORPORATION 1568 WATERTOWER ROAD LAKE PARK FL 33403 |
| ARISTA AIR CONDITIONING CORP. | 38-26 10TH STREET LONG ISLAND CITY NY 11101 |
| ASCAP | PO BOX 331608-7515 NASHVILLE TN 37203-9998 |
| ATI PT | 194 NEWBURY STREET PEABODY MA 01960 |
| ATLANTICA ENTERPRISES, LLC | C/O COASTAL LEASING MANAGEMENT, LLC 1001 US HIGHWAY 1, SUITE 800 JUPITER FL 33477 |
| AUDIT TECHNOLOGY SOLUTIONS | 10940 S. PARKER ROAD SUITE 326 PARKER CO 80134 |
| B3ACQ LLC/TO106 LLC | 1000 EAST BOSTON POST RD. MAMARONECK NY 10543 |
| BABSON COLLEGE | ATTN: CONTROLLER NICHOLS BUILDING BABSON PARK MA 02157 |
| BALLY SPORT MADISON AVENUE | 689 MADISON AVE NEW YORK NY 10065 |
| BDG 99QB, LLC | 300 ROBBINS LANE SYOSSET NY 11791 |
| BOS RETAIL 1, LLC | C/O BOS RETAIL 1, LLC ATTN: CHRIS READ - VP 150 GREENWICH STREET NEW YORK NY 10007 |
| BOS RETAIL 1, LLC | C/O NATIONAL DEVELOPMENT 2310 WASHINGTON STREET NEWTON LOWER FALLS MA 02462 |
| BOSTON PROPERTIES LIMITED PARTNERSHIP | C/O BOSTON PROPERTIES, INC. 800 BOYLSTON STREET, SUITE 1900 BOSTON MA 02199 |
| BROADWAY-HAWTHORNE, LLC #2 | C/O PARK ROYAL MANAGEMENT CORP 23 WEST 73RD STREET NEW YORK NY 10023 |

| Claim Name | Address Information |
|---|---|
| BUTLER BOWL, INC | 7 MANAHASSETT PARK DRIVE LONG BRANCH NJ 07740 |
| CAPITOL HILL SQUASH CLUB ASSOCIATES LP | 5309 TUSCARAWS ROAD BETHESDA MD 20816 |
| CAREWORKS USA, LTD. | D/B/A CAREWORKS ABSENCE MANAGEMENT 5555 GLENDON COURT DUBLIN OH 43016 |
| CARIBBEAN FITNESS MANAGEMENT | 1400 CORUNA AVENUE CORAL GABLES FL 33156 |
| CENTRAL PARK PT | 200 MADISON AVE NEW YORK NY 10016 |
| CHADWICK SERVICE COMPANY | 362 DUNKSFERRY ROAD BENSALEM PA 19020 |
| CHAPMAN CONSULTING LLC | 770 LEXINGTON AVENUE, 11TH FLOOR NEW YORK NY 10065 |
| CLARITY WATER TECHNOLOGIES, LLC | 404 EAST ROUTE 59 SUITE 10 NANUET NY 10954 |
| CLEARBROOK CROSS LLC | ATTN: SANDY L SPRING – VP LEGAL AFFAIRS C/O ROBERT MARTIN COMPANY, LLC 100 CLEARBROOK ROAD ELMSFORD NY 10523 |
| CLUB INVESTORS GROUP, LP | ATTN: FRANK NAPOLITANO 640 SPRUCE STREET PHILADELPHIA PA 19106 |
| CLUB OS | 1735 MARKET STREET, A477 PHILADELPHIA PA 19103 |
| COMMONWEALTH SWIMMING | 75 PETER PARLEY ROAD #1 JAMAICA PLAIN MA 02130 |
| CON EDISON SOLUTIONS | 100 SUMMIT LAKE DRIVE SUITE 210 VALHALLA NY 10595 |
| CONCEPT AIR CONDITIONING & | REFRIGERATION INC. 58-84 MASPETH AVENUE MASPETH NY 11378 |
