# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 271, 352 & 541 |

## ORDER DENYING WITHOUT PREJUDICE THE MOTION OF JAMES KOLE FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon the filing of the *Motion of James Kole (Claim Number: 0000020036) for Relief from Stay Under Section 362 of the Bankruptcy Code* [D.I. 271] filed on October 16, 2020 (the "**Motion**") and *Debtors' Objection to Motion of James Kole for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code* [D.I. 352] filed on October 27, 2020 (the "**Objection**") and the parties having conferred and agreed to entry of this order,

**IT IS HEREBY ORDERED THAT**

1. The Motion is DENIED without prejudice.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 2nd, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the undersigned counsel for the Debtors.

27262356.1