# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 287, 289-293** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                              ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the following:

    a. "Order Scheduling Omnibus Hearing Date," dated October 20, 2020 [Docket No. 287] (the "Omnibus Order"),

    b. "Notice of Motion," dated October 20, 2020, to which is attached the "Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Form and Manner of Notice thereof," dated October 20, 2020 [Docket No. 289] (the "Bar Date Motion"),

    c. "Supplemental Notice to Contract Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases," dated October 20, 2020, [Docket No. 290] (the "Notice"),

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the proposed undersigned counsel for the Debtors.

d. "Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code," dated October 20, 2020, [Docket No. 291] (the "Plan"),

e. "Disclosure Statement Relating to the Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code," dated October 20, 2020, [Docket No. 292] (the "Disclosure Statement"),

f. "Notice of Motion," dated October 20, 2020, to which is attached the "Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Shortening Certain Notice Periods and Establishing Related Procedures, (IV) Approving the Solicitation and Notice Procedures, (V) Approving the Combined Hearing Notice, and (VI) Granting Related Relief," dated October 20, 2020  [Docket No. 293] (the "Procedures Motion"),

by causing true and correct copies of the:

i. Omnibus Order, Bar Date Motion, and Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail on October 20, 2020 to those parties listed on the annexed Exhibit A,

ii. Plan, Disclosure Statement, and Procedures Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail on October 20, 2020 to those parties listed on the annexed Exhibit A and Exhibit B,

iii. Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail on October 20, 2020 to those parties listed on the annexed Exhibit C,

iv. Plan, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail on October 20, 2020 to the following party: *Covia Holdings Corporation, Attn: Andrew Eich, 3 Summit Park Dr., Ste. 700, Independence, OH 44131*,

v. Omnibus Order, Bar Date Motion, and Notice, to be delivered via electronic mail on October 20, 2020 to those parties listed on the annexed Exhibit D,

vi. Plan, Disclosure Statement, and Procedures Motion, to be delivered via electronic mail on October 21, 2020 to those parties listed on the annexed Exhibit D, and

vii. Plan, to be delivered via electronic mail on October 21, 2020 to the following party: *andrew.eich@coviacorpo.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis
Panagiota Manatakis

Sworn to before me this
22nd day of October, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

**Exhibit A**

| Claim Name | Address Information |
|---|---|
| CON EDISON | C/O NUS CONSULTING GROUP SPERO POULIMEROS PO BOX 1701 NEW YORK NY 10116-1701 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| T-C 501 BOYLSTON STREET LLC | ATTN: DEVIN O'KEEFFE 14626 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |

**Total Creditor count  4**

# Exhibit B

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | SECTION 902192 SAN JUAN PR 00902-0192 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | 1300 I ST, STE 1740 SACRAMENTO CA 95814 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | 55 ELM ST HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | CARVEL STATE OFFICE BLDG 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF MARYLAND ATTORNEY GENERAL | 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | 1 ASHBURTON PLACE BOSTON MA 02108-1518 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW YORK ATTORNEY GENERAL | THE CAPITOL ALBANY NY 12224-0341 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF VIRGINIA ATTORNEY GENERAL | 202 N 9TH ST RICHMOND VA 23219 |

**Total Creditor count  11**

**Exhibit C**

| Claim Name | Address Information |
|---|---|
| 353 EAST 76 ST, LLC | 5210 HAMPDEN LANE BETHESDA MD 20814 |
| AETNA LIFE INSURANCE COMPANY | 151 FARMINGTON AVENUE HARTFORD CT 06105 |
| ATTN: CHUCK GRACE | 4012 VIA SOLANO PALOS VERDES ESTATES CA 90274 |
| COASTAL LEASING MANAGEMENT, LLC | 525 ROUTE 73 N, SUITE 212 MARLTON NJ 08053 |
| EQC NINE PENN CENTER PROPERTY LLC | C/O SILVERSTEIN PROPERTIES, INC. 250 GREENWICH STREET 38TH FLOOR NEW YORK NY 10007 |
| GLENMORE ASSOCIATES | C/O 429-441 86TH STREET LLC ATTN: JEFF SUTTON - MEMBER 500 FIFTH AVENUE, 54TH FLOOR NEW YORK NY 10110 |
| GLENMORE ASSOCIATES | 69-06 GRAND AVENUE MASPETH NY 11378 |
| K&K INSURANCE GROUP, INC. | ATTENTION DARNELL ELEY PO BOX 2338 FORT WAYNE IN 46801 |
| LANGSTON RETAIL LLC | C/O GOTHAM ORGANIZATION, INC 432 PARK AVENUE SOUTH, 2ND FLOOR NEW YORK NY 10016 |
| MDG REALTY TRUST | C/O THE BEGLEY COMPANIES 185 NEW BOSTON STREET WOBURN MA 01801 |
| ORACLE, USA INC | 500 ORACLE PARKWAY REDWOOD CITY CA 94065 |
| PARK ROYAL MANAGEMENT CORP | C/O MIDBORO MANAGEMENT, LLC ATTN: MARA GOODGOLD 333 7TH AVENUE- 5TH FL NEW YORK NY 10001 |
| PARK ROYAL MANAGEMENT CORP | 23 WEST 73RD STREET NEW YORK NY 10023 |
| RACKSPACE US, INC. | ATTN: GENERAL COUNSEL 9725 DATAPOINT DRIVE, SUITE 100 SAN ANTONIO TX 78229 |

