# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 342** |
| In re:<br><br>TSI GREAT NECK, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 13-3525531 | Chapter 11<br><br>Case No. 20-12646 (CSS) |
| In re:<br><br>TSI MAMARONECK, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 13-3641775 | Chapter 11<br><br>Case No. 20-12661 (CSS) |
| In re:<br><br>TSI EAST 59, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 13-3748028 | Chapter 11<br><br>Case No. 20-12642 (CSS) |
| In re:<br><br>TSI EAST 41, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 13-3613114 | Chapter 11<br><br>Case No. 20-12640 (CSS) |
| In re:<br><br>TSI STAMFORD POST, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 06-1502470 | Chapter 11<br><br>Case No. 20-12671 (CSS) |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI 217 BROADWAY, LLC, | Case No. 20-12637 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-3986291 | |
| In re: | Chapter 11 |
| TSI RODIN PLACE, LLC, | Case No. 20-12668 (CSS) |
| Debtor. | |
| Tax I.D. No. 23-2961393 | |
| In re: | Chapter 11 |
| TSI SYOSSET, LLC, | Case No. 20-12673 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3465797 | |
| In re: | Chapter 11 |
| TSI EAST MEADOW, LLC, | Case No. 20-12644 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3466828 | |
| In re: | Chapter 11 |
| TSI GREENWICH, LLC, | Case No. 20-12647 (CSS) |
| Debtor. | |
| Tax I.D. No. 52-2160217 | |
| In re: | Chapter 11 |
| TSI MARKET STREET, LLC, | Case No. 20-12662 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3767350 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI HUNTINGTON, LLC, | Case No. 20-12648 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3525776 | |
| In re: | Chapter 11 |
| TSI MONTCLAIR, LLC, | Case No. 20-12665 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-2107290 | |
| In re: | Chapter 11 |
| TSI NEWBURY STREET, LLC, | Case No. 20-12667 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3751072 | |
| In re: | Chapter 11 |
| TSI IRVING PLACE, LLC, | Case No. 20-12649 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4132834 | |
| In re: | Chapter 11 |
| TSI WOODMERE, LLC, | Case No. 20-12678 (CSS) |
| Debtor. | |
| Tax I.D. No. 11-3566906 | |
| In re: | Chapter 11 |
| TSI WEST NEWTON, LLC, | Case No. 20-12675 (CSS) |
| Debtor. | |
| Tax I.D. No. 22-3767340 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI WEST NYACK, LLC, | Case No. 20-12675 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4182699 | |
| In re: | Chapter 11 |
| TSI SOMERS, LLC, | Case No. 20-12670 (CSS) |
| Debtor. | |
| Tax I.D. No. 13-4278507 | |
| In re: | Chapter 11 |
| TSI MERCER STREET, LLC, | Case No. 20-12663 (CSS) |
| Debtor. | |
| Tax I.D. No. 80-0120952 | |
| In re: | Chapter 11 |
| TSI ENGLEWOOD, LLC, | Case No. 20-12645 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-5683446 | |
| In re: | Chapter 11 |
| TSI EAST 48, LLC, | Case No. 20-12641 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-4459116 | |
| In re: | Chapter 11 |
| TSI MIDWOOD, LLC, | Case No. 20-12664 (CSS) |
| Debtor. | |
| Tax I.D. No. 20-3602065 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI NEW ROCHELLE, LLC, | Case No. 20-12666 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-1150841 | |
| In re: | Chapter 11 |
| TSI EAST BRUNSWICK, LLC, | Case No. 20-12643 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-3322846 | |
| In re: | Chapter 11 |
| TSI WEST END, LLC, | Case No. 20-12674 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1706774 | |
| In re: | Chapter 11 |
| TSI SUMMER STREET, LLC, | Case No. 20-12672 (CSS) |
| Debtor. | |
| Tax I.D. No. 38-3905395 | |
| In re: | Chapter 11 |
| TSI CANTON, LLC, | Case No. 20-12639 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1742215 | |
| In re: | Chapter 11 |
| TSI BRADFORD, LLC, | Case No. 20-12638 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-1141225 | |

