# **EXHIBIT 2**

**Adjourned Objections**

In re Town Sports International, LLC, *et al.*
**EXHIBIT 2**
**Adjourned Objections**

| Cure Notice Date | Debtor Case Number | Debtor Counterparty | Counterparty Name | Description of Contract | Cure Listed on Debtors' Notice | Reference Docket No. |
|---|---|---|---|---|---|---|
| 10/20/2020 | 20-12168 | Town Sports International, LLC | AETNA LIFE INSURANCE COMPANY | ADMINS CLAIMS SERVICES AGREEMENT | $42,714.82 | 537 |
| 10/20/2020 | 20-12168 | Town Sports International, LLC | ORACLE, USA INC | ACCOUNTING SOFTWARE SERVICES | $223,910.87 | 314 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | CLEARBROOK CROSS LLC | LEASE AGREEMENT | $643,807.98 | 334 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | MACROLEASE CORPORATION | EQUIPMENT LEASE DATED 1/11/2018 | $183,871.98 | 331 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | MATRIX MECHANICAL CORP. | PREVENTIVE MAINTENANCE SERVICES AGREEMENT DATED 3/9/2020 | $0.00 | 313 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | MATRIX MECHANICAL CORP. | EQUIPMENT AT PBSC, JUPITER DATED 12/5/2019 | $41,128.56 | 313 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | MOTIONSOFT, INC. | MEMBER DATA MANAGEMENT, RUNS THE CLUBS AND BILLINGS DATED 8/29/2012 | $178,407.28 | 306 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | MOTIONSOFT, INC. | AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT DATED 5/1/2020 | $0.00 | 306 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | R&D AIR INC. | MAINTENANCE AGREEMENTS (DISTRICT OF COLUMBIA & MARYLAND CLUBS) DATED 3/10/2020 | $16,776.00 | 538 |
| 10/16/2020 | 20-12198 | TSI East 51, LLC | 575 LEX PROPERTY OWNER, LLC | LEASE AGREEMENT | $962,495.45 | 319 |
| 10/16/2020 | 20-12203 | TSI Forest Hills, LLC | 75-76 THIRD AVENUE ASSSETS IV LLC | LEASE AGREEMENT | $499,100.02 | 316 |
| 10/16/2020 | 20-12197 | TSI East 36, LLC | GEORGE COMFORT & SONS, INC. | LEASE AGREEMENT | $586,817.38 | 318 |
| 10/16/2020 | 20-12290 | TSI Fenway, LLC | LANDMARK CENTER PARK DRIVE LLC | LEASE AGREEMENT | $382,599.15 | 310 & 349 |
| 10/16/2020 | 20-12270 | TSI West 125, LLC | HUSA MANAGEMENT CO., INC. | LEASE AGREEMENT | $440,797.24 | 336 & 354 |
| 10/16/2020 | 20-12279 | TSI Central Square, LLC | L&B CIP 625 MASS AVE, LLC | LEASE AGREEMENT | $385,471.89 | 328 |
| 10/16/2020 | 20-12313 | TSI Wellesley, LLC | BABSON COLLEGE | LEASE AGREEMENT | $1,081,643.58 | 307 |
| 10/16/2020 | 20-12287 | TSI Downtown Crossing, LLC | TREA 350 WASHINGTON STREET LLC | LEASE AGREEMENT | $935,804.17 | 317 |
| 10/16/2020 | 20-12257 | TSI West 48, LLC | ROCK MCGRAW , INC. | LEASE AGREEMENT | $771,950.82 | 327 & 350 |
| 10/16/2020 | 20-12316 | TSI Waltham, LLC | TFG WINTER STREET PROPERTY, LLC | LEASE AGREEMENT | $0.01 | 303 |
| 10/16/2020 | 20-12178 | TSI Astoria, LLC | 2856 ASTORIA LLC | LEASE AGREEMENT | $486,337.63 | 326 |
| 10/16/2020 | 20-12274 | TSI Boylston, LLC | T-C 501 BOYLSTON STREET LLC | LEASE AGREEMENT | $639,701.66 | 317 |
| 10/16/2020 | 20-12310 | TSI South Station, LLC | 695 ATLANTIC AVENUE, LLC | LEASE AGREEMENT | $0.00 | 325 |
| 10/16/2020 | 20-12245 | TSI Rego Park, LLC | BDG 99QB, LLC | LEASE AGREEMENT | $478,145.81 | 332 |
| 10/20/2020 | 20-12273 | TSI West 145th Street, LLC | LANGSTON RETAIL LLC | LEASE AGREEMENT | $428,798.17 | 353 |
| 10/16/2020 | 20-12250 | TSI Smithtown, LLC | COUNTRY VIEW COMMONS, LLC | LEASE AGREEMENT | $526,245.00 | 333 |
| 10/16/2020 | 20-12194 | TSI Dobbs Ferry, LLC | DOBBS FERRY SHOPPING LLC | LEASE AGREEMENT | $802,289.46 | 332 |
| 10/16/2020 | 20-12194 | TSI Dobbs Ferry, LLC | REGENCY CENTERS, L.P. | LEASE AGREEMENT | $257,366.37 | 332 |
| 10/16/2020 | 20-12188 | TSI Columbia Heights, LLC | DC USA OPERATING CO., LLC | LEASE AGREEMENT | $700,013.12 | 336 & 354 |
| 10/16/2020 | 20-12259 | TSI Sunnyside, LLC | 39-01 QB LLC | LEASE AGREEMENT | $169,954.98 | 332 |
| 10/16/2020 | 20-12319 | TSI Westborough, LLC | WESTBOROUGH CC, LLC | LEASE AGREEMENT | $315,938.48 | 332 |
| 10/16/2020 | 20-12268 | TSI Back Bay, LLC | BOSTON PROPERTIES LIMITED PARTNERSHIP | LEASE AGREEMENT | $6,775.58 | 317 |
| 10/16/2020 | 20-12242 | TSI-ATC Cape Coral, LLC | STORE MASTER FUNDING XI, LLC | LEASE AGREEMENT | $96,216.66 | 333 |
| 10/16/2020 | 20-12293 | TSI Hoboken North, LLC | SRI-WSA 210 14TH, LLC | LEASE AGREEMENT | $0.00 | 333 |
| 10/16/2020 | 20-12209 | TSI Glendale, LLC | WMAP, LLC. | LEASE AGREEMENT | $694,773.30 | 333 |
| 10/30/2020 | 20-12168 | Town Sports International, LLC | AMERICAN EXPRESS COMPANY | AMERICAN EXPRESS CARD ACCEPTANCE AGREEMENT | $0.00 | N/A |
| 10/30/2020 | 20-12168 | Town Sports International, LLC | GOOGLE LLC (f/k/a GOOGLE, INC.) | GOOGLE ADWORDS MASTER SERVICES AGREEMENT | $118,751.25 | 300 |
| 10/16/2020 | 20-12168 | Town Sports International, LLC | CSI SPECTRUM (DAXKO) | SERVICE AGREEMENT FOR CLUB TV & DATA LINES - WESTBORO TENNIS CLUB DATED 1/31/2020 | $2,876.52 | 306 |