**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TOWN SPORTS INTERNATIONAL, LLC, *et al*., | ) Case No. 20-12168 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that **PATRICK WALSH, TOWN SPORTS INTERNATIONAL HOLDINGS, INC.** and **TOWN SPORTS GROUP, LLC** (collectively, the "**Creditors**"), by their attorneys at **SAUL EWING ARNSTEIN & LEHR LLP** and **HOMER BONNER JACOBS ORTIZ, P.A.**, appear in this matter pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and request that all notices required to be given or otherwise given in this case and all papers required to be served or otherwise served in this case be given to and served upon:

| | |
|---|---|
| Andrew R. Herron, Esq. | John D. Demmy, Esq. |
| **HOMER BONNER JACOBS ORTIZ, P.A.** | **SAUL EWING ARNSTEIN & LEHR LLP** |
| 1200 Four Seasons Tower | 1201 N. Market Street, Suite 2300 |
| 1441 Brickell Avenue | P.O. Box 1266 |
| Miami, FL 33131 | Wilmington, DE 19899 |
| Telephone: 305 350-5117 | Telephone: 302-421-6848 |
| Facsimile:  305-372-2738 | Facsimile : 302-421-5881 |
| E-mail: aherron@homerbonner.com | E-mail: john.demmy@saul.com |

PLEASE TAKE NOTICE FURTHER that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure

37759157.1 11/17/2020

statements, and plans of reorganization, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE NOTICE FURTHER** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Creditors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 17, 2020                                   **SAUL EWING ARNSTEIN & LEHR LLP**


*/s/ John D. Demmy*
John D. Demmy (Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone:     302-421-6848
Facsimile:     302-421-5881
john.demmy@saul.com

                    -and

Andrew R. Herron (Fla. Bar No. 861560)
**HOMER BONNER JACOBS ORTIZ, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305 350-5117
Facsimile:  305-372-2738
E-mail: aherron@homerbonner.com

*Attorneys for Patrick Walsh, Town Sports International Holdings, Inc. and Town Sports Group*