**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                                         Chapter 11

NINEPOINT MEDICAL, INC.,                         Case Nos. 20-12168(KBO)

     Debtor.

**STATEMENT THAT A COMMITTEE OF**
**UNSECURED CREDITORS HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors' petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  ) No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(X) Insufficient response to the United States Trustee communication/contact for service on the committee.

(  ) No unsecured creditor interest

(  ) Non-operating debtor-in-possession - - No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

                                        **ANDREW R. VARA**
                                        **UNITED STATES TRUSTEE**

                                        */s/ Linda J. Casey*
                                        *for* T. PATRICK TINKER
                                        Assistant United States Trustee

DATED: November 30, 2020
cc:  Attorneys for Debtor: David Hurst, Esquire