# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| **TOWN SPORTS INTERNATIONAL, LLC,** *et al.*, | ) | **Case No. 20-12168 (CSS)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for admission *pro hac vice* of Robert L. LeHane, Esq. of the law firm of Kelley Drye & Warren LLP to represent Basser-Kaufman, BDG 99QB, LLC, Blumenfeld Development Group, Ltd., Philips International Holding Corp, and Regency Centers L.P. in the above-captioned case and any adversary proceedings related thereto.

Dated:  October 23, 2020

> */s/ Susan E. Kaufman*
> Susan E. Kaufman (DE Bar No. 3381)
> **LAW OFFICE OF SUSAN E. KAUFMAN, LLC**
> 919 N. Market Street, Suite 460
> Wilmington, DE 19801
> Tel: (302) 472-7420 / Fax: (302) 792-7420
> Email: skaufman@skaufmanlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and New Jersey, United States District Court for Eastern, Northern, Southern, and Western Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been or will be paid to the Clerk of Court for District Court.

> */s/ Robert L. LeHane*
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: (212) 808-7800 / Fax: (212) 808-7897
> Email: rlehane@kelleydrye.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: December 10th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**