**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF STEPHENIE KJONTVEDT
ON BEHALF OF EPIQ CORPORATE RESTRUCTURING, LLC REGARDING
VOTING AND TABULATION OF BALLOTS CAST ON THE FIRST AMENDED
JOINT CHAPTER 11 PLAN OF TOWN SPORTS INTERNATIONAL, LLC AND ITS
DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Stephenie Kjontvedt, declare, under penalty of perjury:

1. I am a Vice President, Senior Consultant at Epiq Corporate Restructuring, LLC ("**Epiq**") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the chapter 11 cases and should be considered an impartial party.

2. I submit this supplemental declaration (the "**Supplemental Declaration**") with respect to the solicitation and tabulation of votes cast on the *First Amended Joint Chapter 11 Plan of Town Sports International, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code,* dated November 3, 2020 (as amended, supplemented, or modified from time to time, the "**Plan**").[2] Except as otherwise indicated herein, all facts set forth herein are based upon

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined in the Initial Voting Declaration).

my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. The *Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Casts on the First Amended Joint Chapter 11 Plan of Town Sports International, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (the "**Initial Voting Declaration**") was filed on December 10, 2020 [Docket No. 775].

4. This Supplemental Declaration is filed to update the tabulation results of the Initial Voting Declaration with the inclusion of additional late filed ballots and with revised votes on superseding ballots submitted by certain claimants.

5. Additionally, the Initial Voting Declaration inadvertently showed certain classes as having accepted the Plan when they did not. Class 5 General Unsecured Claims for TSI Hoboken, LLC and Class 5 General Unsecured Claims for TSI -Westlake, LLC have both voted to reject the Plan, as reflected in **Exhibit A** attached hereto. While each of these Classes have greater than ninety-nine percent in amount of Claims voting to accept the Plan, the number of Holders voting to accept the Plan is fifty-percent, and not more than fifty-percent, as required by the Bankruptcy Code for a class of claims to be considered accepting.

6. The voting results of Holders of Claims in the Voting Classes are as set forth in **Exhibit A** attached hereto, which is a true and correct copy of the final tabulation of votes cast by properly executed Ballots received by Epiq.

7. If a Class contained Claims eligible to vote and no Holders of Claims eligible to vote in such Class voted to accept or reject the Plan, the Holders of such Claims in such Class shall

3

be deemed to have accepted the Plan, as set forth in **Exhibit B** attached hereto, which includes all such Classes where the Holders are deemed to have accepted the Plan.

8. A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit C** hereto.

[*Remainder of page intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 14, 2020
　　　　Westchester, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephenie Kjontvedt
　　　　　　　　　　　　　　　　　　　　　　Stephenie Kjontvedt
　　　　　　　　　　　　　　　　　　　　　　Vice President, Senior Consultant
　　　　　　　　　　　　　　　　　　　　　　Epiq Corporate Restructuring, LLC

