# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC AND VIDEO HEARING ON DECEMBER 17, 2020 AT 9:30 A.M. (ET)

> **THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878.**
> **ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Town Sports Intl 20-12168 Confirmation**
> **Time: December 17, 2020 9:30 A.M. Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> https://debuscourts.zoomgov.com/j/1600007545
>
> **Meeting ID: 160 000 7545**
> **Passcode: 237106**

## CONTESTED MATTER

1. First Amended Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [Docket No. 586, 11/3/20]

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the undersigned counsel for the Debtors.

27466963.1

Related Documents:

A. Solicitation Version of the Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 587, 11/3/20]

B. Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Shortening Certain Notice Periods and Establishing Related Procedures, (IV) Approving the Solicitation and Notice Procedures, (V) Approving the Combined Hearing Notice, and (VI) Granting Related Relief [Docket No. 293, 10/20/20]

C. Order (I) Approving the Adequacy of the Disclosure Statement on an Interim Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Shortening Certain Notice Periods and Establishing Related Procedures, (IV) Approving the Solicitation and Notice Procedures, (V) Approving the Combined Hearing Notice, and (VI) Granting Related Relief [Docket No. 561, 11/3/20]

D. Notice of Hearing to Consider (I) the Adequacy of the Disclosure Statement and (II) Confirmation of the Joint Chapter 11 Plan filed by the Debtors [Docket No. 589, 11/3/20]

E. Notice of Filing of Plan Supplement [Docket No. 706, 11/25/20]

F. Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the First Amended Joint Chapter 11 Plan [Docket No. 707, 11/25/20]

G. Affidavit of Service of Solicitation Materials [Docket No. 708, 11/25/20]

H. Notice of Filing of Additional Exhibit to Plan Supplement [Docket No. 736, 12/2/20]

I. Notice of Filing of Blackline of Plan [Docket No. 772, 12/9/20]

J. Debtors' Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Joint Chapter 11 Plan [Docket No. 773, 12/9/20]

K. Declaration of John C. DiDonato in Support of Confirmation of the Second Amended Joint Chapter 11 Plan of Town Sports International, LLC and its Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 774, 12/9/20][2]

---

[2] The physical location of this declarant is Pittsburgh, PA.

27466963.1

L. Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 775, 12/10/20][3]

M. Notice of Filing of Proposed Confirmation Order [Docket No. 776, 12/10/20]

N. Affidavit of Publication [Docket No. 787, 12/10/20]

O. Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 796, 12/14/20]

P. Notice of Filing of Blackline of Proposed Confirmation Order [Docket No. 797, 12/14/20]

Q. Second Supplemental Declaration of Stephenie Kjontvedt on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the First Amended Joint Chapter 11 Plan of Town Sports International, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 800, 12/14/20]

Objection/Response Deadline:  December 7, 2020 at 4:00 p.m. (ET)

Objections/Responses Filed:

R. Objection of KRG Bayonne Urban Renewal, LLC to the Joint Plan [Docket No. 751, 12/7/20]

S. Limited Objection of 429-441 86th Street LLC to Disclosure Statement and Chapter 11 Plan and Notice of Opt-Out of Third-Party Releases Under the Plan [Docket No. 752, 12/7/20]

T. Notice of Opt-Out of Third-Party Release and Supplement to Objection of KRG Bayonne Urban Renewal, LLC to the Joint Plan [Docket No. 756, 12/7/20]

U. United States Trustee's Objection to Confirmation of First Amended Joint Chapter 11 Plan [Docket No. 757, 12/7/20]

V. Limited Objection of Blumenfeld Development Group, LTD.; Philips International Holding Corp.; Tanger Outlets Deer Park, LLC; 39-02-QB, LLC; and Regency Centers, L.P. to Confirmation of the Debtors' First Amended Joint Chapter 11 Plan [Docket No. 758, 12/7/20]

---

[3] The physical location of this declarant is Westchester, NY.

27466963.1

W. Joinder and Reservation of Rights of Three Park Building LLC to Objections to Confirmation [Docket No. 760, 12/7/20]

X. Joinder and Reservation of Rights of 1221 Avenue Holdings LLC to Objections to Confirmation [Docket No. 761, 12/7/20]

Y. Limited Objection of Shakir Yousif Farsakh to Disclosure Statement and Chapter 11 Plan and Notice of Opt-Out of Third-Party Releases Under the Plan [Docket No. 764, 12/7/20]

Z. Notice of Opt Out of Third-Party Releases and Exculpations by, and Limited Objection of, Kennedy Lewis Capital Partners Masterfund LP and Kennedy Lewis Capital Partners Master Fund II LP to the First Amended Joint Chapter 11 Plan [Docket No. 771, 12/9/20]

AA. Joinder of the District of Columbia and the Commonwealth of Massachusetts to the United States Trustee's Objection [Docket No. 795, 12/14/20]

Status: This matter will be going forward solely with respect to final Disclosure Statement approval and Plan confirmation.

Dated: Wilmington, Delaware
December 15, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Allison S. Mielke (No. 5934)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
      sgreecher@ycst.com
      amielke@ycst.com

and

KIRKLAND & ELLIS LLP
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: nicole.greenblatt@kirkland.com
      derek.hunter@kirkland.com

27466963.1

KIRKLAND & ELLIS LLP
Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
Email: mark.mckane@kirkland.com

KIRKLAND & ELLIS LLP
Joshua M. Altman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: josh.altman@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

5

27466963.1