**Exhibit B**

**Opt-Out Parties**

## Opt-Out Parties

1221 Avenue Holdings LLC
39-02-QB, LLC
429-441 86th Street LLC
Amber Barros
Annette Copti
Apollo Trading LLC US1110042
Appalachian Funding LLC
Blumenfeld Development Group, LTD.
Cadient LLC
Cooper J Macco
Cora Deutchman
Ellington CLO I Ltd Ky0m0043w3
Ellington CLO II Ltd Ky0m004b37
Ellington CLO III Ltd Ky0m004nf3
Ellington CLO IV Ltd Ky0m005513
Evans Grove CLO Ltd Ky0m004ln1
James Kole
Kennedy Lewis Capital Partners Master Fund LP
Kennedy Lewis Capital Partners Master Fund II LP
Kevin Illescas
KRG Bayonne Urban Renewal, LLC
Mfac LLC
Monarch Master Funding Ltd Ky1l116799
Office of the Attorney General for the District of Columbia
Office of the Massachusetts Attorney General
Oracle America Inc
Oracle, USA Inc
Pacific Link International Corp
Philips International Holding Corp.
Reed Smith LLP
Regency Centers, L.P.
Richard Simnor
Shakir Farsahk
Station Landing III LLC
Tanger Outlets Deer Park, LLC
Three Park Building LLC
Washington-Hudson Associates