**Exhibit B**

**Opt-Out Parties**

**Opt-Out Parties**

1221 Avenue Holdings LLC
39-02-QB, LLC
429-441 86th Street LLC
Amber Barros
Annette Copti
Blumenfeld Development Group, LTD.
Cadient LLC
Cooper J Macco
Cora Deutchman
Evans Grove CLO Ltd Ky0m004ln1
James Kole
Kennedy Lewis Capital Partners Master Fund LP
Kennedy Lewis Capital Partners Master Fund II LP
Kevin Illescas
KRG Bayonne Urban Renewal, LLC
Mfac LLC
Monarch Master Funding Ltd Ky1l116799
Office of the Attorney General for the District of Columbia
Office of the Massachusetts Attorney General
Oracle America Inc
Oracle, USA Inc
Pacific Link International Corp
Philips International Holding Corp.
Reed Smith LLP
Regency Centers, L.P.
Richard Simnor
Shakir Farsahk
Station Landing III LLC
Tanger Outlets Deer Park, LLC
Three Park Building LLC
Washington-Hudson Associates