# **Exhibit A**

# EXHIBIT A

## TOWN SPORTS INTERNATIONAL, LLC, *et al.*

### SUMMARY OF BILLING BY PROJECT CATERGORY
### NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Dispositions, Sales, Uses, and Leases (Section 363) | 27.8 | $18,767.50 |
| Automatic Stay Matters | 0.7 | $382.50 |
| Business Operations | 1.8 | $1,410.00 |
| Case Administration | 1.8 | $958.50 |
| Cash Collateral and Dip Financing | 4.1 | $3,041.50 |
| Claims Analysis, Administration and Objections | 5.2 | $2,755.00 |
| Committee Matters and Creditor Meetings | 1.9 | $707.50 |
| Creditor Inquires | 2.8 | $1,806.00 |
| Disclosure Statement / Voting Issues | 2.8 | $652.50 |
| Document Review / Committee Investigation | 3.2 | $2,736.00 |
| Executory Contracts | 1.0 | $460.00 |
| Fee Application Matters / Objections | 7.5 | $2,487.50 |
| General | 0.2 | $45.00 |
| Leases (Real Property) | 3.7 | $2,092.50 |
| Litigation / Gen. (Except Automatic Stay Relief) | 1.1 | $856.50 |
| Other Investigative Matters | 2.1 | $1,172.50 |
| Preparation for and Attendance at Hearings | 7.1 | $4,284.00 |
| Reorganization Plan | 39.0 | $26,242.50 |
| Reports, Statements, and Schedules | 0.6 | $387.00 |
| Retention matters | 2.4 | $935.00 |
| U.S. Trustee Matters and Meetings | 1.4 | $875.00 |
| **TOTAL** | **118.2** | **$73,054.50** |

**TOWN SPORTS INTERNATIONAL, LLC,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Name of Professional Person | Date of Bar Admission | Position with the Applicant | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael D. Sirota | 1986 | Co-Managing Shareholder (Bankruptcy) | $1,050.00 | 2.9 | $3,045.00 |
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $645.00 | 12.6 | $8,127.00 |
| Seth Van Aalten | 2004 | Member (Bankruptcy) | $825.00 | 25.0 | $20,625.00 |
| Stuart Komrower | 1984 | Member (Bankruptcy) | $855.00 | 8.8 | $7,524.00 |
| Anthony De Leo | 2013 | Associate (Bankruptcy) | $575.00 | 49.9 | $28,692.50 |
| Andrew J. Roth-Moore | 2013 | Associate (Bankruptcy) | $500.00 | 0.8 | $400.00 |
| Jack Dougherty | N/A | Law Clerk (Bankruptcy) | $225.00 | 0.4 | $90.00 |
| Michael Fitzpatrick | N/A | Law Clerk (Bankruptcy) | $225.00 | 10.6 | $2,385.00 |
| Jennifer Ford | N/A | Paralegal (Bankruptcy) | $300.00 | 6.8 | $2,040.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (Bankruptcy) | $315.00 | 0.4 | $126.00 |
| | | | **TOTAL** | **118.2** | **$73,054.50** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2020).

# Cole Schotz P.C.

Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

FEDERAL ID# 22-2113414

New Jersey — Delaware — Maryland — Texas — Florida

TOWN SPORTS INTERNATIONAL, LLC
N/A

| | |
|---|---|
| Invoice Date: | December 1, 2020 |
| Invoice Number: | 877375 |
| Matter Number: | 61704-0001 |

**Re:** OFFICIAL COMMITTEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH NOVEMBER 30, 2020

**ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION 363)**  27.80  18,767.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/20 | SVA | REVIEW/COMMENT ON REVISED SALE ORDER | 0.40 | 330.00 |
| 11/02/20 | SVA | CORRES W/ S. KOMROWER AND A. DE LEO RE UCC NOTES ON SALE AND DS HEARINGS | 0.40 | 330.00 |
| 11/15/20 | ADL | REVIEW DRAFT 9019 MOTION RE: SETTLEMENT BETWEEN DEBTORS AND PURCHASER; EMAILS RE: SAME | 0.80 | 460.00 |
| 11/24/20 | JRA | EMAILS WITH S. VAN AALTEN, S. KOMROWER, AND A. DELEO RE SALE ISSUES | 0.60 | 387.00 |
| 11/24/20 | SVA | CORRES W/ J. ALTMAN RE EMERGENCY STATUS CONFERENCE RE CREDIT BID | 0.30 | 247.50 |
| 11/25/20 | SVA | CORRES W/ S. GREENBERG RE SALE ORDER | 0.20 | 165.00 |
| 11/25/20 | ADL | CALL WITH TERM LENDERS RE: SALE ISSUES | 0.30 | 172.50 |
| 11/25/20 | JRA | EMAILS WITH S.VAN AALTEN, A.DELEO AND J. GOLDSTEIN RE CREDIT BIDDING ISSUE | 0.40 | 258.00 |
| 11/25/20 | JRA | T/C WITH S. VAN AALTEN, J. GOLDSTEIN AND S. GREENBURG RE CLOSING ISSUES | 0.40 | 258.00 |
| 11/25/20 | SVA | T/C W/ GIBSON DUNN RE CREDIT BID/SALE ISSUES | 0.30 | 247.50 |
| 11/25/20 | ADL | POST-CONFERENCE CALL WITH J. ALBERTO | 0.20 | 115.00 |
| 11/25/20 | SVA | CORRES W/ J. ALTMAN RE CHAMBERS CONFERENCE RE SALE | 0.40 | 330.00 |
| 11/25/20 | ADL | ATTEND STATUS CONFERENCE RE: SALE CLOSING ISSUES | 0.60 | 345.00 |
| 11/25/20 | SVA | CORRES W/ J. ALBERTO RE CHAMBERS CONFERENCE RE SALE | 0.50 | 412.50 |
| 11/27/20 | SVA | REVIEWED TERM LENDER TRO MOTION AND SUPPORTING DECLARATION | 0.50 | 412.50 |
| 11/27/20 | JRA | T/C'S (.6) AND EMAILS (.9) WITH S. VAN AALTEN, J. CHUBAK, J. ALTMAN AND N.GREENBLATT RE CLOSING ISSUES | 1.50 | 967.50 |
| 11/27/20 | ADL | REVIEW AD HOC LENDER GROUP'S MOTION TO ENJOIN THE SALE CLOSING | 1.20 | 690.00 |
| 11/27/20 | SVA | CORRES W/ BUYER RE TERM LENDER TRO | 0.20 | 165.00 |
| 11/27/20 | SVA | CORRES W/ DEBTORS RE TERM LENDER TRO | 0.40 | 330.00 |
| 11/28/20 | SVA | CORRES W/ KDW RE TERM LENDER TRO MOTION | 0.20 | 165.00 |

