## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*, | Case No. 20-12168 (CSS) |
| Debtors.[1] | **(Jointly Administered)** |
| | **Related Docket No. 967** |

### ORDER APPROVING FIRST AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM SEPTEMBER 25, 2020 THROUGH DECEMBER 18, 2020

Upon the final fee application [Docket No. 967] (the "Application") of Berkeley Research Group, LLC ("BRG"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee") for the entry of an order (the "Order") awarding final allowance of compensation for professional services and reimbursement of actual and necessary expenses that BRG incurred for the period from September 25, 2020, through and including December 18, 2020 in connection with the above-captioned chapter 11 cases in the amounts all as more fully set forth in the Application; and upon the record of these chapter 11 cases; and this Court having determined that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having determined that venue of these chapter 11 cases is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of the Debtors' estates,

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. A complete list of all the Debtors in these jointly administered cases, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports.

61704/0001-40369621v1

their creditors, and other parties in interest; and this Court having found that the Committee's notice of the Application and opportunity for a hearing thereon were appropriate and no other notice need be provided; and this Court having determined that the requested compensation and expense reimbursement set forth in the Application is reasonable; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Application seeking compensation for reasonable and necessary professional services performed and reimbursement of actual and necessary costs and expenses incurred for the period from September 25, 2020, through and including December 18, 2020 in the above-captioned chapter 11 cases is hereby approved and allowed on a final basis, as set forth in the Application.

2. BRG is allowed on a final basis, $237,796.50 for compensation sought and $223.50 for reimbursements of expenses for the period from September 25, 2020, through and including December 18, 2020.

3. Notice of the Application, as provided therein, shall be deemed good and sufficient notice of such Application, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by the contents of the Application.

4. The Post-Effective Date Debtor is hereby authorized and directed to immediately pay BRG any unpaid portion of such allowed fees and expenses.

61704/0001-40369621v1

5.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: March 18th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

3