**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TOWN SPORTS INTERNATIONAL, LLC *et al.*, | : | Case No. 20-12168 (CSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Massimo F. D'Angelo, Esquire of Akerman LLP to represent Town Sports International Holdings, Inc., in the above-captioned case.

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bars of the State of New York and the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Massimo F. D'Angelo*
Massimo F. D'Angelo, Esq.
**Akerman LLP**
520 Madison Avenue, 20th Floor
New York, NY 10022
Tel: 212.880.3800
massimo.dangelo@akerman.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 20th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**