# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-12168 (CSS) |
| TOWN SPORTS INTERNATIONAL, | ) | |
| LLC, *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Reference Docket No.: 1018 |
| | ) | |

## ORDER

Upon consideration of the Motion of Town Sports International Holdings, Inc. to Enforce Sale Order and Compel Turnover of Documents [D.I. 1018] filed on April 6, 2021 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the statements of counsel regarding the Motion at a hearing before the Court by Zoom on April 20, 2021 (the "Hearing"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion was sufficient under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is Denied.

_____
Christopher S. Sontchi, Chief Judge
United States Bankruptcy Court

Dated: May 20, 2021