# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | ) ) ) | Case No. 20-12168 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | **Related Docket No.** \_\_\_\_ |

### ORDER GRANTING MOTION FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S MAY 20, 2021 ORDER

Upon consideration of the *Motion of Town Sports International Holdings, Inc. for Reconsideration or Clarification of the Court's May 20, 2021 Order* (the "Motion for Reconsideration"), and any responses thereto, and finding that the Motion has been properly noticed and just cause exists for the relief requested in the Motion;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. A hearing on the Motion for Reconsideration will be held on _____, 2021, at \_\_\_\_ a.m./p.m.

Dated: _____, 2021

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting counsel for the Debtors.