# **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 3rd day of June 2021, a copy of the *Motion of Town Sports International Holdings, Inc. for Reconsideration or Clarification of the Court's May 20, 2021 Order* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and served via Electronic Mail on the parties listed below.

| | |
|---|---|
| Sean T. Greecher, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>sgreecher@ycst.com | David L. Buchbinder, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE, 19801<br>david.l.buchbinder@usdoj.gov |
| Jeffrey Chubak<br>Amini LLC<br>131 West 35th Street, 12th Floor<br>New York, NY 10001<br>jchubak@aminillc.com | Staurt M. Steinberg, Esq.<br>Staurt M. Steinberg, P.C.<br>2 Rodeo Dr.<br>Edgewood, NY 11717-8316<br>ssteinberg@steinbergpc.net |
| Julia Klein, Esq.<br>KLEIN LLC<br>225 West 14th Street, Suite 100<br>Wilmington, DE 19801<br>klein@kleinllc.com | |

June 3, 2021                                                */s/ William D. Sullivan*
Date                                                                           William D. Sullivan