IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-12168 (CSS) |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*, | ) ) ) | |
| Debtors. | ) ) | Reference Docket No.: 1018, 1069, and 1084 |

### ORDER (i) GRANTING MOTION OF TOWN SPORTS INTERNATIONAL HOLDINGS, INCL FOR RECONSIDERATION OR CLARIFICATION OF THE COURT'S MAY 20, 2021 ORDER AND (ii) DENYING TOWN SPORTS INTERNATIONAL HOLDINGS, INC.'S MOTION TO ENFORCE SALE ORDER AND COMPEL TURNOVER OF DOCUMENTS

Upon consideration of the Motion of Town Sports International Holdings, Inc. to Enforce Sale Order and Compel Turnover of Documents [D.I. 1018] filed on April 6, 2021 (the "Motion");[1] the Court's Order [D.I. 1069] dated May 20, 2021 (the "Order"), and the Motion of Town Sports International Holdings, Inc. for Reconsideration or Clarification of the Court's May 20, 2021 Order [D.I. 1084], filed on June 3, 2021 (the "Reconsideration Motion"),[2] the Court having reviewed the Motion and the objections thereto, the Order, and the Reconsideration Motion; the Court having heard the statements of counsel regarding the Motion at a hearing

---

[1] The Court has also reviewed the considered the (i) Objection of New TSI Holdings, Inc. to Motion of Town Sports International Holdings, Inc. "To Enforce Sale Order and Compel Turnover of Documents" and the Declaration of Nitin Ajmera [D.I. 1033], filed on April 13, 2021; and the (ii) Reply in Further Support of Motion to Enforce Sale Order and Compel Turnover of Documents [D.I. 1040], filed on April 15, 2021.

[2] No objections were filed to the Reconsideration Motion. *See* Certificate of No Objection [D.I. 1097], filed on June 24, 2021.

before the Court by Zoom on April 20, 2021 (the "Hearing"); and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion was sufficient under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT,

(i)  The Reconsideration Motion is **GRANTED**; and

(ii) The Motion is **DENIED** for the reasons set forth in the Objection of New TSI Holdings, Inc. to Motion of Town Sports International Holdings, Inc. "To Enforce Sale Order and Compel Turnover of Documents" and the Declaration of Nitin Ajmera [D.I. 1033], filed on April 13, 2021, which the Court adopts *in toto*.

Christopher S. Sontchi, Chief Judge
United States Bankruptcy Court

Dated: June 25, 2021

2