**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1] | Case No. 20-12168 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR VIDEO HEARING ON JULY 16, 2021 AT 10:00 A.M. (ET)**

*AT THE COURT'S DIRECTION, THIS HEARING HAS BEEN CANCELLED.*

**CONTINUED/RESOLVED MATTERS**

1. Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses [Docket No. 901, 1/21/21]

    Related Document:

    A. Notice of Rescheduled Omnibus Hearing Time [Docket No. 938, 1/29/21]

    Objection/Response Deadline: February 12, 2021 at 4:00 p.m. (ET) [Extended solely with respect to the Debtors]

    Objections/Responses Filed: None to date.

    Status: This matter is being continued to a date to be determined.

2. Joint Motion of Post-Effective Date Debtors and Non-Released Claims Trustee for an Order Extending the Claims Objection Deadline to December 17, 2021 [Docket No. 1085, 6/7/21]

    Related Documents:

    A. Certificate of No Objection [Docket No. 1095, 6/23/21]

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports, or by contacting the undersigned counsel for the Debtors.

[2] Amended information appears in **bold**.

28368496.1

B. Order Extending the Claims Objection Deadline to December 17, 2021 [Docket No. 1096, 6/23/21]

Objection/Response Deadline:  June 21, 2021 at 4:00 p.m. (ET)

Objections/Responses Filed:  None.

Status:  An order has been entered.  No hearing is necessary.

## UNCONTESTED MATTER WITH CERTIFICATION

3. Post-Effective Date Debtors' Fourth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1093, 6/16/21]

   Related Documents:

   A. Notice of Submission of Copies of Proofs of Claim [Docket No. 1099, 6/30/21]

   B. Certificate of No Objection [Docket No. 1116, 7/13/21]

   **C. Order Sustaining Post-Effective Date Debtors' Fourth Omnibus Objection to Claims [Docket No. 1124, 7/15/21]**

   Objection/Response Deadline:  July 9, 2021 at 4:00 p.m. (ET)

   Objections/Responses Filed:  None.

   **Status:  An order has been entered.  No hearing is necessary.**

## CONTESTED MATTER

4. Post-Effective Date Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) and 503(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 1057, 4/30/21]

   Related Documents:

   A. Notice of Submission of Copies of Proofs of Claim [Docket No. 1064, 5/18/21]

   B. Certification of Counsel [Docket No. 1075, 5/27/21]

   C. Order Sustaining Post-Effective Date Debtors' Third Omnibus Objection to Claims [Docket No. 1078, 5/27/21]

   D. Post-Effective Date Debtors' Reply to Dantes Medina's Response to the Debtors' Third Omnibus (Substantive) Objection to Claims [Docket No. 1110, 7/9/21]

   Objection/Response Deadline:  May 25, 2021 at 4:00 p.m. (ET)

28368496.1

Objection/Response Filed:

E. Declaration in Support of Objection of Dantes Medina to the Debtors' Third Omnibus (Substantive) Objection to Claims [Not yet filed, dated 5/25/21]

**Status:** **With respect to item E, this matter will be continued to August 31, 2021 at 11:00 a.m. (ET), as the matter has been resolved in principle, and the parties anticipate submitting a proposed order resolving the matter under Certification of Counsel. With respect to all other claims, an order has been entered.**

Dated: Wilmington, Delaware
July 15, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Allison S. Mielke*
Robert S. Brady (No. 2847)
Sean T. Greecher (No. 4484)
Travis G. Buchanan (No. 5595)
Allison S. Mielke (No. 5934)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
sgreecher@ycst.com
tbuchanan@ycst.com
amielke@ycst.com

*Counsel to the Post-Effective Date Debtors*