# Exhibit 1

## Closed Cases

28369390.2

**CLOSED CASES**

| | |
|---|---|
| TSI Holdings II, LLC, 20-12167 | TSI East 91, LLC, 20-12201 |
| TSI-ATC Holdco, LLC, 20-12169 | TSI First Avenue, LLC, 20-12202 |
| TSI - Lucille 38th Avenue, LLC, 20-12170 | TSI Forest Hills, LLC, 20-12203 |
| TSI - Lucille Austin Street, LLC, 20- 12171 | TSI Gallery Place, LLC, 20-12204 |
| TSI - Lucille Kings Highway, LLC, 20-12172 | TSI Garden City, LLC, 20-12205 |
| TSI - Lucille Valley Stream, LLC, 20-12173 | TSI Garnerville, LLC, 20-12206 |
| TSI 30 Broad Street, LLC, 20-12174 | TSI Georgetown, LLC, 20-12207 |
| TSI 555 6th Avenue, LLC, 20-12175 | TSI Giftco, LLC, 20-12208 |
| TSI 1231 3rd Avenue, LLC, 20-12176 | TSI Glendale, LLC, 20-12209 |
| TSI Astor Place, LLC, 20-12177 | TSI Glover, LLC, 20-12210 |
| TSI Astoria, LLC, 20-12178 | TSI Grand Central, LLC, 20-12211 |
| TSI Avenue A, LLC, 20-12179 | TSI Greenpoint, LLC, 20-12212 |
| TSI Bay Ridge, LLC, 20-12180 | TSI Hartsdale, LLC, 20-12213 |
| TSI Bayridge 86th Street LLC, 20-12181 | TSI Hawthorne, LLC, 20-12214 |
| TSI Broadway, LLC, 20-12182 | TSI Hicksville, LLC, 20-12215 |
| TSI Brooklyn Belt, LLC, 20-12183 | TSI Highpoint, LLC, 20-12216 |
| TSI Carmel, LLC, 20-12184 | TSI Holdings (CIP), LLC, 20-12217 |
| TSI Cash Management, LLC, 20-12185 | TSI Holdings (DC), LLC, 20-12218 |
| TSI Clarendon, LLC, 20-12186 | TSI Holdings (IP), LLC, 20-12219 |
| TSI Cobble Hill, LLC, 20-12187 | TSI Holdings (MA), LLC, 20-12220 |
| TSI Columbia Heights, LLC, 20-12188 | TSI Holdings (MD), LLC, 20-12221 |
| TSI Commack, LLC, 20-12189 | TSI Holdings (NJ), LLC, 20-12222 |
| TSI Connecticut Avenue, LLC, 20-12190 | TSI Holdings (PA), LLC, 20-12223 |
| TSI Court Street, LLC, 20-12191 | TSI Holdings (VA), LLC, 20-12224 |
| TSI Croton, LLC, 20-12192 | TSI Larchmont, LLC, 20-12225 |
| TSI Deer Park, LLC, 20-12193 | TSI Lincoln, LLC, 20-12226 |
| TSI Dobbs Ferry, LLC, 20-12194 | TSI Long Beach, LLC, 20-12227 |
| TSI Dupont II, Inc., 20-12195 | TSI Massapequa, LLC, 20-12229 |
| TSI East 23, LLC, 20-12196 | TSI Morris Park, LLC, 20-12230 |
| TSI East 36, LLC, 20-12197 | TSI Murray Hill, LLC, 20-12231 |
| TSI East 51, LLC, 20-12198 | TSI North Bethesda, LLC, 20-12232 |
| TSI East 76, LLC, 20-12199 | TSI Oceanside, LLC, 20-12233 |
| TSI East 86, LLC, 20-12200 | TSI Pine Street, LLC, 20-12234 |

# CLOSED CASES

| | |
|---|---|
| TSI Providence Eastside, LLC, 20-12235 | TSI West 115th Street, LLC, 20-12269 |
| TSI Radnor, LLC, 20-12236 | TSI West 125, LLC, 20-12270 |
| TSI-ATC Alico Mission, LLC, 20-12237 | TSI Bayonne, LLC, 20-12271 |
| TSI-ATC Ben Pratt, LLC, 20-12238 | TSI Beacon Street, LLC, 20-12272 |
| TSI-ATC Beneva Road, LLC, 20-12239 | TSI West 145th Street, LLC, 20-12273 |
| TSI-ATC Boyscout, LLC, 20-12240 | TSI Boylston, LLC, 20-12274 |
| TSI International, Inc., 20-12241 | TSI Bulfinch, LLC, 20-12275 |
| TSI-ATC Cape Coral, LLC, 20-12242 | TSI West Hartford, LLC, 20-12276 |
| TSI-ATC Tamiami Trail, LLC, 20-12243 | TSI Butler, LLC, 20-12277 |
| TSI West 16, LLC, 20-12244 | TSI White Plains City Center, LLC, 20-12278 |
| TSI Rego Park, LLC, 20-12245 | TSI Central Square, LLC, 20-12279 |
| TSI West 23, LLC, 20-12246 | TSI White Plains, LLC, 20-12280 |
| TSI Scarsdale, LLC, 20-12247 | TSI Clifton, LLC, 20-12281 |
| TSI West 38, LLC, 20-12248 | TSI Colonia, LLC, 20-12282 |
| TSI Sheridan, LLC, 20-12249 | TSI Whitestone, LLC, 20-12283 |
| TSI Smithtown, LLC, 20-12250 | TSI Davis Square, LLC, 20-12284 |
| TSI Society Hill, LLC, 20-12251 | TSI Dorchester, LLC, 20-12285 |
| TSI South Bethesda, LLC, 20-12252 | TSI-HR 13th Street, LLC, 20-12286 |
| TSI South Park Slope, LLC, 20-12253 | TSI Downtown Crossing, LLC, 20-12287 |
| TSI West 41, LLC, 20-12254 | TSI Elite Back Bay, LLC, 20-12288 |
| TSI Staten Island, LLC, 20-12256 | TSI-HR 45th Street, LLC, 20-12289 |
| TSI West 48, LLC, 20-12257 | TSI Fenway, LLC, 20-12290 |
| TSI Stoked, LLC, 20-12258 | TSI-HR 76th Street, LLC, 20-12291 |
| TSI Sunnyside, LLC, 20-12259 | TSI-HR Whitehall Street, LLC, 20-12292 |
| TSI Total Woman Holdco, LLC, 20-12260 | TSI Hoboken North, LLC, 20-12293 |
| TSI University Management, LLC, 20-12261 | TSI Hoboken, LLC, 20-12294 |
| TSI Varick Street, LLC, 20-12262 | TSI Jersey City, LLC, 20-12295 |
| TSI West 73, LLC, 20-12263 | TSI Lexington (MA), LLC, 20-12296 |
| TSI West 80, LLC, 20-12264 | TSI Livingston, LLC, 20-12297 |
| TSI - Lucille Clifton, LLC, 20-12265 | TSI - Northridge, LLC, 20-12298 |
| TSI West 94, LLC, 20-12266 | TSI - Placentia, LLC, 20-12299 |
| TSI Allston, LLC, 20-12267 | TSI - Alameda, LLC, 20-12300 |
| TSI Back Bay, LLC, 20-12268 | TSI - Cal.Glendale, LLC, 20-12301 |

