# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12168 (CTG)<br><br>(Jointly Administered) |
| KENNEDY LEWIS PARTNERS MASTER FUND LP and KENNEDY LEWIS PARTNERS MASTER FUND II LP,<br><br>Plaintiffs,<br><br>v.<br><br>ABRY PARTNERS, LLC, APEX CREDIT PARTNERS, LLC, CIFC ASSET MANAGEMENT LLC, ELLINGTON MANAGEMENT GROUP, L.L.C., TRIMARAN ADVISORS MANAGEMENT, L.L.C., and WILMINGTON SAVINGS FUND SOCIETY, FSB,<br><br>Defendants. | Adv. Pro. No. 22-50406 (CTG) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Defendant Wilmington Savings Fund Society, FSB ("WSFS") and demand, pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), that all notices given in the above-captioned

cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| John L. Olsen, Esq.<br>**WSFS BANK CENTER**<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>Telephone: (302) 777-1041<br>JOlsen@wsfsbank.com | Madlyn Gleich Primoff<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>601 Lexington Ave., 31st Floor<br>New York, NY 10022<br>Telephone: (212) 277-4000<br>Fax: (212) 277-4001<br>madlyn.primoff@freshfields.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

Dated: October 7, 2022  
Wilmington, Delaware

By: */s/ John L. Olsen*  
John L. Olsen, Esq. (DE #2272)  
**WSFS BANK CENTER**  
500 Delaware Avenue  
Wilmington, DE 19801  
Telephone: (302) 777-1041  
JOlsen@wsfsbank.com

- and -

Madlyn Gleich Primoff  
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**  
601 Lexington Ave., 31st Floor  
New York, NY 10022  
Telephone: (212) 277-4000  
Fax: (212) 277-4001  
madlyn.primoff@freshfields.com

*Counsel for Defendant Wilmington Savings Fund Society, FSB*