EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4470
BEAVERTON, OR 97076

RECEIVED 01/09/2025
2025 JAN 29 AM 11:00
CLERK
U.S. BANKRUPTCY COURT

I DIDN'T GET ANY RESPONSE FROM YOU ABOUT MY CASE. I WOULD LIKE TO KNOW IF IS STILL ANY CHANCE TO GET MY MONEY BACK.

CASE 20-12168-CSS  DOC 1196-2
MARIE MELUSOVA
PO BOX 38
BALDWIN PLACE, NY 10505

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: September 28, 2021 at 10:00 am<br>Objection Deadline: September 13, 2021 at 4:00 pm |

## NON-RELEASED CLAIMS TRUSTEE'S
## FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN
## (A) NO LIABILITY CLAIMS AND (B) OVERSTATED CLAIMS

### ***CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS IN THE EXHIBITS TO THE OBJECTION***

META Advisors LLC, as Non-Released Claims Trustee (the "Trustee") of the Town Sports Non-Released Claims Trust (the "Trust"), by and through its undersigned counsel, hereby submits this omnibus objection (the "Fifth Omnibus Objection") seeking entry of an order pursuant to sections 105(a) and 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"): (A) disallowing the claims listed on Exhibit A for which there is no evidence of any liability on the part of the Debtor against which each such Claim is asserted; and (B) reducing the unsecured portion (by liquidated or unliquidated amounts) of each of the Claims listed on Exhibit B.

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. A complete list of all of the Debtors in these jointly administered cases, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/TownSports.

62090/0001-41463141v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TOWN SPORTS INTERNATIONAL, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12168 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 1162 & 1193 |

## ORDER SUSTAINING NON-RELEASED CLAIMS TRUSTEE'S FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN (A) NO LIABILITY CLAIMS AND (B) OVERSTATED CLAIMS

Upon consideration of the *Non-Released Claims Trustee's Fifth Omnibus (Substantive) Objection to Certain (A) No Liability Claims and (B) Overstated Claims* (the "Fifth Omnibus Objection");[2] and the Court having considered the Declaration in support of the Fifth Omnibus Objection; and it appearing that notice of the Fifth Omnibus Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Fifth Omnibus Objection, the claims listed on Exhibit A and Exhibit B attached thereto, and any responses thereto; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**FOUND AND DETERMINED THAT:**

1. The Fifth Omnibus Objection is a core proceeding under 28 U.S.C. § 157(b)(2); and

---

[1] The last four digits of Town Sports International, LLC's federal tax identification number are 7365. The mailing address for Town Sports International, LLC is 399 Executive Boulevard, Elmsford, New York 10523. A complete list of all of the Debtors in these jointly administered cases, including the last four digits of their federal tax identification numbers and addresses, may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiqll.com/TownSports.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Fifth Omnibus Objection.

EXHIBIT B
OVERSTATED CLAIMS

| Claimant | Claim No. | Asserted Claim Amount | Asserted Claim Priority[1] | Modified Claim Amount | Modified Claim Priority | Reason for Modification |
|---|---|---|---|---|---|---|
| 61 West 62 Owners Corp. | 20726 | $2,067,955.82 | General Unsecured | $1,752,067.18 | General Unsecured | Claim exceeds statutory cap pursuant to section 502(b)(6) of the Bankruptcy Code. |
| 625 Mass Ave Owner LLC | 20070 | $2,226,104.63 | General Unsecured | $896,097.43 | General Unsecured | Modification is by agreement of the parties. |
| Barrientos, Marvin E | 146 | Unliquidated | General Unsecured | $109.98 | General Unsecured | Claim is for service fees but does not assert an amount on face; backup appears to assert a claim in the amount of $109.98. Claimant also holds # 20307 in the amount of $129.98 |
| Broadway Mercer Associates | 20072 | $4,104,373.79 | General Unsecured | $1,348,340.82 | General Unsecured | Claim is filed against Town Sports International, LLC, as guarantor, for prepetition arrears and termination damages through July 23, 2023, less a security deposit in the amount of $673,691. Lease was terminated on July 10, 2020, prior to the Petition Date. By its terms, section 502(b)(6) caps claims for "damages resulting from the termination of a lease of real property". The cap is not limited to leases rejected pursuant to section 365 of the Bankruptcy Code, but rather includes leases terminated pre-petition. Claim is capped at 1 year's rent from the date of surrender (presumably July 31), plus pre-petition arrears, less the security deposit. |
| D And M Richmond Realty LLC | 123 | $848,854.51 | General Unsecured | $140,071.89 | General Unsecured | Claim asserts amounts owing for "[u]npaid base and additional rents and cost of repairs" but does not attach lease or any other information that would enable the Trust to calculate rejection damages pursuant to the section 502(b)(6) cap. Claimant is listed on Schedule F in the amount of $140,071.89 (contingent, unliquidated, disputed). |
| F.W. Webb | 190 | Unliquidated | General Unsecured | $7,332.61 | General Unsecured | Face of claim states no amount, but backup includes an invoice in the amount of $7,332.61 |
| Gameroom Superstores LLC | 1129 | Unliquidated | General Unsecured | $10,000.00 | General Unsecured | Modification is by agreement of the parties. |
| Gameroom Superstores LLC | 1297 | Unliquidated | General Unsecured | $10,000.00 | General Unsecured | Modification is by agreement of the parties. |
| Jefferson Realty Group, LLC | 20996 | $791,249.55 | General Unsecured | $616,541.78 | General Unsecured | No specific amount stated or support provided for portion of claim attributable to concession recapture. |
| Marolla, Austin | 1275 | Unliquidated | General Unsecured | $300.00 | General Unsecured | Claimant does not indicate an amount on the face of the claim but the backup correspondence suggests claimant is seeking a credit of membership charges or related fees in the amount of $960. |
| Melusova, Marie | 1274 | Unliquidated | General Unsecured | $960.00 | General Unsecured | Claimant does not indicate an amount on the face of the claim where appropriate on the face of the claim but circled "goods sold" as the "basis for claim" in item 8 and indicates $300 in the blank line thereunder. |
| OCW Retail-Canton, LLC | 20678 | $2,426,914.24 | General Unsecured | $512,741.41 | General Unsecured | Claim was filed without applying 502(b)(6) statutory cap. |
| OCW Retail-Canton, LLC | 20881 | $2,426,914.24 | General Unsecured | $512,741.41 | General Unsecured | Claim was filed without applying 502(b)(6) statutory cap. |
| Parkroe Realty Inc. | 20108 | $2,405,651.51 | General Unsecured | $852,248.63 | General Unsecured | Claim is asserted against Town Sports International, LLC on account of a lease guaranty. The statutory 502(b)(6) cap applies to guaranty claims, and therefore, claim against guarantor cannot exceed sum of claim # 20543 filed against TSI Longbeach LLC for rejection damages ($556,680.52) plus claim # 20064 filed against TSI Longbeach LLC for prepetition arrears ($295,767.81). |
| Racquet Place LP, The | 20520 | $1,087,658.84 | General Unsecured | $387,658.84 | General Unsecured | Modification is by agreement of the parties. |

MELUSOVA MARIE
PO BOX 38
BALDWIN PLACE, NY

9589 0710 5270 2578 4207 20

CERTIFIED MAIL

RECEIVED
JAN 21 2025
LEGAL SERVICES

Retail

U.S. POSTAGE PAID
FCM LETTER
MAHOPAC, NY 10541
JAN 11, 2025
$5.58
S2324N507444-09

97076
RDC 99

EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4470
BEAVERTON, OR 97076

97076-447070