| CORE HEALTH & FITNESS | 709 POWERHOUSE RD INDEPENDENCE VA 24348-3782 |
| COUNTRY VIEW COMMONS, LLC | 68 SOUTH SERVICE ROAD, SUITE 100 MELVILLE NY 11747 |
| COUNTRY VIEW COMMONS, LLC | ATTN: DAVID SCRO, MANAGING MEMBER P.O. BOX 252 KINGS PARK NY 11754 |
| COUNTY HOLDING CORP. | 2270 BROADWAY, 2ND FLOOR NEW YORK NY 10024 |
| CPT ONE EXETER PLAZA, LLC | C/O AEW CAPITAL MANAGEMENT, L.P. TWO SEAPORT LANE WORLD TRADE CENTER EAST BOSTON MA 02110 |
| CROWE LLP | 175 POWDER FOREST DRIVE SIMSBURY CT 06089 |
| CSI SPECTRUM (DAXKO) | 600 UNIVERSITY PARK PL #500 HOMEWOOD AL 35209 |
| CVS PHARMACY, INC. | C/O GRAY ROBINSON ATTN: RICK PLOTKIN – OUTSIDE COUNSEL P.O. BOX 1525 WOONSOCKET RI 02895 |
| CYC | ATTN: STEPHEN NITKIN 740 BROADWAY, #1102 NEW YORK NY 10003 |
| DAVIS SQUARE LLC | ATTN: KRIS OGONOWSKY – MANAGER 10 DRAPER STREET, #40 WOBURN MA 01801 |
| DC USA OPERATING CO., LLC | 2309 FREDERICK DOUGLASS BLVD., 2ND FLOOR NEW YORK NY 10027 |
| DELAERO | PO BOX 244 CARLISLE MA 01741 |
| DEUTSCHE BANK AG NEW YORK BRANCH | 60 WALL STREET NEW YORK NY 10005 |
| DIGISCRIBE | 150 CLEARBROOK ROAD, SUITE 125 ELMSFORD NY 10523 |
| DOBBS FERRY SHOPPING LLC | C/O REGENCY CENTERS ATTN: JOANNA ROTONDE, SR. MGR 28 CHURCH LANE, SUITE 200 WESTPORT CT 06880 |
| DOBBS FERRY SHOPPING LLC | C/O PHILIPS INTERNATIONAL 295 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10017 |
| DOMO, INC. | 772 E UTAH VALLEY DRIVE AMERICAN FORK UT 84003 |
| DUST BUSTERS | 150 MAIN ST, SUITE 3 READING MA 01867 |
| EAST COAST POWER & GAS, LLC | 340 JACKSON AVENUE BRONX NY 10454 |
| EB USA LLC | C/O EASTBRIDGE GROUP 80 PINE STREET, SUITE 3202 NEW YORK NY 10005 |
| ELITE PT | 555 EAST LANCASTER AVENUE ST. DAVIDS PA 19087 |
| ELMSFORD ELITE LAUNDRY, LLC | 399 EXECUTIVE BOULEVARD ELMSFORD NY 10523 |
| EMTG CONSULTANTS | 236 MINEOLA BOULEVARD MINEOLA NY 11501 |
| FALITE BROS. INC. | 9 BROADWAY WAKEFIELD MA 01880 |
| FITFUEL | 35 CHAUNCY STREET WESTBOROUGH MA 01581 |
| FITRESERVE/GORECESS | BILL ARTZ 175 VARICK STREET, 4TH FLOOR NEW YORK NY 10014 |
| FUSION CONNECT, INC. | 115 GATEWAY DRIVE MACON GA 31210 |
| GENERAL MEDICAL DEVICES, INC. | 348 W. COLFAX STREET PALATINE IL 60067 |
| GEORGE COMFORT & SONS, INC. | ATTN: VICTORIA SCHWARTZ ANDREW JOSEPH 200 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10016 |