**Total Creditor count  14**

**Exhibit D**

TOWN SPORTS INTERNATIONAL, LLC, Case No. 20-12168 (CSS)
2002 Email List

| Email |
|---|
| aaron.gundzik@gghllp.com |
| ac@friedlandproperties.com |
| adeleo@coleschotz.com |
| ahochheiser@mauricewutscher.com |
| alyson.fiedler@icemiller.com |
| amattera@pierceatwood.com |
| ana.morgan@mynycb.com |
| apolczynska@gcomfort.com |
| aspizz@tarterkrinsky.com |
| aw@weltmosk.com |
| bbendy@bbgllp.com |
| bblumenfeld@bdg.net |
| bhall@blankrome.com |
| bharra@abcmgmt.net |
| bhusseain@gfpre.com |
| branchd@ballardspahr.com |
| caitlin.conklin@klgates.com |
| ccurto@essentialproperties.com |
| cgrace@itcelectronics.com; |
| christopher.daley@cbre.com |
| clandry@natdev.com; |
| cmacdonald@thedaviscompanies.com |
| collins@rlf.com |
| customerservice@rmcdev.com |
| cweiss@ingramllp.com |
| dan@garthorg.com |
| daniel.eliades@klgates.com |
| darren.xu@columbia.reit |
| david.l.buchbinder@usdoj.gov |
| dbesikof@loeb.com |
| dbl@msk.com |
| dbosnjak@rymanagement.com |
| debbie.bronisevsky@related.com |
| dgottlieb@wigdorlaw.com |
| digiacomom@ballardspahr.com |
| dklauder@bk-legal.com |
| dplon@sirlinlaw.com |
| dprimack@mdmc-law.com |
| dsiciliani@gfpre.com; |
| eaisner@kacllp.com |
| eobrien@sbchlaw.com |
| era@lstriallaw.com |
| ernie.park@bewleylaw.com |

TOWN SPORTS INTERNATIONAL, LLC, Case No. 20-12168 (CSS)
2002 Email List

| |
|---|
| ezucker@blankrome.com |
| fbr@robinsonbrog.com |
| franknapolitanojr@gmail.com |
| ganzc@ballardspahr.com |
| gblue@lcpclaw.com |
| gfox@goodwinlaw.com |
| gibson@teamrosner.com |
| gshi@loeb.com |
| handlerm@gtlaw.com |
| hcohen@gibbonslaw.com |
| heilmanl@ballardspahr.com |
| help@sec.gov |
| iraabel@verizon.net |
| jalberto@coleschotz.com |
| jdavid@tishmanspeyer.com |
| jdipasquale@lowenstein.com |
| jeller@hidrock.com |
| jfarnum@milesstockbridge.com |
| jflaxer@golenbock.com |
| jgoldstein@gibsondunn.com |
| jkim@rockefellergroup.com |
| jmayall@certilmanbalin.com |
| jmorrow@onni.com |
| joneill@pszjlaw.com |
| jpollack@natdev.com |
| jschneider@lowenstein.com |
| jsolomon@bbgllp.com |
| jsurber@kiterealty.com |
| jwallack@goulstonstorrs.com |
| kbaum@kenbaumdebtsolutions.com |
| kdwbankruptcydepartment@kelleydrye.com |
| kenney@rlf.com |
| knewman@barclaydamon.com |
| kolomiichuk@gmail.com |
| lisa.solomon@att.net |
| ljones@pszjlaw.com |
| louis.delucia@icemiller.com |
| mapena@norris-law.com |
| mapena@norris-law.com |
| matthew.goeller@klgates.com |
| matthew.sarna@us.dlapiper.com |
| mbush@thedaviscompanies.com |
| mbyun@akingump.com |
| mconlan@gibbonslaw.com |

| |
|---|
| megan.harper@phila.gov |
| melorod@gtlaw.com |
| mlange@pihc.com |
| mlm@weltmosk.com |
| mmaloney@gibsondunn.com |
| mnurse-daniel@ceruzzi.com; |
| monica.saavedragarcia@columbia.reit |
| monique.disabatino@saul.com |
| msegal@segal-lawfirm.com |
| msirota@@coleschotz.com |
| msolomon@golenbock.com |
| nancyradford@gmail.com |
| newyork@sec.gov |
| nmilone@certilmanbalin.com |
| nmoss@akingump.com |
| npasalides@reichpc.com |
| pbilowz@goulstonstorrs.com |
| pcollins@farrellfritz.com |
| pdublin@akingump.com |
| philbink@gtlaw.com |
| rebecca.gundzik@gghllp.com |
| richard.chesley@us.dlapiper.com |
| rlehane@kelleydrye.com |
| rmccord@certilmanbalin.com |
| roglenl@ballardspahr.com |
| rosner@teamrosner.com |
| rpatella@kraemerburns.com |
| schristianson@buchalter.com |
| sgreenberg@gibsondunn.com; |
| sgusmini@babson.edu |
| skomrower@coleschotz.com |
| smckenney@are.com |
| spilevsky@pihc.com |
| ssterneck@gridproperties.com |
| steven.caponi@klgates.com |
| stuart.brown@us.dlapiper.com |
| svanaalten@coleschotz.com |
| swilson@kelleydrye.com |
| tcrabill@wigdorlaw.com |
| usade.ecfbankruptcy@usdoj.gov |
| vbanda@starwoodretail.com |
| virginia@imperialdade.com |
| vmoody@goulstonstorrs.com |
| vurban@farrellfritz.com |

TOWN SPORTS INTERNATIONAL, LLC, Case No. 20-12168 (CSS)
2002 Email List

whanlon@seyfarth.com