| | |
|---|---|
| In re: <br><br> TSI LUCILLE JERSEY CITY, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 38-4039904 | Chapter 11 <br><br> Case No. 20-12657 (CSS) |
| In re: <br><br> TSI LUCILLE RALPH AVENUE, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 30-0993919 | Chapter 11 <br><br> Case No. 20-12658 (CSS) |
| In re: <br><br> TSI LUCILLE ST NICHOLAS AVENUE, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 30-0993947 | Chapter 11 <br><br> Case No. 20-12660 (CSS) |
| In re: <br><br> TSI LUCILLE 89TH STREET, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 35-2597992 | Chapter 11 <br><br> Case No. 20-12651 (CSS) |
| In re: <br><br> TSI LUCILLE ASTORIA, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 35-2598070 | Chapter 11 <br><br> Case No. 20-12652 (CSS) |
| In re: <br><br> TSI LUCILLE BAYSHORE, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 61-1848728 | Chapter 11 <br><br> Case No. 20-12653 (CSS) |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI LUCILLE BRONX, LLC, | Case No. 20-12654 (CSS) |
| Debtor. | |
| Tax I.D. No. 35-2598281 | |
| In re: | Chapter 11 |
| TSI LUCILLE COMMACK, LLC, | Case No. 20-12655 (CSS) |
| Debtor. | |
| Tax I.D. No. 30-0994898 | |
| In re: | Chapter 11 |
| TSI LUCILLE HOLBROOK, LLC, | Case No. 20-12656 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1849015 | |
| In re: | Chapter 11 |
| TSI LUCILLE ROCKVILLE CENTRE, LLC, | Case No. 20-12659 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1849240 | |
| In re: | Chapter 11 |
| TSI LUCILLE 42ND STREET, LLC, | Case No. 20-12650 (CSS) |
| Debtor. | |
| Tax I.D. No. 61-1849564 | |
| In re: | Chapter 11 |
| TSI SILVER SPRING, LLC, | Case No. 20-12669 (CSS) |
| Debtor. | |
| Tax I.D. No. 27-3988323 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TSI WOBURN, LLC, | Case No. 20-12677 (CSS) |
| Debtor. | |
| Tax I.D. No. 26-3299002 | |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 26, 2020, I caused to be served the "Order (I) Approving Joint Administration of Additional Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, (II) Applying Orders Previously Entered by the Court to the Additional Chapter 11 Cases, and (III) Granting Related Relief," dated October 26, 2020 [Docket No. 342],

by causing true and correct copies to be:

   a. enclosed in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Panagiota Manatakis*
                                                                    Panagiota Manatakis

Sworn to before me this
27th day of October, 2020
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2022

# Exhibit A

# Exhibit B

# Exhibit C

# Exhibit A

| Claim Name | Address Information |
|---|---|
| CON EDISON | C/O NUS CONSULTING GROUP SPERO POULIMEROS PO BOX 1701 NEW YORK NY 10116-1701 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| T-C 501 BOYLSTON STREET LLC | ATTN: DEVIN O'KEEFFE 14626 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| TREA 350 WASHINGTON STREET LLC | ATTN: CHRIS DALEY 4400 W 78TH ST, SUITE 200 MINNEAPOLIS MN 55435 |