**Exhibit A**

**EXHIBIT A**

**Tabulation Summary**

| Plan Class | Class Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Existing First Lien Credit Facility Claims | 16 | 5 | 11 | 31.25% | 68.75% | $136,491,532.16 | $83,819,577.35 | $52,671,954.81 | 61.41% | 38.59% | REJECT |
| 5 | General Unsecured Claims TOWN SPORTS INTERNATIONAL, LLC | 23 | 17 | 6 | 73.91% | 26.09% | $841,548.72 | $793,544.88 | $48,003.84 | 94.30% | 5.70% | ACCEPT |
| 5 | General Unsecured Claims TSI- LUCILLE 38TH AVENUE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,502.65 | $1,502.65 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI 555 6TH AVENUE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $3,455.93 | $3,455.93 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI 1231 3RD AVENUE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,589.01 | $1,589.01 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI AVENUE A, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $2,095.30 | $2,095.30 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI BAYRIDGE 86TH STREET LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1.00 | $1.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI BROADWAY, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $630.00 | $630.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI CARMEL, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $773.01 | $773.01 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI CASH MANAGEMENT, LLC | 3 | 3 | 0 | 100.00% | 0.00% | $70,452.40 | $70,452.40 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI CLARENDON, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,029.99 | $1,029.99 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI CONNECTICUT AVENUE, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $751.00 | $751.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI COURT STREET, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,212.32 | $1,212.32 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI DEER PARK, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,763.08 | $1,763.08 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI DOBBS FERRY, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $3,702.17 | $3,702.17 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI EAST 51, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $5,331.23 | $5,331.23 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI EAST 86, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $44.34 | $44.34 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI EAST 91, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $9,252.80 | $9,252.80 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI FOREST HILLS, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $277.63 | $277.63 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI GARNERVILLE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $812.81 | $812.81 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI GLENDALE, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $2,151.80 | $2,151.80 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI GLOVER, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $705.00 | $705.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI HIGHPOINT, LLC | 4 | 4 | 0 | 100.00% | 0.00% | $33,255.54 | $33,255.54 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI HOLDINGS (MA), LLC | 2 | 2 | 0 | 100.00% | 0.00% | $7,676.50 | $7,676.50 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI LARCHMONT, LLC | 3 | 3 | 0 | 100.00% | 0.00% | $743.39 | $743.39 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI LINCOLN, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $3,270.06 | $3,270.06 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI MURRAY HILL, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $212.33 | $212.33 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI OCEANSIDE, LLC | 1 | 0 | 1 | 0.00% | 100.00% | $1.00 | $0.00 | $1.00 | 0.00% | 100.00% | REJECT |
| 5 | General Unsecured Claims TSI RADNOR, LLC | 3 | 3 | 0 | 100.00% | 0.00% | $5,727.93 | $5,727.93 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI-ATC BENEVA ROAD, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $2,485.00 | $2,485.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 16, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $571.66 | $571.66 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 23, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $5,732.01 | $5,732.01 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI SCARDALE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $606.90 | $606.90 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI SOCIETY HILL, LLC | 4 | 4 | 0 | 100.00% | 0.00% | $18,138.06 | $18,138.06 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI SOUTH BETHESDA, LCC | 1 | 1 | 0 | 100.00% | 0.00% | $351.92 | $351.92 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI SOUTH PARK SLOPE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $609.70 | $609.70 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 41, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $2,943.21 | $2,943.21 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI STATEN ISLAND, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $3,196.93 | $3,196.93 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 48, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $707.69 | $707.69 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI VARICK STREET, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $2,406.41 | $2,406.41 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 80, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $365.98 | $365.98 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI BACK BAY, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $233.01 | $233.01 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 115TH, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $4,170.66 | $4,170.66 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 125, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $1,192.90 | $1,192.90 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI BAYONNE, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $3,334.37 | $3,334.37 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WEST 145TH STREET, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $130.67 | $130.67 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI BOYLSTON, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $4,276.58 | $4,276.58 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI BUTLER, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $2,054.88 | $2,054.88 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WHITE PLAINS CITY CENTER, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $11,726.26 | $11,726.26 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI CENTRAL SQUARE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $599.00 | $599.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WHITESTONE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $277.63 | $277.63 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI HOBOKEN, LLC | 2 | 1 | 1 | 50.00% | 50.00% | $507.47 | $506.47 | $1.00 | 99.80% | 0.20% | REJECT |
| 5 | General Unsecured Claims TSI LEXINGTON (MA), LLC | 1 | 1 | 0 | 100.00% | 0.00% | $466.00 | $466.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI LIVINGSTON, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $5,813.72 | $5,813.72 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI - WESTLAKE, LLC | 2 | 1 | 1 | 50.00% | 50.00% | $1,582.88 | $1,581.88 | $1.00 | 99.94% | 0.06% | REJECT |
| 5 | General Unsecured Claims TSI WELLESLEY, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $3,642.00 | $3,642.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WELLINGTON CIRCLE, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1.00 | $1.00 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WALTHAM, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $3,209.58 | $3,209.58 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WESTBORO TENNIS, LLC | 3 | 3 | 0 | 100.00% | 0.00% | $22,052.25 | $22,052.25 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WESTBOROUGH, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $2,099.22 | $2,099.22 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI WESTWOOD, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $2,409.72 | $2,409.72 | $0.00 | 100.00% | 0.00% | ACCEPT |