61704/8888-21770686v1

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 877375 |
| | Client/Matter No. 61704-0001 | | | December 1, 2020 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/28/20 | JRA | CORRESPOND WITH S. VAN AALTEN AND UCC MEMBERS RE CLOSING ISSUES AND TRO | 0.40 | 258.00 |
| 11/29/20 | JRA | CORRESPOND WITH S. VAN AALTEN, J. CHUBAK, A. DELEO, S. GREENBERG AND J. GOLDSTEIN RE TRO AND CLOSING ISSUES (2.2); REVISE DRAFT JOINDER (.6) AND EMAILS WITH A. DELEO RE SAME (.5); REVIEW DEBTOR OBJECTION TO TRO (.3); FURTHER CORRESPONDENCE WITH S. VAN AALTEN AND A. DELEO RE HEARING STRATEGY (.7) | 4.30 | 2,773.50 |
| 11/29/20 | SVA | T/C W/ LL COUNSEL RE LENDER TRO HEARING | 0.40 | 330.00 |
| 11/29/20 | SVA | CORRES W/ LENDERS RE TRO HEARING | 0.20 | 165.00 |
| 11/29/20 | SVA | CORRES W/ ALBERTO AND DE LEO RE HEARING ON LENDER TRO AGAINST SALE | 0.80 | 660.00 |
| 11/29/20 | SVA | REVIEW/COMMENT ON UCC JOINDER TO DEBTOR OPPOSITION TO TRO | 0.30 | 247.50 |
| 11/29/20 | SK | REVIEW MOTION OF AD HOC LENDERS FOR INJUNCTION ON SALE CLOSING; MULTIPLE EMAILS | 0.60 | 513.00 |
| 11/29/20 | SVA | REVIEW/COMMENT ON REVISED JOINDER TO DEBTOR OPPOSITION TO TRO AGAINST SALE | 0.40 | 330.00 |
| 11/29/20 | SVA | CORRES W/ BRG RE SALE CLOSING ISSUES | 0.30 | 247.50 |
| 11/29/20 | SVA | CORRES W/ J. ALTMAN RE LENDER TRO HEARING | 0.30 | 247.50 |
| 11/29/20 | ADL | EMAILS RE: SALE CLOSING ISSUES; DRAFT JOINDER IN SUPPORT OF DEBTORS' OBJECTION TO LENDERS' MOTION FOR TEMPORARY RESTRAINING ORDER; REVIEW DRAFT OF DEBTORS' OBJECTION AND BUYER'S DECLARATION; DRAFT EMAIL TO COMMITTEE RE: SALE CLOSING ISSUES; COORDINATE FILING AND SERVICE OF JOINDER | 5.60 | 3,220.00 |
| 11/29/20 | SVA | REVIEWED DEBTOR AND BUYER REPLIES TO LENDER TRO AGAINST SALE | 0.50 | 412.50 |
| 11/30/20 | ADL | CALL WITH D. HUNTER RE: SALE ISSUES | 0.10 | 57.50 |
| 11/30/20 | MDS | REVIEW E-MAILS ON TACIT SALE ISSUES | 0.20 | 210.00 |
| 11/30/20 | ADL | REVIEW MOTION FOR PRELMINARY OBJECTION, DEBTORS' OBJECTION THERETO, SALE ORDER, APA, AND AMENDED DIP ORDER AND OTHERWISE PREPARE FOR HEARING RE: SALE INJUNCTION | 2.40 | 1,380.00 |
| 11/30/20 | MDS | REVIEW AD HOC MOTION TO RESTRAIN SALE | 0.50 | 525.00 |
| 11/30/20 | ADL | ATTEND HEARING RE: SALE INJUNCTION | 0.70 | 402.50 |
| **AUTOMATIC STAY MATTERS/LITIGATION** | | | **0.70** | **382.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/20 | MEF | PREPARE SUMMARY OF TSI MOTION FROM RELIEF FROM STAY FOR CS TEAM | 0.20 | 45.00 |
| 11/10/20 | SVA | REVIEWED CEFARATTI LIFT STAY MOTION | 0.20 | 165.00 |
| 11/12/20 | ADL | REVIEW CEFARATTI STAY RELIEF MOTION | 0.30 | 172.50 |

**BUSINESS OPERATIONS**        **1.80**        **1,410.00**

61704/8888-21770686v1

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 877375 |
| | Client/Matter No. 61704-0001 | | | December 1, 2020 |
| | | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/11/20 | ADL | REVIEW BRG BUDGET VARIANCE REPORT | 0.30 | 172.50 |
| 11/15/20 | SVA | CONF. W/ A. DE LEO RE INTERCOMPANY TRANSFER 9019 MOTION | 0.40 | 330.00 |
| 11/15/20 | SVA | REVIEWED INTERCOMPANY TRANSFER 9019 MOTION | 0.70 | 577.50 |
| 11/15/20 | SVA | T/C W/ J. ALTMAN RE INTERCOMPANY TRANSFER 9019 MOTION | 0.40 | 330.00 |

| **CASE ADMINISTRATION** | | | **1.80** | **958.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | SK | REVIEW NOTICE OF AGENDA FOR 11/3; EMAILS (INTERNAL) | 0.20 | 171.00 |
| 11/05/20 | JLF | EMAILS TO/FROM M. FITZPATRICK RE: BAR DATE, CM/ECF NOTIFICATIONS FORWARD AND LEASES OBJECTION DEADLINES AND TELECONFERENCE WITH M. FITZPATRICK RE: SAME | 0.40 | 120.00 |
| 11/05/20 | JLF | INFORM A. DE LEO OF UPCOMING BAR DATE, CURE OBJECTION DEADLINE AND LEASES OBJECTION DEADLINES | 0.30 | 90.00 |
| 11/05/20 | ADL | EMAIL M. FITZGERALD RE: CALENDAR ISSUES | 0.20 | 115.00 |
| 11/09/20 | PVR | EMAILS FROM AND TO J. FORD RE: UPDATING CASE CALENDAR RE: HEARING DATE AND OBJECTION DEADLINE RE: CERAFATTI MOTION FOR RELIEF AND RETRIEVE SAME | 0.20 | 63.00 |
| 11/09/20 | ADL | REVIEW DOCKET | 0.10 | 57.50 |
| 11/16/20 | SK | CORRESPONDENCE FROM CREDITOR - INQUIRIES | 0.20 | 171.00 |
| 11/16/20 | SK | CORRESPONDENCE FROM CREDITOR AND RESPONSE RE: COURT NOTICES | 0.20 | 171.00 |