**CLOSED CASES**

| | |
|---|---|
| TSI - San Jose, LLC, 20-12302 | TSI East 48, LLC, 20-12641 |
| TSI - Irvine, LLC, 20-12303 | TSI East 59, LLC, 20-12642 |
| TSI - Studio City, LLC, 20-12304 | TSI East Brunswick, LLC, 20-12643 |
| TSI - Torrance, LLC, 20-12305 | TSI East Meadow, LLC, 20-12644 |
| TSI - Valencia, LLC, 20-12306 | TSI Englewood, LLC, 20-12645 |
| TSI - Topanga, LLC, 20-12307 | TSI Great Neck, LLC, 20-12646 |
| TSI South End, LLC, 20-12308 | TSI Greenwich, LLC, 20-12647 |
| TSI - Westlake, LLC, 20-12309 | TSI Huntington, LLC, 20-12648 |
| TSI South Station, LLC, 20-12310 | TSI Irving Place, LLC, 20-12649 |
| TSI Wayland, LLC, 20-12311 | TSI Lucille 42nd Street, LLC, 20-12650 |
| TSI Wellesley, LLC, 20-12313 | TSI Lucille 89th Street, LLC, 20-12651 |
| TSI Springfield, LLC, 20-12314 | TSI Lucille Astoria, LLC, 20-12652 |
| TSI Wellington Circle, LLC, 20-12315 | TSI Lucille Bayshore, LLC, 20-12653 |
| TSI Waltham, LLC, 20-12316 | TSI Lucille Bronx, LLC, 20-12654 |
| TSI Westboro Tennis, LLC, 20-12317 | TSI Lucille Commack, LLC, 20-12655 |
| TSI Watertown, LLC, 20-12318 | TSI Lucille Holbrook, LLC, 20-12656 |
| TSI Westborough, LLC, 20-12319 | TSI Lucille Jersey City, LLC, 20-12657 |
| TSI Westwood, LLC, 20-12320 | TSI Lucille Ralph Avenue, LLC, 20-12658 |
| TSI Lynnfield, LLC, 20-12321 | TSI Lucille Rockville Centre, LLC, 20-12659 |
| TSI Marlboro, LLC, 20-12322 | TSI Lucille St. Nicholas Avenue, LLC, 20-12660 |
| TSI Matawan, LLC, 20-12323 | TSI Mamaroneck, LLC, 20-12661 |
| TSI Methuen, LLC, 20-12325 | TSI Market Street, LLC, 20-12662 |
| TSI Newark, LLC, 20-12326 | TSI Mercer Street, LLC, 20-12663 |
| TSI Newton, LLC, 20-12327 | TSI Midwood, LLC, 20-12664 |
| TSI Peabody, LLC, 20-12328 | TSI Montclair, LLC, 20-12665 |
| TSI Princeton, LLC, 20-12329 | TSI New Rochelle, LLC, 20-12666 |
| TSI Ramsey, LLC, 20-12330 | TSI Newbury Street, LLC, 20-12667 |
| TSI Ridgewood, LLC, 20-12331 | TSI Rodin Place, LLC, 20-12668 |
| TSI Salisbury, LLC, 20-12332 | TSI Silver Spring, LLC, 20-12669 |
| TSI 217 Broadway, LLC, 20-12637 | TSI Somers, LLC, 20-12670 |
| TSI Bradford, LLC, 20-12638 | TSI Stamford Post, LLC, 20-12671 |
| TSI Canton, LLC, 20-12639 | TSI Summer Street, LLC, 20-12672 |
| TSI East 41, LLC, 20-12640 | TSI Syosset, LLC, 20-12673 |

**CLOSED CASES**

| | |
|---|---|
| TSI West End, LLC, 20-12674 | TSI Woburn, LLC, 20-12677 |
| TSI West Newton, LLC, 20-12675 | TSI Woodmere, LLC, 20-12678 |
| TSI West Nyack, LLC, 20-12676 | |

28545008.1