| GEORGETOWN SQUARE LIMITED PARTNERSHIP | C/O CHARLES E. SMITH PO BOX 221442 CHANTILLY VA 20153-1442 |
| GEORGETOWN SQUARE LIMITED PARTNERSHIP | C/O JBGS/TRS, LLC ATTN: LEGAL DEPARTMENT 4747 BETHESDA AVENUE, SUITE 200 |

| Claim Name | Address Information |
| --- | --- |
| GEORGETOWN SQUARE LIMITED PARTNERSHIP | BETHESDA MD 20814 |
| GLAM & GO | 180 WATER ST. APT PH3 NEW YORK NY 10038-3562 |
| GOLFTEC | 194 NEWBURY STREET PEABODY MA 01960 |
| GOVDOCS | 355 RANDOLPH AVE. #200 ST. PAUL MN 55102 |
| GWL DIRECT 1 BULFINCH PLACE LLC | C/O CUSHMAN & WAKEFIELD ATTN: MIKE COATES – PROPERTY MANAGER 225 FANKLIN STREET, SUITE 300 BOSTON MA 02110 |
| GWL DIRECT 1 BULFINCH PLACE LLC | C/O EVERWEST REAL ESTATE INVESTORS, LLC ATTN: KRYSTAL ARCENEAUX – SR. VP 1099 18TH STREET, SUITE 2900 DENVER CO 80202 |
| HARTFORD HOPSITAL | 65 MEMORIAL RD WEST HARTFORD CT 06107 |
| HITACHI CAPITAL AMERICA CORP. | 7808 CREEKRIDGE CIRCLE, SUITE 250 EDINA MN 55439 |
| HOWARD OWNERS INC. | PO BOX 302 EMERSON NJ 07630 |
| HUGHES NETWORK SYSTEMS | P.O. BOX 64136 BALTIMORE MD 21264 |
| HUSA MANAGEMENT CO., INC. | C/O GRID PROPERTIES, INC. DREW GREENWALD 2309 FREDERICK DOUGLASS BLVD NEW YORK NY 10027 |
| IAM ADVISORS SAC | 750 MENLO AVENUE, SUITE 200 MENLO PARK CA 94025 |
| IDEA HEALTH AND FITNESS, INC. (CLUBCONNECT) | 10455 PACIFIC CENTER COURT SAN DIEGO CA 92121 |
| INLAND DIVERSIFIED REAL ESTATE SERVICES, L.L.C | 15961 COLLECTIONS CENTER DRIVE CHICAGO IL 60693-0139 |
| ISLAND WIDE BUILDING SERVICES | P.O. BOX 454 LINDENHURST NY 11757 |
| JARED CASPE PT | 5 BROWNS RD NESCONSET NY 11767 |
| JEMAL'S PHILLY LP | 702 H STREET NW, SUITE 400 WASHINGTON DC 20001 |
| JOINT VENTURES PT | 800 BOYLSTON ST BOSTON MA 02199 |
| KENNEDY BROTHERS PT | 311 ARSENAL STREET WATERTOWN MA 02472 |
| KONE, INC. | PO BOX 7247 PHILADELPHIA PA 19170-6082 |
| KRG FORT MYERS COLONIAL SQUARE, LLC | C/O KITE REALTY GROUP 30 SOUTH MERIDIAN, SUITE 1100 INDIANAPOLIS IN 46204 |
| KRONOS | 900 CHELMSFORD ST LOWELL MA 01851 |
| L&B CIP 625 MASS AVE, LLC | C/O LINCOLN PROPERTY COMPANY ATTN: REID SORG – GM 222 ROSEWOOD DRIVE DANVERS MA 01923 |
| L&B CIP 625 MASS AVE, LLC | C/O LINCOLN PROPERTY COMPANY ONE LIBERTY SQUARE, 2ND FLOOR BOSTON MA 02109 |