**Total Creditor count 5**

# Exhibit B

TOWN SPORTS INTERNATIONAL, LLC,Case No. 20-12168
MSL Email

| NAME | EMAIL |
|---|---|
| 100 DUFFY, LLC | ana.morgan@mynycb.com |
| 110 BP PROPERTY LLC | jeller@hidrock.com |
| 200 PARK LP | jdavid@tishmanspeyer.com |
| 575 LEX PROPERTY OWNER, LLC | darren.xu@columbia.reit |
| 575 LEX PROPERTY OWNER, LLC | monica.saavedragarcia@columbia.reit |
| ABC REALTY | bharra@abcmgmt.net |
| AKIN GUMP STRAUSS HAUER & FELD LLP | mbyun@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | nmoss@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | pdublin@akingump.com |
| ARE-MA REGION NO. 75, LLC | smckenney@are.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com |
| BABSON COLLEGE | sgusmini@babson.edu |
| BALLARD SPAHR LLP | branchd@ballardspahr.com |
| BALLARD SPAHR LLP | digiacomom@ballardspahr.com |
| BALLARD SPAHR LLP | ganzc@ballardspahr.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com |
| BALLARD SPAHR LLP | roglenl@ballardspahr.com |
| BARCLAY DAMON LLP | knewman@barclaydamon.com |
| BDG 99QB, LLC | bblumenfeld@bdg.net |
| BELKIN BURDEN GOLDMAN, LLP | bbendy@bbgllp.com |
| BELKIN BURDEN GOLDMAN, LLP | jsolomon@bbgllp.com |
| BEWLEY, LASSLEBEN & MILLER, LLP | ernie.park@bewleylaw.com |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com |
| BLANK ROME LLP | bhall@blankrome.com |
| BLANK ROME LLP | ezucker@blankrome.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP. | jmayall@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP. | nmilone@certilmanbalin.com |
| CERTILMAN BALIN ADLER & HYMAN, LLP. | rmccord@certilmanbalin.com |
| CITY OF PHILADELPHIA LAW DEPARTMENT | megan.harper@phila.gov |
| CLEARBROOK CROSS LLC | customerservice@rmcdev.com |
| CLUB INVESTORS GROUP, LP | franknapolitanojr@gmail.com |
| COLE SCHOTZ P.C. | adeleo@coleschotz.com |
| COLE SCHOTZ P.C. | jalberto@coleschotz.com |
| COLE SCHOTZ P.C. | msirota@@coleschotz.com |
| COLE SCHOTZ P.C. | skomrower@coleschotz.com |
| COLE SCHOTZ P.C. | svanaalten@coleschotz.com |
| DC USA OPERATING CO., LLC | ssterneck@gridproperties.com |
| DLA PIPER LLP (US) | matthew.sarna@us.dlapiper.com |
| DLA PIPER LLP (US) | richard.chesley@us.dlapiper.com |
| DLA PIPER LLP (US) | stuart.brown@us.dlapiper.com |
| DOBBS FERRY SHOPPING LLC | mlange@pihc.com |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| FARRELL FRITZ, P.C. | pcollins@farrellfritz.com |
| FARRELL FRITZ, P.C. | vurban@farrellfritz.com |
| GARTH ORGANIZATION | dan@garthorg.com |
| GEORGE COMFORT & SONS, INC. | apolczynska@gcomfort.com |
| GIBBONS P.C. | hcohen@gibbonslaw.com |
| GIBBONS P.C. | mconlan@gibbonslaw.com |
| GIBSON, DUNN & CRUTCHER LLP | jgoldstein@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | mmaloney@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | sgreenberg@gibsondunn.com; |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | jflaxer@golenbock.com |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | msolomon@golenbock.com |
| GOODWIN PROCTER LLP | gfox@goodwinlaw.com |
| GOULSTON & STORRS PC | jwallack@goulstonstorrs.com |
| GOULSTON & STORRS PC | pbilowz@goulstonstorrs.com |
| GOULSTON & STORRS PC | vmoody@goulstonstorrs.com |
| GREENBERG TRAURIG, LLP | handlerm@gtlaw.com |
| GREENBERG TRAURIG, LLP | melorod@gtlaw.com |
| GREENBERG TRAURIG, LLP | philbink@gtlaw.com |
| GUNDZIK GUNDZIK HEEGER LLP | aaron.gundzik@gghllp.com |
| GUNDZIK GUNDZIK HEEGER LLP | rebecca.gundzik@gghllp.com |