**EXHIBIT A**

**Tabulation Summary**

| Plan Class | Class Description | No. Voting | No. Accept | No. Reject | % No. Accept | % No. Reject | Amt. Voting | Amt. Accept | Amt. Reject | % Amt. Accept | % Amt. Reject | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | General Unsecured Claims TSI MARLBORO, LLC | 2 | 2 | 0 | 100.00% | 0.00% | $927.63 | $927.63 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI METHUEN, LLC | 3 | 3 | 0 | 100.00% | 0.00% | $740.80 | $740.80 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI NEWARK, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $286.89 | $286.89 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI RAMSEY, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $2,760.52 | $2,760.52 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI RIDGEWOOD, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,555.66 | $1,555.66 | $0.00 | 100.00% | 0.00% | ACCEPT |
| 5 | General Unsecured Claims TSI SALISBURY, LLC | 1 | 1 | 0 | 100.00% | 0.00% | $1,106.71 | $1,106.71 | $0.00 | 100.00% | 0.00% | ACCEPT |

**<u>Exhibit B</u>**

# EXHIBIT B

## Plan Classes Deemed to Accept

| Plan Class | Class Description |
|---|---|
| 5 | General Unsecured Claims TSI HOLDINGS II, LLC |
| 5 | General Unsecured Claims TSI-ATC HOLDCO, LLC |
| 5 | General Unsecured Claims TSI - LUCILLE AUSTIN STREET, LLC |
| 5 | General Unsecured Claims TSI - LUCILLE KINGS HIGHWAY, LLC |
| 5 | General Unsecured Claims TSI - LUCILLE VALLEY STREAM, LLC |
| 5 | General Unsecured Claims TSI 30 BROAD STREET, LLC |
| 5 | General Unsecured Claims TSI ASTOR PLACE, LLC |
| 5 | General Unsecured Claims TSI ASTORIA, LLC |
| 5 | General Unsecured Claims TSI BAY RIDGE, LLC |
| 5 | General Unsecured Claims TSI BROOKLYN BELT, LLC |
| 5 | General Unsecured Claims TSI COBBLE HILL, LLC |
| 5 | General Unsecured Claims TSI COLUMBIA HEIGHTS, LLC |
| 5 | General Unsecured Claims TSI COMMACK, LLC |
| 5 | General Unsecured Claims TSI CROTON, LLC |
| 5 | General Unsecured Claims TSI EAST 23, LLC |
| 5 | General Unsecured Claims TSI EAST 36, LLC |
| 5 | General Unsecured Claims TSI EAST 76, LLC |
| 5 | General Unsecured Claims TSI FIRST AVENUE, LLC |
| 5 | General Unsecured Claims TSI GALLERY PLACE, LLC |
| 5 | General Unsecured Claims TSI GARDEN CITY, LLC |
| 5 | General Unsecured Claims TSI GRAND CENTRAL, LLC |
| 5 | General Unsecured Claims TSI GREENPOINT, LLC |
| 5 | General Unsecured Claims TSI HARTSDALE, LLC |
| 5 | General Unsecured Claims TSI HAWTHORNE, LLC |
| 5 | General Unsecured Claims TSI HICKSVILLE, LLC |
| 5 | General Unsecured Claims TSI HOLDINGS (PA), LLC |
| 5 | General Unsecured Claims TSI LONG BEACH, LLC |
| 5 | General Unsecured Claims TSI MASSAPEQUA, LLC |
| 5 | General Unsecured Claims TSI MORRIS PARK, LLC |
| 5 | General Unsecured Claims TSI NORTH BETHESDA, LLC |
| 5 | General Unsecured Claims TSI PINE STREET, LLC |
| 5 | General Unsecured Claims TSI PROVIDENCE EASTSIDE, LLC |
| 5 | General Unsecured Claims TSI-ATC ALICO MISSION, LLC |
| 5 | General Unsecured Claims TSI-ATC BEN PRATT, LLC |
| 5 | General Unsecured Claims TSI-ATC BOYSCOUT, LLC |
| 5 | General Unsecured Claims TSI-ATC CAPE CORAL, LLC |
| 5 | General Unsecured Claims TSI-ATC TAMIAMI TRAIL, LLC |
| 5 | General Unsecured Claims TSI REGO PARK, LLC |
| 5 | General Unsecured Claims TSI WEST 38, LLC |
| 5 | General Unsecured Claims TSI SHERIDAN, LLC |
| 5 | General Unsecured Claims TSI SMITHTOWN, LLC |
| 5 | General Unsecured Claims TSI SUNNYSIDE, LLC |
| 5 | General Unsecured Claims TSI TOTAL WOMAN HOLDCO, LLC |
| 5 | General Unsecured Claims TSI WEST 73, LLC |
| 5 | General Unsecured Claims TSI - LUCILLE CLIFTON, LLC |
| 5 | General Unsecured Claims TSI WEST 94, LLC |
| 5 | General Unsecured Claims TSI ALLSTON, LLC |
| 5 | General Unsecured Claims TSI BEACON STREET, LLC |
| 5 | General Unsecured Claims TSI BULFINCH, LLC |
| 5 | General Unsecured Claims TSI WEST HARTFORD, LLC |
| 5 | General Unsecured Claims TSI CLIFTON, LLC |
| 5 | General Unsecured Claims TSI COLONIA, LLC |
| 5 | General Unsecured Claims TSI DAVIS SQUARE, LLC |
| 5 | General Unsecured Claims TSI DORCHESTER, LLC |
| 5 | General Unsecured Claims TSI DOWNTOWN CROSSINGS, LLC |
| 5 | General Unsecured Claims TSI FENWAY, LLC |
| 5 | General Unsecured Claims TSI HOBOKEN NORTH, LLC |
| 5 | General Unsecured Claims TSI JERSEY CITY, LLC |
| 5 | General Unsecured Claims TSI - NORTHRIDGE, LLC |
| 5 | General Unsecured Claims TSI PLANCENTIA, LLC |
| 5 | General Unsecured Claims TSI - ALAMEDA, LLC |
| 5 | General Unsecured Claims TSI - CAL.GLENDALE, LLC |
| 5 | General Unsecured Claims TSI - SAN JOSE, LLC |