| **CASH COLLATERAL AND DIP FINANCING** | | | **4.10** | **3,041.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | ADL | CALLS AND EMAILS RE: ADDITIONAL DIP FINANCING AND SALE CLOSING ISSUES | 0.70 | 402.50 |
| 11/02/20 | SK | CORRESPONDENCE FROM CLIENT RE: UPDATED DIP LOAN - PUSH BACK OF CLOSING | 0.20 | 171.00 |
| 11/02/20 | SVA | REVIEWED AMENDED DIP ORDER | 0.40 | 330.00 |
| 11/03/20 | SK | REVIEW AMENDED FINAL DIP ORDER; EMAILS; SIGN OFF | 0.30 | 256.50 |
| 11/04/20 | SK | REVIEW HEARING DATES; DEADLINES; PLAN HEARING | 0.20 | 171.00 |
| 11/04/20 | SK | REVIEW AGENDA FOR 11/6 DIP HEARING | 0.10 | 85.50 |
| 11/05/20 | ADL | REVIEW AGENDA RE: 11-6-2020 HEARING RE: AMENDED DIP FINANCING ORDER | 0.10 | 57.50 |
| 11/05/20 | SK | REVIEW AMENDED DIP ORDER; EMAILS AND NOTES | 0.30 | 256.50 |
| 11/06/20 | ADL | EMAIL J. ALBERTO RE: 11-6-2020 HEARING RE: AMENDED DIP ORDER | 0.10 | 57.50 |
| 11/06/20 | JRA | EMAILS WITH A. DELEO RE TODAY'S HEARING | 0.20 | 129.00 |
| 11/06/20 | ADL | REVIEW MARK UP OF AMENDED DIP ORDER | 0.40 | 230.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number 877375
Client/Matter No. 61704-0001  December 1, 2020
Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/20 | SVA | REVIEWED BRG WEEKLY BUDGET REPORTING | 0.50 | 412.50 |
| 11/10/20 | SVA | REVIEWED LENDER PROFESSIONALS INVOICES | 0.10 | 82.50 |
| 11/13/20 | SK | REVIEW BRG BUDGET VARIANCE REPORT AND DECK | 0.40 | 342.00 |
| 11/24/20 | ADL | EMAILS RE: WEEKLY FEE ESTIMATES | 0.10 | 57.50 |

**CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS**  **5.20**  **2,755.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/20 | MEF | DRAFT BAR DATE SUMMARY | 1.00 | 225.00 |
| 11/02/20 | ADL | REVIEW BAR DATE ORDER AND PREPARE SUMMARY FOR THE COMMITTEE | 0.90 | 517.50 |
| 11/02/20 | MEF | BAR DATE NOTICE TO COMMITTEE | 1.10 | 247.50 |
| 11/02/20 | SVA | CORRES W/ UCC MEMBERS RE BAR DATE ORDER | 0.40 | 330.00 |
| 11/17/20 | SVA | CORRES W/ J. ALTMAN RE CLAIMS NOTICING | 0.30 | 247.50 |
| 11/17/20 | SVA | CORRES W/ UST RE CLAIMS BAR DATE AND NOTICING | 0.20 | 165.00 |
| 11/17/20 | SVA | CORRES W/ M. FITZPATRICK RE 341 MEETING | 0.20 | 165.00 |
| 11/18/20 | SVA | T/C W/ DEBTORS COUNSEL RE CUSTOMER CLAIMS ISSUES | 0.30 | 247.50 |
| 11/18/20 | SVA | CORRES W/ UST AND DEBTORS' COUNSEL RE CUSTOMER CLAIMS ISSUES | 0.40 | 330.00 |
| 11/19/20 | SVA | CORRES W/ DEBTORS AND UST RE CLAIMS NOTICING FOR WEBSITE | 0.20 | 165.00 |
| 11/23/20 | ADL | REVIEW CLAIMS REGISTER | 0.20 | 115.00 |

**COMMITTEE MATTERS AND CREDITOR MEETINGS**  **1.90**  **707.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/11/20 | ADL | DRAFT UPDATE FOR THE COMMITTEE | 0.40 | 230.00 |
| 11/17/20 | MEF | ATTEND 341 HEARING | 0.80 | 180.00 |
| 11/17/20 | MEF | DRAFT & PREPARE SUMMARY OF 341 MEETING FOR CS TEAM | 0.30 | 67.50 |
| 11/30/20 | ADL | DRAFT UPDATE FOR COMMITTEE RE: HEARING ON SALE INJUNCTION AND RELATED SALE CLOSING AND PLAN ISSUES | 0.40 | 230.00 |

**CREDITOR INQUIRIES**  **2.80**  **1,806.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | PVR | EMAIL FROM R. DEELY AND TO L. MORTON AND J. FORD AND REVIEW VOICE MAIL FROM B. HUFNAG RE: INQUIRY | 0.20 | 63.00 |
| 11/13/20 | ADL | RETURN CREDITOR CALL | 0.30 | 172.50 |
| 11/16/20 | JRA | EMAILS WITH A.DELEO RE CREDITOR INQUIRY | 0.10 | 64.50 |
| 11/17/20 | SK | CORRESPONDENCE FROM CREDITOR AND RESPOND TO INQUIRY | 0.30 | 256.50 |
| 11/19/20 | JRA | RETURN CREDITOR INQUIRY | 0.10 | 64.50 |
| 11/20/20 | ADL | RETURN CREDITOR CALLS | 0.50 | 287.50 |
| 11/24/20 | ADL | RETURN CREDITOR CALL | 0.20 | 115.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number 877375 |
| | Client/Matter No. 61704-0001 | | | December 1, 2020 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/25/20 | ADL | RETURN CREDITOR CALL | 0.20 | 115.00 |
| 11/30/20 | SVA | CORRES W/ UCC MEMBERS AND LLS RE TRO HEARING | 0.60 | 495.00 |
| 11/30/20 | ADL | RETURN CREDITOR CALL | 0.30 | 172.50 |