| L&B CIP 625 MASS AVE, LLC | C/O PIERCE ATWOOD LLP ATTN: PETER GELZINIS 100 SUMMER STREET BOSTON MA 02110 |
| LAGS VENTURES, LLC | 2035 COLONIAL BOULEVARD FORT MYERS FL 33907 |
| LANDMARK CENTER PARK DRIVE LLC | C/O SAMUELS & ASSOCIATES ATTN: COURTNEY JARRELL 136 BROOKLINE AVENUE BOSTON MA 02215 |
| LANDMARK CENTER PARK DRIVE LLC | P.O. BOX 417230 BOSTON MA 02241-7230 |
| LARCOM REALTY TRUST | ATTN: JEFF RANDALL P.O. BOX 228, DEDHAM MA 02027 |
| LARSTRAND CORP. | C/O ZKZ ASSOC. – FRIEDLAND 500 PARK AVENUE NEW YORK NY 10022 |
| LES MILLS UNITED STATES TRADING, INC. | 5022 CAMPBELL BLVD NOTTINGHAM MD 21236 |
| LIBERTY POWER HOLDINGS | 1901 W CYPRESS CREEK RD SUITE 600 FT. LAUDERDALE FL 33309 |
| LIFT-TECH | 215 AIRPORT EXECUTIVE PARK NANUET NY 10954 |
| LINKEDIN | 62228 COLLECTIONS CENTER DRIVE CHICAGO IL 60693-0622 |
| LONGMAN LINDSEY | 200 W 41ST ST #1100 NEW YORK NY 10036 |
| MACROLEASE CORPORATION | 185 EXPRESS STREET, SUITE 100 PLAINVIEW NY 11803 |
| MADISON-LARCHMONT INC | C/O LANE APPRAISALS INC. 178 MYRTLE BOULEVARD LARCHMONT NY 10538 |
| MAIN 38 REALTY INC. | C/O SHENG YONG HUANG 2026 E. 15TH STREET BROOKLYN NY 11229 |
| MARNUS NEL | 216 WEST 78ST, APT 1E NEW YORK NY 10024 |
| MATRIX MECHANICAL CORP. | 47-15 35TH STREET LONG ISLAND CITY NY 11101-2403 |
| MCGRAW/BCM ONE/GRANITE | 3565 PALISADES CENTER DRIVE WEST NYACK NY 10994 |
| METRO SPORTS PT | 303 PARK AVE NEW YORK NY 10028 |
| METRODIAL CORP. | 25 BETHPAGE ROAD HICKSVILLE NY 11801 |

| Claim Name | Address Information |
|---|---|
| MICHAEL FABRICO | 1200 N HARBOR DRIVE WEST PALM BEACH FL 33404 |
| MIXSMOOTHIE, LLC | 26 CHATHAM CT ROBBINSVILLE NJ 08691-4006 |
| MIXSMOOTHIE, LLC | 1601 BRONXDALE AVE BRONX NY 10462 |
| MIXSMOOTHIE, LLC | 80-16 COOPER AVE QUEENS NY 11385 |
| MIXSMOOTHIE, LLC | 70 STATION LANDING MEDFORD MA 02155 |
| MMAX/PROFESSIONAL FIGHTERS LEAGUE | DBA MMAX INVESTMENT PARTNERS, INC. 8000 WESTPARK DRIVE SUITE 610 MCLEAN VA 22102 |
| MORPHOTRUST USA, LLC | 11951 FREEDOM DRIVE, SUITE 1800 RESTON VA 20190 |
| MOTIONSOFT, INC. | 23 FONTANA LANE SUITE 111 BALTIMORE MD 21237 |
| MOWRY REALTY ASSOCIATES, LLC | C/O LEEBAR MANAGEMENT CORP II 420 LEXINGTON AVE, SUITE 1708 NEW YORK NY 10170 |
| MULTI-ROOFING SYSTEM | 651 KING GEORGES POST ROAD EDISON NJ 08837 |
| MURRAY DEVINE | 1650 ARCH STREET SUITE 2700 PHILADELPHIA PA 19103 |