TOWN SPORTS INTERNATIONAL, LLC,Case No. 20-12168
MSL Email

| | |
|---|---|
| ICE MILLER LLP | alyson.fiedler@icemiller.com |
| ICE MILLER LLP | louis.delucia@icemiller.com |
| IMPERIAL BAG & PAPER COMPANY, LLC | virginia@imperialdade.com |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | cweiss@ingramllp.com |
| INLAND DIVERSIFIED REAL ESTATE SERVICES, L.L.C | jsurber@kiterealty.com |
| K&L GATES LLP | caitlin.conklin@klgates.com |
| K&L GATES LLP | daniel.eliades@klgates.com |
| K&L GATES LLP | matthew.goeller@klgates.com |
| K&L GATES LLP | steven.caponi@klgates.com |
| KELLEY DRYE & WARREN LLP | kdwbankruptcydepartment@kelleydrye.com |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com |
| KELLEY DRYE & WARREN LLP | swilson@kelleydrye.com |
| KIRBY AISNER & CURLEY LLP | eaisner@kacllp.com |
| KRAEMER BURNS, P.A. | rpatella@kraemerburns.com |
| LACHTMAN COHEN P.C. | gblue@lcpclaw.com |
| LAFAYETTE-ASTOR ASSOCIATES LLC | bhusseain@gfpre.com |
| LAFAYETTE-ASTOR ASSOCIATES LLC | dsiciliani@gfpre.com; |
| LARSTRAND CORP. | ac@friedlandproperties.com |
| LAW OFFICE OF IRA R. ABEL | iraabel@verizon.net |
| LAW OFFICE OF KENNETH L.BAUM LLC | kbaum@kenbaumdebtsolutions.com |
| LAW OFFICE OF LISA M. SOLOMON | lisa.solomon@att.net |
| LEAV & STEINBERG, LLP | era@lstriallaw.com |
| LESLI B SCHWARTZ | leslibschwartz@comcast.net |
| LOEB & LOEB LLP | dbesikof@loeb.com |
| LOEB & LOEB LLP | gshi@loeb.com |
| LOWENSTEIN SANDLER LLP | jdipasquale@lowenstein.com |
| LOWENSTEIN SANDLER LLP | jschneider@lowenstein.com |
| MAURICE WUTSCHER, LLP | ahochheiser@mauricewutscher.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com |
| MILES & STOCKBRIDGE P.C. | jfarnum@milesstockbridge.com |
| MYKOLA KOLOMIICHUK | kolomiichuk@gmail.com |
| NANCY RADFORD | nancyradford@gmail.com |
| NEW ROC PARCEL 1A, LLC | mnurse-daniel@ceruzzi.com |
| NORRIS McLAUGHLIN, P.A. | mapena@norris-law.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | david.l.buchbinder@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | joneill@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com |
| PHILIPS INTERNATIONAL HOLDING CORPORATION | spilevsky@pihc.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| REICH REICH & REICH, P.C. | npasalides@reichpc.com |
| RELATED BROADWAY DEVELOPMENT, LLC | debbie.bronisevsky@related.com |
| RICHARDS, LAYTON & FINGER, P.A. | collins@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A. | kenney@rlf.com |
| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | fbr@robinsonbrog.com |
| ROCK MCGRAW , INC. | jkim@rockefellergroup.com |
| SAUL EWING ARNSTEIN & LEHR LLP | monique.disabatino@saul.com |
| SCF RC FUNDING IV LLC | ccurto@essentialproperties.com |
| SECURITIES & EXCHANGE COMMISSION | help@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | newyork@sec.gov |
| SEGAL LAW FIRM, P.C. | msegal@segal-lawfirm.com |
| SEYFARTH SHAW LLP | whanlon@seyfarth.com |
| SIRLIN LESSER & BENSON, P.C | dplon@sirlinlaw.com |
| SOF-IX BLUEBACK SQUARE HOLDINGS, L.P | vbanda@starwoodretail.com |
| STATION LANDING III LLC | clandry@natdev.com; |
| STATION LANDING III LLC | jpollack@natdev.com |
| STEMPEL BENNETT CLAMAN & HOCHBERG, P.C. | eobrien@sbchlaw.com |
| STEVENS & LEE, P.C. | jhh@stevenslee.com |
| STEVENS & LEE, P.C. | dwg@stevenslee.com |
| TARTER KRINSKY & DROGIN LLP | aspizz@tarterkrinsky.com |
| TFG WINTER STREET PROPERTY, LLC | cmacdonald@thedaviscompanies.com |
| TFG WINTER STREET PROPERTY, LLC | mbush@thedaviscompanies.com |
| THE ROSNER LAW GROUP LLC | gibson@teamrosner.com |
| THE ROSNER LAW GROUP LLC | rosner@teamrosner.com |

TOWN SPORTS INTERNATIONAL, LLC,Case No. 20-12168
MSL Email

| | |
|---|---|
| TOLLESON ONE, LLC | cgrace@itcelectronics.com; |
| TOLLESON ONE, LLC | dbl@msk.com |
| TREA 350 WASHINGTON STREET LLC | christopher.daley@cbre.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | brett.goodman@troutman.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | katherine.profumo@troutman.com |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | marcy.smith@troutman.com |
| WELTMAN & MOSKOWITZ, LLP | aw@weltmosk.com |
| WELTMAN & MOSKOWITZ, LLP | mlm@weltmosk.com |
| WIGDOR LLP | dgottlieb@wigdorlaw.com |
| WIGDOR LLP | tcrabill@wigdorlaw.com |
| WMAP, LLC | jmorrow@onni.com |
| YORKVILLE TOWERS ASSOCIATES | dbosnjak@rymanagement.com |