## EXHIBIT B

## Plan Classes Deemed to Accept

| Plan Class | Class Description |
|---|---|
| 5 | General Unsecured Claims TSI - IRVINE, LLC |
| 5 | General Unsecured Claims TSI - STUDIO CITY, LLC |
| 5 | General Unsecured Claims TSI - TORRANCE, LLC |
| 5 | General Unsecured Claims TSI - VALENCIA, LLC |
| 5 | General Unsecured Claims TSI - TOPANGA, LLC |
| 5 | General Unsecured Claims TSI SOUTH END, LLC |
| 5 | General Unsecured Claims TSI SOUTH STATION, LLC |
| 5 | General Unsecured Claims TSI WAYLAND, LLC |
| 5 | General Unsecured Claims TSI SPRINGFIELD, LLC |
| 5 | General Unsecured Claims TSI WATERTOWN, LLC |
| 5 | General Unsecured Claims TSI LYNNFIELD, LLC |
| 5 | General Unsecured Claims TSI MATAWAN, LLC |
| 5 | General Unsecured Claims TSI NEWTON, LLC |
| 5 | General Unsecured Claims TSI PEABODY, LLC |
| 5 | General Unsecured Claims TSI PRINCETON, LLC |
| 5 | General Unsecured Claims TSI SUMMER STREET, LLC |
| 5 | General Unsecured Claims TSI WOBURN, LLC |