**DISCLOSURE STATEMENT/VOTING ISSUES** — **2.80** — **652.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/04/20 | MEF | REVIEW INTERIM ORDER OF PLAN CONFIRMATION & DISCLOSURE STATEMENTS AND DRAFT EMAIL TO COMMITTEE MEMBERS ABOUT CRITICAL DATES | 1.50 | 337.50 |
| 11/04/20 | JLF | ANALYZE AND INFORM COLE SCHOTZ ATTORNEYS OF DEADLINE RE: NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE PLAN & DISCLOSURE STATEMENT | 0.30 | 90.00 |
| 11/05/20 | MEF | REVIEW SOLICITATION ORDER & LEASE NOTICES ON DOCKET AND PROVIDE SUMMARY TO A. DE LEO | 1.00 | 225.00 |

**DOCUMENT REVIEW/COMMITEE INVESTIGATION** — **3.20** — **2,736.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/20 | SK | CORRESPONDENCE TO CO-COUNSEL S. KLEPPER OVERVIEW OF LITIGATION CLAIMS | 0.30 | 256.50 |
| 11/23/20 | SK | REVIEW COMPLAINT VARIOUS AG'S AND CLASS ACTION COMPLAINT FOR D AND O VIOLATIONS - IMPROPER CHARGING ISSUES - DRAFT NOTES FOR FUTURE INVESTIGATIONS | 2.40 | 2,052.00 |
| 11/23/20 | SK | CONFERENCE WITH CLIENT DISCUSS LITIGATION D AND O CLAIMS WORK - UP | 0.30 | 256.50 |
| 11/24/20 | SK | CORRESPONDENCE TO CO-COUNSEL RE: INVESTIGATION;; CLAIMS WORK-UP FOR D AND O ISSUES | 0.20 | 171.00 |

**EXECUTORY CONTRACTS** — **1.00** — **460.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | JLF | EMAILS TO/FROM M. FITZPATRICK RE: NOTICE OF REJECTION AND REVIEW NOTICE OF REJECTION AND INFORM ATTORNEY OF OBJECTION DEADLINE | 0.20 | 60.00 |
| 11/23/20 | AYM | PREPARE FOR AND ATTEND HEARING REGARDING LEASE REJECTION | 0.80 | 400.00 |

**FEE APPLICATION MATTERS/OBJECTIONS** — **7.50** — **2,487.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/20 | ADL | EMAILS RE: WEEKLY FEE ESTIMATE | 0.20 | 115.00 |
| 11/11/20 | MEF | DRAFT FEE APP | 0.50 | 112.50 |
| 11/12/20 | MEF | DRAFT FEE APPLICATION | 1.30 | 292.50 |
| 11/12/20 | JZD | CALL W/ M. FITZPATRICK RE FEE APPLICATION ISSUES | 0.20 | 45.00 |
| 11/16/20 | ADL | EMAILS RE: FEE APPLICATION ISSUES | 0.10 | 57.50 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                               Invoice Number 877375
         Client/Matter No. 61704-0001                                                        December 1, 2020
                                                                                                      Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/20 | ADL | EMAILS RE: WEEKLY FEE ESTIMATE AND MONTHLY FEE STATEMENT | 0.30 | 172.50 |
| 11/18/20 | JZD | EXCHANGE W/ M. FITZPATRICK RE: FEE APP ISSUES | 0.10 | 22.50 |
| 11/18/20 | MEF | CORRES W/ S. VAN AALTEN, M. SIROTA, A. DE LEO RE: FEE APPLICATION | 0.20 | 45.00 |
| 11/18/20 | MEF | CALL W/ A. DE LEO RE: FEE APPLICATION | 0.10 | 22.50 |
| 11/18/20 | SVA | REVIEW/COMMENT ON REVISED MONTHLY FEE STATEMENT | 0.30 | 247.50 |
| 11/18/20 | MEF | CORRES W/ J. DOUGHERTY RE: FEE APPLICATION | 0.10 | 22.50 |
| 11/18/20 | MEF | CORRES W/ A. DE LEO RE: FIRST MONTHLY FEE APP | 0.10 | 22.50 |
| 11/18/20 | ADL | REVIEW FIRST MONTHLY FEE APPLICATIONS; CALL WITH M. FITZPATRICK RE: SAME | 1.00 | 575.00 |
| 11/18/20 | MEF | CALL W/ A. DE LEO RE: FEE APPLICATION | 0.20 | 45.00 |
| 11/18/20 | MEF | DRAFT FEE APPLICATION | 1.80 | 405.00 |
| 11/19/20 | JLF | FINALIZE AND FILE COLE SCHOTZ 1ST MONTHLY FEE APPLICATION AND EMAIL TO EPIQ TO EFFECTUATE SERVICE RE: SAME | 0.30 | 90.00 |
| 11/19/20 | JLF | EMAILS TO/FROM M. FITZPATRICK RE: COLE SCHOTZ 1ST MONTHLY FEE APPLICATION FILING STATUS AND TELECONFERENCE WITH M. FITZPATRICK RE: SAME | 0.30 | 90.00 |
| 11/23/20 | MEF | CONFIRM FEE APP SERVED ON PROPER PARTIES | 0.20 | 45.00 |
| 11/30/20 | JLF | EMAILS TO/FROM C. VAZQUEZ RE: NOVEMBER EXPENSE BACK-UP | 0.20 | 60.00 |

**GENERAL**                                                                                            0.20       45.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/30/20 | MEF | REVIEW MOTION TO EXTEND AND PREPARE UPDATE TO CS TEAM | 0.20 | 45.00 |

**LEASES (REAL PROPERTY)**                                                                 3.70     2,092.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | JLF | EMAILS TO/FROM M. FITZPATRICK RE: NOTICE OF BAR DATE AND INFORM ATTORNEY OF BAR DATE DEADLINES | 0.20 | 60.00 |
| 11/02/20 | JLF | EMAILS TO/FROM M. FITZPATRICK RE: NOTICE OF ASSUMPTION OF LEASE EXECUTORY CONTRACT SECOND SUPPLEMENTAL NOTICE AND INFORM ATTORNEY OF CURE DEADLINE | 0.20 | 60.00 |
| 11/05/20 | ADL | REVIEW LEASE ASSUMPTION AND REJECTION NOTICES | 0.30 | 172.50 |
| 11/06/20 | ADL | REVIEW NOTICE OF REVISED CURE AMOUNTS | 0.10 | 57.50 |
| 11/12/20 | ADL | REVIEW REJECTION NOTICE | 0.20 | 115.00 |
| 11/16/20 | ADL | REVIEW ASSUMPTION NOTICE | 0.10 | 57.50 |
| 11/23/20 | ADL | ATTEND HEARING RE: LEASE REJECTION ISSUES | 0.60 | 345.00 |
| 11/23/20 | ADL | EMAILS RE: 11-23-2020 HEARING RE: LEASE REJECTION ISSUES | 0.20 | 115.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 61704-0001