| NAGARRO | 226 AIRPORT PARKWAY SUITE 390 SAN JOSE CA 95110 |
| NEAL A. PRICE | 194 NEWBURY STREET PEABODY MA 01960 |
| NTT AMERICA SOLUTIONS, INC. | 11006 RUSHMORE DRIVE SUITE 300 CHARLOTTE NC 28277 |
| OCEANSIDE BOWL L.P. | ATTN: SAMUEL STRAUSMAN 98 CUTTER MILL ROAD GREAT NECK NY 11021 |
| ON YOUR TOES | 194 NEWBURY STREET PEABODY MA 01960 |
| ONBRAND 24, INC. | 100 CUMMINGS CENTER STE 306L BEVERLY MA 01915 |
| ONE LAWRENCE STREET, LLC | 50 HAMILTON ST DOBBS FERRY NY 10522 |
| OPTUMHEALTH CARE SOLUTIONS | ATTN: CONTRACTS ADMINISTRATION 6300 OLSON MEMORIAL HIGHWAY GOLDEN VALLEY MN 55427 |
| PARK ROYAL MANAGEMENT CORP | C/O MIDBORO MANAGEMENT, LLC ATTN: MARA GOODGOLD 333 7TH AVENUE- 5TH FL NEW YORK NY 10001 |
| PARK ROYAL MANAGEMENT CORP | 23 WEST 73RD STREET NEW YORK NY 10023 |
| PARKROE REALTY ,INC. | C/O GEORGE SLATER P.O. BOX 7767 HICKSVILLE NY 11802-7767 |
| PEOPLE'S GAS SYSTEM (PGS) | P.O. BOX 2562 TAMPA FL 33601-2562 |
| POWER PT | POWER HEALTH WELLNESS LLC 59 NEWARK STREET HOBOKEN NJ 07030 |
| PRINCIPAL FINANCIAL GROUP, INC. | 711 HIGH STREET DES MONES IA 50392 |
| PUTNAM PLAZA OPERATING ACCOUNT | C/O URSTADT BIDDLE PROPERTIES INC. ATTN: WILLING L BIDDLE - PRESIDENT 321 RAILROAD AVENUE GREENWICH CT 06830 |
| PUTNAM PLAZA OPERATING ACCOUNT | P.O. BOX 11454 500 ROSS STREET 154-0455 PITTSBURGH PA 15262-0001 |
| QUEST ANALYTICS GROUP | 9225 INDIAN CREEK PKWY SUITE 200 OVERLAND PARK KS 66210 |
| R&D AIR INC. | P.O. BOX 502 BURTONSVILLE MD 20866 |
| RCN TELECOM SERVICES, INC. | 650 COLLEGE RD E SUITE 3100 PRINCETON NJ 08540 |
| RECESSO PT | 116 PLEASANT VALLEY STREET METHUEN MA 01844 |
| RECOVERY PHYSICAL THERAPY, LLC | ATTN: ELLA LOWBRIDGE 1385 BOSTON POST ROAD LARCHMONT NY 10538 |
| RECOVERY PT | 1221 AVE OF THE AMERICAS NEW YORK NY 10020 |
| RECOVERY PT | 575 LEXINGTON AVE NEW YORK NY 10022 |
| RECOVERY PT | 200 PARK AVE NEW YORK NY 10166 |
| RECOVERY PT | 80-16 COOPER AVE QUEENS NY 11385 |
| REDMONT REALTY COMPANY | P.O. BOX 6817 BRIDGEWATER NJ 08807-6817 |
| REGENCY CENTERS, L.P. | C/O STARK & STARK ATTN: THOMAS S ONDER 993 LENOX DRIVE LAWRENCEVILLE NJ 08648-2389 |
| REGENCY CENTERS, L.P. | C/O RIVERTOWNS SQUARE REGENCY, LLC PO BOX 844235 BOSTON MA 02284-4235 |