**<u>Exhibit C</u>**

## **EXHIBIT C**

## Report of Ballots Not Counted

| Plan Class | Plan Class Description | Claim Name | Total Voting Amount | Vote Accept /R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 5 | GENERAL UNSECURED CLAIMS TSI BAYRIDGE 86TH STREET LLC | 429-441 86TH STREET LLC | $1.00 | REJECT | 33 | SUPERSEDED BY A LATER FILED BALLOT |
| 5 | GENERAL UNSECURED CLAIMS TOWN SPORTS INTERNATIONAL, LLC | AMBER BARROS | $1.00 | | 10077 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TSI PLANCENTIA, LLC | AMBER BARROS | $1.00 | | 10078 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TSI ALLSTON, LLC | CARLYSLE ENGINEERING, INC. | $40,183.56 | | 2 | NO VOTE: BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR TO REJECT |
| 5 | GENERAL UNSECURED CLAIMS TSI WELLESLEY, LLC | CARLYSLE ENGINEERING, INC. | $1,795.48 | | 9 | NO VOTE: BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR TO REJECT |
| 5 | GENERAL UNSECURED CLAIMS TSI BOYLSTON, LLC | COACHES CORNER | $2,992.00 | ACCEPT | 16 | MISSING SIGNATURE |
| 5 | GENERAL UNSECURED CLAIMS TSI SUMMER STREET, LLC | COLISEUM COMPANIES | $3,291.27 | | 10029 | NO VOTE: BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR TO REJECT |
| 5 | GENERAL UNSECURED CLAIMS TOWN SPORTS INTERNATIONAL, LLC | CORA DEUTCHMAN | $1.00 | | 18 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TSI BUTLER, LLC | EXTRACTOR CORPORATION | $1,735.00 | REJECT | 10100 | SUPERSEDED BY A LATER FILED BALLOT |
| 5 | GENERAL UNSECURED CLAIMS TSI BAYONNE, LLC | EXTRACTOR CORPORATION | $1,735.00 | REJECT | 10101 | SUPERSEDED BY A LATER FILED BALLOT |
| 5 | GENERAL UNSECURED CLAIMS TSI CONNECTICUT AVENUE, LLC | FP 1211 CONNECTICUT AVENUE, LLC | $1.00 | ACCEPT | 10049 | SUPERSEDED BY A LATER FILED BALLOT |
| 5 | GENERAL UNSECURED CLAIMS TOWN SPORTS INTERNATIONAL, LLC | FREDRICK A BECKER | $9,995.00 | | 5 | NO VOTE: BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR TO REJECT |
| 5 | GENERAL UNSECURED CLAIMS TSI HOBOKEN NORTH, LLC | JAMES KOLE | $1.00 | | 10079 | ABSTAINED AND OPTED OUT |
| 4 | EXISTING FIRST LIEN CREDIT FACILITY CLAIMS | KENNEDY LEWIS CAPITAL PARTNERS MASTER FUND II LP | $56,183,233.91 | REJECT | 10103 | SUPERSEDED BY A LATER FILED BALLOT |
| 4 | EXISTING FIRST LIEN CREDIT FACILITY CLAIMS | KENNEDY LEWIS CAPITAL PARTNERS MASTER FUND LP | $19,005,220.16 | REJECT | 10104 | SUPERSEDED BY A LATER FILED BALLOT |
| 5 | GENERAL UNSECURED CLAIMS TOWN SPORTS INTERNATIONAL, LLC | ORACLE AMERICA INC | $221,665.97 | | 10082 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TSI CASH MANAGEMENT, LLC | ORACLE, USA INC | $2,244.90 | | 10080 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TSI HIGHPOINT, LLC | PAR 4 ELECTRIC CORPORATION INC. | $22,515.35 | | 21 | NO VOTE: BALLOT DID NOT INDICATE A VOTE TO ACCEPT OR TO REJECT |
| 5 | GENERAL UNSECURED CLAIMS TOWN SPORTS INTERNATIONAL, LLC | RICHARD SIMNOR | $1.00 | | 10045 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TOWN SPORTS INTERNATIONAL, LLC | SIMNOR, RICHARD | $2.00 | | 10044 | ABSTAINED AND OPTED OUT |
| 5 | GENERAL UNSECURED CLAIMS TSI WELLINGTON CIRCLE, LLC | STATION LANDING III LLC | $1.00 | REJECT | 10050 | SUPERSEDED BY A LATER FILED BALLOT |