Invoice Number 877375  
December 1, 2020  
Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/20 | ADL | REVIEW AGENDA FOR 11-23-2020 HEARING AND REVIEW LEASE REJECITON PLEADINGS IN PREPARATION OF SAME | 1.30 | 747.50 |
| 11/27/20 | SVA | CORRES W/ ALBERTO AND DE LEO RE BUYER ADEQUATE ASSURANCE OF FUTURE PERFORMANCE FOR LLS | 0.30 | 247.50 |
| 11/30/20 | ADL | EMAILS RE: LEASE ISSUES | 0.10 | 57.50 |
| 11/30/20 | ADL | REVIEW LEASE REJECTION NOTICE | 0.10 | 57.50 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**     **1.10**     **856.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/20 | SK | REVIEW PERFECTION EVIDENCE (UPDATES); JOINDER AGREEMENTS (CROSS SAMPLING) FROM GIBSON DUNN | 0.80 | 684.00 |
| 11/23/20 | ADL | CALL WITH S. VAN AALTEN RE: LITIGATION ISSUES | 0.20 | 115.00 |
| 11/30/20 | ADL | EMAIL M. FITZPATRICK RE: MOTION TO EXTEND DEADLINE TO REMOVE ACTIONS | 0.10 | 57.50 |

**OTHER INVESTIGATIVE MATTERS**     **2.10**     **1,172.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/20 | ADL | EMAILS RE: LITIGATION CLAIM ISSUES | 0.40 | 230.00 |
| 11/23/20 | JZD | CALL W/ A. DELEO RE: CLASS ACTIONS | 0.10 | 22.50 |
| 11/23/20 | ADL | CALL WITH CS TEAM RE: LITIGATION CLAIM ISSUES | 0.20 | 115.00 |
| 11/24/20 | ADL | REVIEW AND ANALYZE ATORNEY GENERAL COMPLAINTS IN PREPARATION OF CALL WITH S. KOMROWER RE: INSIDER INVESTIGATION | 1.40 | 805.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**     **7.10**     **4,284.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/20 | SVA | CONF W/ DE LEO RE PREPARATION FOR 11.3 SALE AND DS HEARING | 0.50 | 412.50 |
| 11/02/20 | JRA | EMAILS WITH S. VAN AALTEN AND A. DELEO RE TOMORROW'S HEARING | 0.40 | 258.00 |
| 11/02/20 | JLF | EMAILS TO/FROM J. ALBERTO AND A. DE LEO RE: COURTCALL FOR NOVEMBER 3RD HEARING AND TELECONFERENCE WITH COURTCALL RE: SAME | 0.40 | 120.00 |
| 11/03/20 | SVA | CORRES W/ DE LEO RE DS HEARING PREP | 0.40 | 330.00 |
| 11/03/20 | ADL | ATTEND DS HEARING | 0.30 | 172.50 |
| 11/03/20 | JLF | TELECONFERENCE WITH COURTCALL RE: SIGN UP M. FITZPATRICK FOR NOVEMBER 3RD HEARING | 0.20 | 60.00 |
| 11/03/20 | JLF | ANALYZE AND CIRCULATE TO COLE SCHOTZ ATTORNEY SECOND AMENDED AGENDA OF MATTERS FOR NOVEMBER 3RD HEARING | 0.20 | 60.00 |
| 11/03/20 | JRA | ATTEND HEARING | 0.40 | 258.00 |
| 11/03/20 | JRA | CORRESPOND WITH S. VAN AALTEN AND A. DELEO RE TODAY'S HEARING | 0.30 | 193.50 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                   Invoice Number  877375
      Client/Matter No. 61704-0001                                                     December 1, 2020
                                                                                              Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/05/20 | JRA | EMAILS WITH S. VAN AALTEN AND J. FORD RE TOMORROW'S HEARING | 0.20 | 129.00 |
| 11/05/20 | JLF | ANALYZE AND CIRCULATE TO COLE SCHOTZ TEAM RE: NOTICE OF AGENDA OF MATTERS FOR NOVEMBER 6TH HEARING AND COURTCALL STATUS AND TELECONFERENCE WITH COURTCALL RE: SIGN-UP FOR J. ALBERTO AND A. DE LEO | 0.40 | 120.00 |
| 11/19/20 | JLF | ANALYZE NOTICE OF AGENDA OF MATTERS FOR NOVEMBER 23RD HEARING AND EMAIL TO COLE SCHOTZ ATTORNEYS RE: SAME AND COURTCALL SIGN-UP STATUS | 0.20 | 60.00 |
| 11/19/20 | JLF | TELECONFERENCE WITH COURTCALL RE; 3 ATTORNEY SIGN-UP FOR NOVEMBER 23RD HEARING | 0.30 | 90.00 |
| 11/25/20 | JRA | PARTICIPATE IN CHAMBERS CONFERENCE (.6); CORRESPOND WITH S. VAN AALTEN AND A. DELEO RE SAME (.3) | 0.90 | 580.50 |
| 11/30/20 | SVA | HEARING ON TRO RE SALE CLOSING | 0.80 | 660.00 |
| 11/30/20 | JLF | ANALYZE AND CIRCULATE TO J. ALBERTO, S. VAN AALTEN AND A. DE LEO RE: AMENDED AGENDA FOR NOVEMBER 30TH HEARING | 0.10 | 30.00 |
| 11/30/20 | SVA | PREPARATION FOR TRO HEARING ON SALE | 0.80 | 660.00 |
| 11/30/20 | JLF | TELECONFERENCE WITH COURTCALL RE: 3 ATTORNEYS SIGN UP FOR NOVEMBER 30TH HEARING AND EMAILS TO COLE SCHOTZ TEAM RE: SAME | 0.30 | 90.00 |