| RELATED BROADWAY DEVELOPMENT, LLC | C/O THE RELATED COMPANIES, L.P. ATTN: DAVID ZUSSMAN - EXECUTIVE VP 60 COLUMBUS CIRCLE, 19TH FLOOR NEW YORK NY 10023 |
| RELIABLE PREMIUM MANAGEMENT INC. | 404 GREAT OAK DR, WAITE PARK MN 56387 |
| RENAISSANCE DEVELOPMENT II | C/O ALBANESE ORGANIZATION 1050 FRANKLIN AVENUE SUITE 200 GARDEN CITY NY 11530 |
| REVELWOOD | 14 WALSH DR. SUITE 303 PARSIPPANY NJ 07054 |
| ROBAR MASSAGE | 10 FRANKLIN ST BOSTON MA 02110 |

| Claim Name | Address Information |
| --- | --- |
| ROCK MCGRAW , INC. | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ROSMAN CENTER, LLC | 1 - 3 CAVALRY DRIVE NEW CITY NY 10956 |
| ROYAL HOSPITALITY SERVICES | PO BOX 638652 CINCINNATI OH 45263-8652 |
| RP BUILDERS | 2 RECTOR STREET, SUITE 110 NEW YORK NY 10005 |
| RP BUILDERS GROUP | 2 RECTOR STREET, SUITE 110 NEW YORK NY 10005 |
| SAF-T-SWIM | 6136 JERICHO TURNPIKE COMMACK NY 11725 |
| SAFESPLASH | 6828 WISCONSIN AVENUE BETHESDA MD 20815 |
| SAFESPLASH | LILINTAHL LLC 7333 NEW HAMPSHIRE AVE TAKOMA PARK MD 20912-6910 |
| SALESSTAFF | 10701 CORPORATE DR SUITE 340 STAFFORD TX 77477 |
| SEROTA VALLEY STREAM, LLC | 70 EAST SUNRISE HIGHWAY, SUITE 610 VALLEY STREAM NY 11581 |
| SHANTHALA SPA | 194 NEWBURY STREET- UNIT #1 PEABODY MA 01960 |
| SHOPS AT CAPE CROSSING | 1319 MIRAMAR STREET, SUITE 101 CAPE CORAL FL 33904 |
| SOUTH END/BERKELEY LLC | C/O ADKINS, KELSTON & ZAVEZ P.C ATTN: DAVID KELSTON, ESQ. 90 CANAL STREET- SUITE 120 BOSTON MA 02114 |
| SOUTH END/BERKELEY LLC | C/O FTI PROPERTIES INC 530 HARRISON AVENUE BOSTON MA 02118 |
| SPARACIO PT | 100 DUFFY AVE HICKSVILLE NY 11801 |
| SPARK ENERGY FAMILY OF COMPANIES | 12140 WICKCHESTER LN STE 100 HOUSTON TX 77079-1211 |
| SPEAR PT | 70 PINE STREET NEW YORK NY 10005 |
| SRI-WSA 210 14TH, LLC | C/O UNLMTD REAL ESTATE GROUP 200 WASHINGTON STREET, FLOOR 5 HOBOKEN NJ 07030 |
| STEFANINI TECHTEAM, INC. | 27335 WEST ELEVEN MILE ROAD SOUTHFIELD MI 48033 |
| STERLING INFOSYSTEMS, INC. | ONE STATE STREET, 24TH FLOOR NEW YORK NY 10004 |
| STEVEN HEMBERGER | 199 CEDAR DRIVE EAST BRIARCLIFF MANOR NY 10510 |
| STORE MASTER FUNDING XI, LLC | C/O PAVESE LAW FIRM ATTN: CHRISTOPHER J SHIELDS, ESQ. PO BOX 1565 FORT MYERS FL 33902 |
| STORE MASTER FUNDING XI, LLC | 8377 E. HARTFORD DRIVE- SUITE 100 SCOTTSDALE AZ 85255 |
| STUART M STEINBERG, P.C. | 2 RODEO DRIVE EDGEWOOD NY 11717 |