**REORGANIZATION PLAN**                                                              **39.00**   **26,242.50**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/20 | SVA | T/C W/ A. DE LEO RE PLAN REVISIONS | 0.20 | 165.00 |
| 11/01/20 | SVA | REVIEW/COMMENT ON REVISED PLAN | 0.80 | 660.00 |
| 11/01/20 | ADL | REVIEW REVISED VERSION OF PLAN AND DISCLOSURE STATEMENT | 0.60 | 345.00 |
| 11/01/20 | ADL | CALL WITH S. VAN AALTEN RE: PLAN REVISIONS | 0.20 | 115.00 |
| 11/02/20 | ADL | EMAILS RE: DISCLOSURE STATEMENT HEARING | 0.20 | 115.00 |
| 11/02/20 | ADL | PREPARE HEARING SCRIPT RE: MOTION TO APPROVE DS | 1.20 | 690.00 |
| 11/02/20 | ADL | DRAFT EMAIL TO COMMITTEE RE: PLAN SETTLEMENT AND DISCLOSURE STATEMENT HEARING | 0.30 | 172.50 |
| 11/02/20 | SK | REVIEW U.S. TRUSTEE'S OBJECTIONS TO PLAN AND DISCLOSURE STATEMENT | 0.50 | 427.50 |
| 11/02/20 | SVA | T/C W/ UCC MEMBERS RE PLAN SETTLEMENT DISCUSSIONS | 0.50 | 412.50 |
| 11/02/20 | MDS | REVIEW K&E COMMENTS TO PLAN | 0.80 | 840.00 |
| 11/03/20 | ADL | REVIEW HEARING SCRIPT AND OTHERWISE PREPARE FOR DS HEARING | 0.30 | 172.50 |
| 11/04/20 | SVA | CORRES W/ D. KANE RE TRUST AGREEMENT | 0.40 | 330.00 |
| 11/04/20 | ADL | INITIAL DRAFT OF LIQUIDATING TRUST AGREEMENT | 3.40 | 1,955.00 |
| 11/04/20 | SVA | REVIEW FORM LITIGATION TRUST AGREEMENT | 0.60 | 495.00 |
| 11/04/20 | MDS | REVIEW TIME LINE MEMORANDUM | 0.30 | 315.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | Invoice Number  877375 |
| | Client/Matter No. 61704-0001 | | | December 1, 2020 |
| | | | | Page 9 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/04/20 | ADL | REVIEW DS ORDER AND DRAFT EMAIL TO THE COMMITTEE RE: 11-3-2020 HEARING RE: SALE APPROVAL AND SOLICITIATION PROCEDURES | 0.70 | 402.50 |
| 11/06/20 | ADL | CONTINUE DRAFTING LIQUIDATING TRUST AGREEMENT | 2.80 | 1,610.00 |
| 11/06/20 | MDS | REVIEW REVISED FILINGS FOR PLAN AND DS | 0.60 | 630.00 |
| 11/10/20 | ADL | REVIEW AND RESPOND TO EMAILS RE: PLAN SUPPLEMENT | 0.20 | 115.00 |
| 11/10/20 | SVA | CORRES W/ A. DE LEO RE PLAN SUPPLEMENT AND FEE APPLICATIONS | 0.30 | 247.50 |
| 11/11/20 | SVA | CORRES W/ A. DE LEO RE UCC UPDATE ON PLAN AND LITIGATION TRUST | 0.40 | 330.00 |
| 11/11/20 | SVA | REVISED UCC MEMO RE PLAN AND LITIGATION TRUST UPDATES | 0.60 | 495.00 |
| 11/13/20 | ADL | FURTHER REVISIONS TO LIQUIDATING TRUST AGREEMENT | 1.40 | 805.00 |
| 11/17/20 | ADL | REVISE LIQUIDATING TRUST AGREEMENT | 1.90 | 1,092.50 |
| 11/18/20 | SK | REVIEW DRAFT LIQUIDATING TRUST AGREEMENT; EMAILS RE: SAME | 0.60 | 513.00 |
| 11/18/20 | SVA | REVIEW/COMMENT ON LIQUIDATING TRUST AGREEMENT | 1.70 | 1,402.50 |
| 11/18/20 | ADL | ADDITIONAL REVISIONS TO LIQUIDATING TRUST AGREEMENT; EMAILS RE: SAME | 0.60 | 345.00 |
| 11/19/20 | ADL | INITIAL DRAFT OF STATEMENT IN SUPPORT OF PLAN CONFIRMATION | 1.40 | 805.00 |
| 11/20/20 | JRA | REVIEW AND COMMENT ON DRAFT STATEMENT IN SUPPORT OF PLAN (.2) AND EMAILS WITH S. VAN AALTEN AND A. DELEO RE SAME (.2) | 0.40 | 258.00 |
| 11/20/20 | SK | REVIEW DOCUMENTS COMMITTE SUPPORT STATEMENT; EMAILS | 0.20 | 171.00 |
| 11/20/20 | ADL | CONTINUE DRAFTING STATEMENT IN SUPPORT OF PLAN CONFIRMATION | 3.20 | 1,840.00 |
| 11/20/20 | ADL | REVISE STATEMENT IN SUPPORT OF PLAN PER COMMENTS FROM S. VAN AALTEN | 0.40 | 230.00 |
| 11/20/20 | SVA | REVIEW/COMMENT ON UCC STATEMENT IN SUPPORT OF PLAN CONFIRMATION | 1.20 | 990.00 |
| 11/23/20 | ADL | REVIEW DS ORDER; EMAIL S. VAN AALTEN RE: PLAN SUPPLEMENT | 0.10 | 57.50 |
| 11/23/20 | ADL | EMAIL CS TEAM RE: LITIGATION ISSUES | 0.10 | 57.50 |
| 11/23/20 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL S. VAN AALTEN/S. KOMROWER RE: STRATEGY | 0.50 | 525.00 |
| 11/23/20 | SK | REVIEW DOCUMENTS COMMITTEE PLAN SUPPORT STATEMENT AND POC FORM | 0.30 | 256.50 |
| 11/23/20 | ADL | REVISE STATEMENT IN SUPPORT OF PLAN PER S. KOMROWER'S COMMENTS; EMAILS RE: SAME | 0.50 | 287.50 |
| 11/23/20 | SVA | REVIEW/COMMENT ON REVISED UCC STATEMENT IN SUPPORT OF PLAN | 0.30 | 247.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                  Invoice Number 877375
       Client/Matter No. 61704-0001                                                        December 1, 2020
                                                                                                    Page 10