| STYERTOWNE SHOPPING CENTER, LLC | PO BOX 1276 CLIFTON NJ 07012 |
| STYERTOWNE SHOPPING CENTER, LLC | C/O WATERS, MCPHERSON, MCNEILL ATTN: JAMES M SPANARKEL 300 LIGHTING WAY SECAUCUS NJ 07096 |
| SUPERIOR REALTY COMPANY INC | C/O SHERIN & LODGEN LLP 101 FEDERAL STREET BOSTON MA 02110 |
| SUPERIOR REALTY COMPANY INC | 540 GALLIVAN BOULEVARD DORCHESTER MA 02124-5401 |
| SYSTEM4 OF BOSTON | 161 FORBES RD SUITE 400 BRAINTREE MA 02184 |
| T-C 501 BOYLSTON STREET LLC | C/O CBRE ATTN: CHRISTINE SHAW 501 BOYLSTON STREET BOSTON MA 02114 |
| T-C 501 BOYLSTON STREET LLC | 14626 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| TALEN ENERGY MARKETING, LLC | 1780 HUGHES LANDING BOULEVARD SUITE 800 THE WOODLANDS TX 77380 |
| TFG WINTER STREET PROPERTY, LLC | C/O DAVIS MARCUS MANAGEMENT, INC. ATTN: WILLIAM W GRIBBELL - PRES. & CEO 60 STATE STREET, 22ND FLOOR BOSTON MA 02109 |
| TFG WINTER STREET PROPERTY, LLC | C/O DAVIS MARCUS MANAGEMENT, INC. ATTN: KEVIN BRANSFIELD 125 HIGH STREET, STE 2111 BOSTON MA 02110-2704 |
| THAT'S A WRAP | 2856-2861 STEINWAY STREET ASTORIA NY 11101 |
| THREE PARK AVENUE BUILDING CO., L.P. | C/O COHEN BROTHERS REALTY CORP ATTN: STEVEN M CHERNIAK, COO 750 LEXINGTON AVENUE NEW YORK NY 10022 |
| TIME SQUARE JV, LLC | C/O VORNADO REALTY TRUST ATTN: JILL ROTHSCHILD 210 ROUTE 4 EAST PARAMUS NJ 07652 |
| TIMOTHY GOODMAN | 23 WAVERLY PLACE NEW YORK NY 10003 |
| TIVITY HEALTH | 1445 SOUTH SPECTRUM BLVD. SUITE 100 CHANDLER AZ 85286 |
| TOWN SPORTS GROUP, LLC | 399 EXECUTIVE BLVD ELMSFORD NY 10523 |
| TOWN SPORTS HOLDINGS, INC. | 399 EXECUTIVE BLVD ELMSFORD NY 10523 |
| TPN INTERNATIONAL | C/O ANES, FRIEDMAN, LEVENTHAL 52 DUANE STREET, 7TH FLOOR NEW YORK NY 10007 |
| TPX COMMUNICATIONS | PO BOX 509013 SAN DIEGO CA 92150-9013 |

| Claim Name | Address Information |
|---|---|
| TREA 350 WASHINGTON STREET LLC | C/O NUVEEN REAL ESTATE ATTN: TODD ROLLINS 350 THIRD AVENUE NEW YORK NY 10017 |
| TREA 350 WASHINGTON STREET LLC | ATTN: ALLISON BARRON 4400 W 78TH ST, SUITE 200 MINNEAPOLIS MN 55435 |
| TRI-PACIFIC HEATING & A/C LP | 2116 EAST WALNUT AVE FULLERTON CA 92831 |
| TRICORE SOLUTIONS, LLC | 141 LONGWATER DRIVE NORWELL MA 02061 |
| TRINITY HUDSON HOLDINGS, LLC | P.O. BOX 28795 NEW YORK NY 10087-8795 |
| TRINITY HUDSON HOLDINGS, LLC | C/O CBRE, INC. ATTN: PAUL J. AMRICH 200 PARK AVENUE- 21ST F NEW YORK NY 10166 |