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/23/20 | JRA | EMAILS WITH S. VAN AALTEN, M.SIROTA AND A. DELEO RE STATEMENT IN SUPPORT OF PLAN | 0.40 | 258.00 |
| 11/23/20 | SVA | T/C RE TRUST INVESTIGATION | 0.30 | 247.50 |
| 11/23/20 | SK | CORRESPONDENCE TO CO-COUNSEL RE PLAN PACKAGE; EDIT LATEST VERSION OF STATEMENT | 0.20 | 171.00 |
| 11/23/20 | ADL | DRAFT EMAIL TO COMMITTEE RE: STATEMENT IN SUPPORT OF PLAN, BAR DATE, AND VOTING DEADLINE | 0.60 | 345.00 |
| 11/24/20 | SVA | REVIEW/COMMENT ON PLAN SUPPLEMENT | 0.40 | 330.00 |
| 11/24/20 | ADL | REVISE LIQUIDATING TRUST AGREEMENT PER TRUSTEE'S COMMENTS AND FURHTER REVIEW OF SAME | 1.60 | 920.00 |
| 11/24/20 | ADL | CALL WITH PROPOSED TRUSTEE RE: LITIGATION TRUST AGREEMENT | 0.20 | 115.00 |
| 11/24/20 | ADL | EMAILS RE: LIQUIDATING TRUST AGREEMENT | 0.40 | 230.00 |
| 11/24/20 | ADL | INITIAL REVIEW OF PLAN SUPPLEMENT | 0.40 | 230.00 |
| 11/25/20 | ADL | CALL WITH D. KANE RE: PLAN AND LIQUIDATING TRUST AGREEMENT ISSUES | 0.20 | 115.00 |
| 11/25/20 | ADL | EMAIL DEBTORS' COUNSEL RE: PLAN AND LIQUIDATION TRUST AGREEMENT ISSUES | 0.40 | 230.00 |
| 11/25/20 | ADL | EMAIL PROPOSED TRUSTEE RE: PLAN AND LIQUIDATING TRUST AGREEMENT ISSUES | 0.10 | 57.50 |
| 11/25/20 | ADL | FINAL REVIEW OF STATEMENT IN SUPPORT OF PLAN AND COORDINATE FILING OF SAME | 0.50 | 287.50 |
| 11/25/20 | SVA | CORRES W/ TRUSTEE AND DEBTORS RE TRUST AGREEMENT REVISIONS | 1.30 | 1,072.50 |
| 11/25/20 | JLF | EMAILS TO/FROM A. DE LEO RE: STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF TOWN SPORTS INTERNATIONAL, LLC AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND CERTIFICATE OF SERVICE AND TELECONFERENCE WITH A. DE LEO RE: SAME AND FINALIZE AND FILE RE: SAME AND EMAIL EPIQ RE: TO EFFECTUATE SERVICE RE: SAME | 0.50 | 150.00 |
| 11/25/20 | SVA | CORRES W/ DE LEO RE STATEMENT IN SUPPORT | 0.40 | 330.00 |
| 11/25/20 | ADL | EMAILS RE: PLAN ISSUES | 0.40 | 230.00 |

| **REPORTS; STATEMENTS AND SCHEDULES** | | | **0.60** | **387.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 11/12/20 | JRA | EMAILS WITH S. VAN AALTEN AND A. DELEO RE SCHEDULES AND SOFAS | 0.20 | 129.00 |
| 11/19/20 | JRA | FURTHER CORRESPONDENCE WITH S.VAN AALTEN AND YCST RE SCHEDULES | 0.40 | 258.00 |

| **RETENTION MATTERS** | | | **2.40** | **935.00** |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 61704-0001

Invoice Number 877375  
December 1, 2020  
Page 11

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/06/20 | JLF | EMAILS TO/FROM A. DE LEO RE: COLE SCHOTZ AND BRG'S RETENTION CNOS | 0.20 | 60.00 |
| 11/09/20 | JLF | EMAILS TO/FROM A. DE LEO RE: DRAFT CERTIFICATE OF NO OBJECTION BRG RETENTION AND DRAFT CERTIFICATE OF NO OBJECTION RE: SAME | 0.30 | 90.00 |
| 11/09/20 | JLF | EMAILS TO/FROM A. DE LEO RE: DRAFT CERTIFICATE OF NO OBJECTION COLE SCHOTZ RETENTION AND DRAFT CERTIFICATE OF NO OBJECTION RE: SAME | 0.30 | 90.00 |
| 11/10/20 | ADL | REVIEW AND RESPOND TO EMAILS RE: RETENTION ORDER | 0.20 | 115.00 |
| 11/10/20 | JLF | EMAILS TO/FROM A. DE LEO RE: CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. &SECT;&SECT; 328(A) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO SEPTEMBER 25, 2020 AND FINALIZE AND FILE RE: SAME | 0.30 | 90.00 |
| 11/10/20 | JLF | EMAILS TO/FROM A. DE LEO RE: CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR ENTRY OF AND ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 25, 2020 AND FINALIZE AND FILE RE: SAME | 0.30 | 90.00 |
| 11/10/20 | ADL | REVIEW CERTIFICATES OF NO OBJECTION RE: CS AND BRG RETENTION APPLICATIONS | 0.20 | 115.00 |
| 11/16/20 | JLF | ANALYZE AND CIRCULATE ORDER AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF SEPTEMBER 25, 2020 AND EMAIL EPIQ TO EFFECTUATE SERVICE RE: SAME | 0.20 | 60.00 |
| 11/16/20 | SVA | CORRES W/ DE LEO RE RETENTION ORDER ENTRY AND FIRST MONTHLY FEE APP FILING | 0.20 | 165.00 |
| 11/16/20 | JLF | ANALYZE AND CIRCULATE ORDER PURSUANT TO 11 U.S.C. §§ 328(A) AND 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO SEPTEMBER 25, 2020 AND EMAIL EPIQ TO EFFECTUATE SERVICE RE: SAME | 0.20 | 60.00 |

**U.S. TRUSTEE MATTERS AND MEETINGS** — **1.40** — **875.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/20 | ADL | EMAILS RE: 341 MEETING | 0.10 | 57.50 |
| 11/17/20 | ADL | CALL AND EMAILS RE: 341 MEETING | 0.30 | 172.50 |
| 11/18/20 | JRA | CORRESPOND WITH S. VAN AALTEN, S. GREECHER AND D. BUCHBINDER RE SCHEDULES | 0.70 | 451.50 |
| 11/18/20 | JRA | EMAILS WITH S. VAN AALTEN RE 341 | 0.30 | 193.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice Number 877375
       Client/Matter No. 61704-0001    December 1, 2020
        Page 12