| USI INSURANCE SERVICES | 100 SUMMIT LAKE DRIVE, STE 400 VALHALLA NY 10595 |
| VECTOR (FORMERLY INDUSTRY RETAIL GROUP) | 3 BETHESDA METRO CENTER 7TH FLOOR BETHESDA MD 20814 |
| VICTORY MECHANICAL SERVICES, INC. | 115 MENDON STREET BELLINGHAM MA 02019 |
| VISIONSTREAM, LLC | 4 AMERICAN WAY MARLBORO NJ 07747 |
| VISUAL LEASE LLC | 100 WOODBRIDGE CENTER DRIVE SUITE 200 WOODBRIDGE NJ 07095 |
| WALKER, MALLOY & CO. | 157 COLUMBUS AVE, SUITE 2E NEW YORK NY 10023 |
| WESTBOROUGH CC, LLC | C/O PHILIPS INTERNATIONAL 295 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10017 |
| WESTCHESTER VILLAGE SQUARE, LLC | C/O ASHKENAZY ACQUISITION CORP. ATTN: ZACHARY G. HAMMER 150 EAST 58TH STREET- 39TH FL NEW YORK NY 10155 |
| WESTCHESTER VILLAGE SQUARE, LLC | 700 WHITE PLAINS ROAD, PENTHOUSE SCARSDALE NY 10583 |
| WINDSTREAM | BROADVIEW NETWORKS PHILADELPHIA PA 19176-0268 |
| WMAP, LLC. | C/O THE SHOPS AT ATLAS PARK P.O. BOX 843383 LOS ANGELES CA 90084-3383 |
| YORK RISK SERVICES GROUP, INC. | 101 HUDSON STREET SUITE 3500 JERSEY CITY NJ 07302 |
| YORKVILLE TOWERS ASSOCIATES | C/O RY MANAGEMENT CO., INC. ATTN: TERESA TOTA 1619 THIRD AVENUE NEW YORK NY 10128 |

**Total Creditor count  233**

**Exhibit F**

TOWN SPORTS INTERNATIONAL, LLC, et al.
Case No. 20-12168 (CSS)
Email Service List

| Email: |
| --- |
| KEVIN.VILLANUEVA@JPMORGAN.COM |
| LILLIAN.LEWIS@DB.COM |
| LRABELO@BANKUNITED.COM |
| M.PINA.SVC@BAML.COM |
| **Count: 4** |

TOWN SPORTS INTERNATIONAL, LLC, et al.

Case No. 20-12168 (CSS)

Email Service List

| EMAIL: |
| --- |
| WTAYLOR@MCCARTER.COM; RUSSELL@RUSSELLJOHNSONLAWFIRM.COM; JOHN@RUSSELLJOHNSONLAWFIRM.COM |
| DESGROSS@CHIPMANBROWN.COM; BOLTON@CHIPMANBROWN.COM; MBOGDANOWICZ@HOWARDANDHOWARD.COM |
| IRAABEL@VERIZON.NET |
| STEVEN.CAPONI@KLGATES.COM; MATTHEW.GOELLER@KLGATES.COM |
| DKLAUDER@BK-LEGAL.COM; EAISNER@KACLLP.COM |
| RREINERT@SHUTTS.COM |
| MATTHEW.WARD@WBD-US.COM; LOUIS.DELUCIA@ICEMILLER.COM; ALYSON.FIEDLER@ICEMILLER.COM; MICHAEL.OTT@ICEMILLER.COM |
| DKLAUDER@BK-LEGAL.COM; AHALPERIN@HALPERINLAW.NET; JGOLDBERG@HALPERINLAW.NET |
| HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; BRANCHD@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; DIGIACOMOM@BALLARDSPAHR.COM |
| **Count: 24** |