TOTAL HOURS    118.20

PROFESSIONAL SERVICES:    $73,054.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Alberto, Justin | Member | 12.60 | 645.00 | 8,127.00 |
| DeLeo, Anthony | Associate | 49.90 | 575.00 | 28,692.50 |
| Dougherty, Jack | Law Clerk | 0.40 | 225.00 | 90.00 |
| Fitzpatrick, Michael | Law Clerk | 10.60 | 225.00 | 2,385.00 |
| Ford, Jennifer | Paralegal | 6.80 | 300.00 | 2,040.00 |
| Michael D. Sirota | Member | 2.90 | 1,050.00 | 3,045.00 |
| Pauline Z. Ratkowiak | Paralegal | 0.40 | 315.00 | 126.00 |
| Roth-Moore, Andrew | Associate | 0.80 | 500.00 | 400.00 |
| Stuart Komrower | Member | 8.80 | 855.00 | 7,524.00 |
| Van Aalten, Seth | Member | 25.00 | 825.00 | 20,625.00 |
| | **Total** | **118.20** | | **$73,054.50** |

# **Exhibit B**

## **EXHIBIT B**

## **TOWN SPORTS INTERNATIONAL, LLC,** *et al.*

### **EXPENSE SUMMARY**
### **NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---:|
| Conference Call | | $178.32 |
| Online Research | | $131.30 |
| Photocopy / Printing / Scanning | | $6.00 |
| **TOTAL** | | **$315.62** |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  877375
Client/Matter No. 61704-0001  December 1, 2020
Page 13

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 10/01/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/01/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/01/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/01/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/01/20 | ONLINE RESEARCH | 11.00 | 1.10 |
| 10/01/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/01/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/01/20 | ONLINE RESEARCH | 8.00 | 0.80 |
| 10/01/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/01/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/01/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/01/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/01/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/01/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/01/20 | ONLINE RESEARCH | 3.00 | 0.30 |
| 10/01/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/02/20 | ONLINE RESEARCH | 14.00 | 1.40 |
| 10/02/20 | ONLINE RESEARCH | 14.00 | 1.40 |
| 10/02/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/02/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/02/20 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/05/20 | ONLINE RESEARCH | 15.00 | 1.50 |
| 10/06/20 | ONLINE RESEARCH | 9.00 | 0.90 |
| 10/06/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/06/20 | ONLINE RESEARCH | 29.00 | 2.90 |
| 10/06/20 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/06/20 | ONLINE RESEARCH | 21.00 | 2.10 |
| 10/06/20 | ONLINE RESEARCH | 16.00 | 1.60 |
| 10/06/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/06/20 | ONLINE RESEARCH | 4.00 | 0.40 |
| 10/06/20 | ONLINE RESEARCH | 20.00 | 2.00 |
| 10/06/20 | ONLINE RESEARCH | 16.00 | 1.60 |
| 10/06/20 | ONLINE RESEARCH | 15.00 | 1.50 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/06/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |

**COLE SCHOTZ P.C.**

Re:      OFFICIAL COMMITTEE OF UNSECURED CREDITORS      Invoice Number  877375
           Client/Matter No. 61704-0001      December 1, 2020
           Page 14

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 10/06/20 | ONLINE RESEARCH | 15.00 | 1.50 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/06/20 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/06/20 | ONLINE RESEARCH | 11.00 | 1.10 |
| 10/06/20 | ONLINE RESEARCH | 4.00 | 0.40 |
| 10/06/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/06/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/07/20 | ONLINE RESEARCH | 4.00 | 0.40 |
| 10/07/20 | ONLINE RESEARCH | 16.00 | 1.60 |
| 10/09/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/09/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/12/20 | ONLINE RESEARCH | 21.00 | 2.10 |
| 10/12/20 | ONLINE RESEARCH | 21.00 | 2.10 |
| 10/12/20 | ONLINE RESEARCH | 20.00 | 2.00 |
| 10/12/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/13/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/13/20 | CONFERENCE CALL | 231.00 | 12.52 |
| 10/14/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/14/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/14/20 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/14/20 | ONLINE RESEARCH | 23.00 | 2.30 |
| 10/14/20 | ONLINE RESEARCH | 23.00 | 2.30 |
| 10/15/20 | ONLINE RESEARCH | 9.00 | 0.90 |
| 10/15/20 | ONLINE RESEARCH | 13.00 | 1.30 |
| 10/15/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/15/20 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/15/20 | ONLINE RESEARCH | 24.00 | 2.40 |
| 10/15/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/16/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/16/20 | ONLINE RESEARCH | 28.00 | 2.80 |
| 10/16/20 | ONLINE RESEARCH | 20.00 | 2.00 |
| 10/19/20 | ONLINE RESEARCH | 28.00 | 2.80 |
| 10/19/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/19/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/19/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/19/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/19/20 | ONLINE RESEARCH | 2.00 | 0.20 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice Number  877375
Client/Matter No. 61704-0001  December 1, 2020
Page 15

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 10/19/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/19/20 | ONLINE RESEARCH | 28.00 | 2.80 |
| 10/19/20 | ONLINE RESEARCH | 19.00 | 1.90 |
| 10/20/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/21/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/21/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/21/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/21/20 | ONLINE RESEARCH | 22.00 | 2.20 |
| 10/21/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/21/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/21/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/21/20 | ONLINE RESEARCH | 7.00 | 0.70 |
| 10/22/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/22/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/22/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/22/20 | ONLINE RESEARCH | 1.00 | 0.10 |
| 10/23/20 | ONLINE RESEARCH | 2.00 | 0.20 |
| 10/23/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/23/20 | ONLINE RESEARCH | 14.00 | 1.40 |
| 10/23/20 | ONLINE RESEARCH | 30.00 | 3.00 |
| 10/27/20 | CONFERENCE CALL | 122.00 | 6.60 |
| 10/28/20 | CONFERENCE CALL | 105.00 | 5.69 |
| 10/28/20 | CONFERENCE CALL | 78.00 | 4.23 |
| 10/29/20 | CONFERENCE CALL | 997.00 | 54.03 |
| 11/03/20 | CONFERENCE CALL - Conference call on November 3, 2020 with Judge Christopher Sontchi and Atty J Alberto and A De Leo | 1.00 | 45.00 |
| 11/15/20 | PHOTOCOPY /PRINTING/SCANNING | 15.00 | 3.00 |
| 11/15/20 | PHOTOCOPY /PRINTING/SCANNING | 15.00 | 3.00 |
| 11/23/20 | CONFERENCE CALL - conference call on November 23, 2020 with Judge Christopher Sontchi and Attys A Roth-Moore and A De Leo | 1.00 | 50.25 |
| | **Total** | | **$315.62** |

| | | | |
|---|---|---:|---:|
| | TOTAL SERVICES AND COSTS: | $ | 73,370.12 |

61704/8888-21770686v1